# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC<br>2516 Via Tejon, #303<br>Palos Verdes Estates<br>California  90274<br>310-375-7353<br><br>            Plaintiff,<br><br>v.<br><br>U.S. Department Agriculture,<br>Farm Service Agency<br>South Agriculture Building<br>1400 Independence Ave., SW<br>Washington, D.C.  20250<br>202-720-3467<br><br>           Defendant.<br>ALSO SERVE:<br>Kenneth L. Wainstein<br>U.S. Attorney for<br>the District of Columbia<br>U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530<br><br>Alberto Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | Civil Action No. |

COMPLAINT UNDER THE FREEDOM OF INFORMATION ACT

Now Comes Multi Ag Media LLC ("Plaintiff") and makes the following complaint against the Farm Service Agency of the U.S. Department of Agriculture ("Defendant"):

1.  Plaintiff seeks an Order from this Court under 5 U.S.C. §552(a)(2)(B) to compel Defendant to release to it certain agency records of Defendant.

2.  This Court has jurisdiction of this complaint pursuant to 5 U.S.C. §552(a)(4)(B) and 28 U.S.C. §1331.

3.  Venue is proper in this Court under 5 U.S.C. §552(a)(4)(B).

4.  Plaintiff submitted a request under the Freedom of Information Act for release of certain agency to Defendant on July 13, 2005. Defendant denied Plaintiff's request in part on August 8, 2005. Plaintiff filed an administrative appeal on August 24, 2005. Defendant as of the date of the filing of this complaint has not rendered any decision on Plaintiff's administrative appeal. Plaintiff has exhausted its administrative remedy.

5.  Defendant assigned Case No. 05-325 to Plaintiff's FOIA request for release of agency records. Plaintiff has attached to this complaint as an exhibit Defendant's partial denial of Plaintiff's FOIA request, which includes a copy of the request itself. Defendant assigned Log No. 05-49 to Plaintiff's administrative appeal from the partial denial of its request.

6.    The agency records covered by Plaintiff's FOIA request all relate to data maintained by Defendant on farms in the United States, including location, acreage, and other objective data.

7.    Defendant, in denying in part Plaintiff's request, relied only on FOIA Exemption 6.  5 U.S.C. § 552(b)(6).

8.    FOIA Exemption 6 does not apply to the agency records that Defendant has declined to release, and therefore Plaintiff is entitled to an Order directing Defendant to release those agency records it has wrongfully withheld.

WHEREFORE, Plaintiff prays for an Order directing Defendant to release the agency records that it has withheld; for an award of reasonable attorneys fees and litigation costs; and for such other and further relief as may be just.

MULTI AG MEDIA LLC
by its attorneys,

KING & SPALDING LLP

James D. Miller
DC Bar No. 294371
1700 Pennsylvania Ave., NW
Washington, DC   20006
202-737-0500
jmiller@kslaw.com
FAX: 202-626-2902