# KING & SPALDING LLP

1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Main: 202-737-0500
Fax: 202-626-3737

James D. Miller
Direct Dial: 202-626-2902
jmiller@kslaw.com

August 24, 2005

BY HAND DELIVERY

Administrator
Farm Service Agency
STOP 0501
1400 Independence Avenue, S.W.
Washington, D.C. 20250-0501

RE:    FOIA Appeal
       Case No. 05-325

Dear Administrator:

This firm represents Multi Ag Media LLC.

Multi Ag Media LLC hereby appeals the partial denial of its FOIA request, which FSA has assigned Case No. 05-325.

I have attached copies of the FOIA request dated July 13, 2005, and the partial denial of that request dated August 8, 2005.

This appeal is being delivered to you by hand on August 24, 2005. By my calculation, the twenty-day period prescribed by 5 U.S.C. §552(a)(6)(A)(ii) ends on Thursday, September 22, 2005. If you disagree with my calculation of this time limit, please advise me immediately.

Respectfully,

James D. Miller

ATLANTA • HOUSTON • LONDON • NEW YORK • WASHINGTON, D.C.

This form is available electronically.

| FSA-533 | U.S. DEPARTMENT OF AGRICULTURE | 1. FROM (Name of office and address) |
|---|---|---|
| (09-17-02) | Farm Service Agency | |

**FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST**

1. FROM (Name of office and address)

Farm Service Agency, USDA
Kansas City Administrative Office
Freedom of Information Act Officer
P. O. Box 419205
Kansas City, Missouri   64141-6205

2. TO (Name and address of requestor)

Multi Ag Media LLC
Attn:  Mr. John Montandon
       President
2516 Via tejon,  #303
Palos Verdes Estates, California  90274

3. DATE REQUEST RECEIVED  (MM-DD-YYYY)

07-14-2005

4. AMOUNT REMITTED (If any)

$

5. The block checked in item 6 below indicates availability of the following information you recently requested:

Case #05-325;  Parts A - M

See attached copy of e mail from Mr. Montandon to Mr. Brady dtd July 13, 2005

6. The Material You Requested (See applicable checked box.)

| A | ☐ | Is available in this office and will be furnished upon receipt of a fee.  (Send remittance (check or money order) and this form to the office shown in item 1.) | FEE $ |

REMITTANCE PAYABLE TO:     **TREASURER OF THE UNITED STATES**

| B | ☐ | Is not available in this office. Your request has been referred to: |

| C | ☐ | Cannot be identified from the information received. Please enter additional information in item 5 above and return this form to the office shown in item 1.  BE AS SPECIFIC AS POSSIBLE. |

| D | ☑ | Is exempt from public disclosure due to the following: |

5 USC 552 (b)(6)
Personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

NOTE: An appeal to this decision may be filed with the: Administrator, Farm Service Agency (FSA), STOP 0501, 1400 Independence Avenue SW, Washington DC 20250-0501, within 45 days from the date shown below. Enter "FOIA APPEAL" on the envelope and the letter to assure prompt handling of your request.

7. REMARKS

With respect to request dtd July 13, 2005 supra:
Part E data is unavailable in KCAO and is forwarded to custodian, APFO for response.
Denial of data herein relates exclusively to Parts F, H, I, J, K, & M.  All other requested data has been released to requester.

| 8A. SIGNATURE | 8B. TITLE | 8C. DATE (MM-DD-YYYY) |
|---|---|---|
| /s/ William J Brady | Freedom of Information Act Officer | 08-08-2005 |

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis race, color, national origin, gender, religion, age, disability, political beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D. C. 20250-9410 or call (202) 720-5964 (voice or TDD). USDA is an equal opportunity provider and employer.

| Check applicable copy destination: | National Office ☑ | State Office ☐ | County Office ☐ |

Subj: **FOIA Request 2005**
Date: 7/13/2005 11:15:05 AM Pacific Standard Time
From: JohnLeeMon
To: WJBRADY@kcc.usda.gov
CC: JohnLeeMon

*05-325*
*7-14-05*

Mr. Brady:

On behalf of Multi Ag Media LLC, I request that you release the following agency records. Pursuant to the Freedom of Information Act, please provide these FSA data elements, as well as any data intrinsic to each specific program, for calendar year 2005.

We understand that these files are readily accessible to FSA and can be identified and released to us with little delay.

*A* **PARTICIPATING PRODUCERS (PARTPROD)** - with name, address, entity code, producer type code, and customer ID

*B* **PRODUCER PAYMENT REPORTING SYSTEM (PPRS)** - with program code, commodity code, payment amount and customer ID

*C* **PERMITTED ENTITY** - with name, address, header, sequence number and customer ID

*D* **LIVESTOCK COMPENSATION PROGRAM (LCP)** - with Livestock type, payment amount and customer ID

*E* **LIVESTOCK ASSISTANCE PROGRAM (LAP)** -with Livestock type, payment amount and customer ID

*F* **COMPLIANCE** - with Federal Information Processing Standards (FIPS), year, crop code, planted acres, farmland acres to the farm-field level

*G* **PRODUCER TYPE CODES (PTC)** - FIPS, customer ID, farm number, and producer type code

*H* **AMTA TRACT FILE (TRACT FILE)** - with customer number, farm number, tract number and related acreage

*I* **DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP)** - with FIPS, farm number, crop codes, base acres, and payment yields

*J* **CONSERVATION RESERVE PROGRAM (CRP)** - with FIPS, farm number, contract number, soil types, practice number, signup number, erosion indicators, practice acres, contract start and end dates, Hydrologic Unit Area (HUA) number, payment amounts and payment rates

*K* **TOBACCO FILES** (both Holder and Grower) - with customer ID, tract number and farm number

*L* **FARM FIELD COMMON LAND UNIT (CLU)** - fully attributed file with digitized farm field boundaries, in shape file spatial data format, classified as farm and/or field boundaries, name and address, farm number, field number, tract number, acres, all spatial attributes and coordinates, as well as projection information as attached to these boundaries.

*M* **ACTUAL PRODUCTION HISTORY (APH)** – including FIPS, farm number, crop code, yield averages and yield years

Also, all supplied files should have a detailed layout including code definitions such as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

Please forward the data on CDs to Damon Horst at the following address.

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.

Thursday, July 14, 2005 America Online: JohnLeeMon

Westmont, IL 60559
630-654-4420 x232

Thank you for your timely attention to this request.  Please call me if you have any questions.

John Montandon
President
Multi Ag Media LLC
2516 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353