CO-386-online
10/03

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| Multi Ag Media LLC | ) | |
| | ) | |
| | ) | |
| **vs**  Plaintiff | ) | Civil Action No._____ |
| | ) | |
| | ) | |
| U.S. Department of Agriculture | ) | |
| Defendant | ) | |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Multi Ag Media LLC  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Multi Ag Media  which have

any outstanding securities in the hands of the public:

Argus, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

JAMES D. MILLER
Print Name

294371
BAR IDENTIFICATION NO.

1700 Pennsylvania Ave., NW
Address

Washington, DC                20006
City                State              Zip Code

(202) 737-0500
Phone Number