IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Multi Ag Media LLC )<br>2516 Via Tejon #303 )<br>Palos Verdes Estates )<br>California   90274 )<br>310-375-7353 )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of Agriculture )<br>Farm Service Agency )<br>1400 Independence Ave., SW )<br>Washington, D.C.   20250 )<br>202-720-3467 )<br>)<br>         Defendant. )<br>)<br>ALSO SERVE: )<br>Kenneth L. Wainstein )<br>U.S. Attorney for )<br>the District of Columbia )<br>U.S. Attorney's Office )<br>555 4th Street, N.W. )<br>Washington, D.C.   20530 )<br>)<br>Alberto Gonzales )<br>Attorney General of the United States )<br>U.S. Department of Justice )<br>950 Pennsylvania Ave., N.W. )<br>Washington, D.C.   20530-0001 )  | Civil Action No. 1:05CV01908 |

## AFFIDAVIT OF SERVICE

Plaintiff, by and through undersigned counsel, hereby certifies that on September 29, 2005, copies of the summons and complaint in the above mentioned matter were sent to Kenneth L. Wainstein, U.S. Attorney for the District of Columbia and Alberto Gonzales, Attorney General of the United States, by certified mail, return receipt requested.

On October 10, 2005, counsel received the attached acknowledgement of receipt forms bearing signatures that purport to be the signatures of Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, and Alberto Gonzales, Attorney General of the United States.

Multi Ag Media, LLC
by its attorneys,

King & Spalding, LLP

_____
James D. Miller
DC Bar No. 294371
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 737-0500
FAX: (202) 626-2902
jmiller@kslaw.com

Subscribed and sworn to before me this 11Th of October, 2005.

_____
Notary Public

My Commission Expires May 14, 2008
_____
(Commission Expires)