

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

WASHINGTON DC 20250

| | | |
|---|---|---|
| Postage | $ $0.83 | |
| Certified Fee | $2.30 | 0217 |
| Return Reciept Fee (Endorsement Required) | $1.75 | 03   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.88 | 09/29/2005 |

Sent To U.S. Department of Agriculture
Street, Apt. No.; Farm Service Agency, 1400
or PO Box No. Independence Ave., SW
City, State, ZIP+4 Washington, DC 20250-0501

PS Form 3800, June 2002          See Reverse for Instructions

7003 1680 0005 5166 6475