# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MULTI AG MEDIA, LLC** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1908 (HHK)** |
| | ) | |
| **DEPARTMENT OF AGRICULTURE** | ) | |
| | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S CONSENT MOTION FOR AN
## ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

Defendant respectfully moves this Court for an enlargement of time, through and including November 30, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Plaintiff served its Complaint on the United States Attorney's Office on October 3, 2005. As this is a matter arising under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), defendant's answer, motion or other response is currently due November 2, 2005.

2. Defendant expects to make an additional release of documents under the FOIA on or before November 23, 2005.

3. After that release is accomplished, defendants counsel will confer with plaintiff's counsel and, at that time, develop an appropriate schedule for dispositive motions. (As this is a case arising under the FOIA, it has been exempted from LCvR16.3).

4. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

5. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for

plaintiff.  Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157


Dated: October 31, 2005