| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ernest L. Parker* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OCT 04 2005<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Alberto Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ernest L. Parker* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>OCT 04 2005<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Kenneth L. Wainstein<br>U.S. Attorney for the District of Columbia, U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540