

## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7003 1680 0005 5166 6475 | | **Date/Time Mailed:** 09/29/2005 12:44 | |
| **Destination**  **ZIP Code:** 20250 | | **City:** WASHINGTON | **State:** DC |
| **Origin**  **ZIP Code:** 20038-9998 | | **City:** WASHINGTON | **State:** DC |

**Class:** First Class
**Anticipated Delivery Date:** 09/30/2005
**Weight:** 0 lb(s) 3 oz(s)        **Postage:** $0.83
**Firm Book ID:** 5100 A70V 42Y0 0005 2412
**Delv Rqmt:** Normal        **PO Box?:** N

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7003 1680 0005 5166 6475 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 10/03/2005 08:04  Firm Name: AGRICULTURE R5  Recipient: 'H POWELL'  Request Delivery Record  View Delivery Signature and Address | WASHINGTON, DC 20250 | 00A70V23B |
| ARRIVAL AT UNIT | 10/03/2005 04:23 | WASHINGTON, DC 20022 | 00A70V42Y |
| ACCEPT OR PICKUP | 09/29/2005 12:44 | WASHINGTON, DC 20038 | |



Enter Request Type and Item Number:

Quick Search ⦿        Extensive Search ○

Explanation of Quick and Extensive Searches

Submit

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.