UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION FOR AN
ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant respectfully moves this Court for an enlargement of time, through and including December 14, 2005, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response in this Freedom of Information Act ("FOIA") matter is currently due November 30, 2005.

2. As represented in defendant's previous motion for extension of time, the Department of Agriculture anticipated an additional FOIA release, and by letter of November 23, 2005, did release additional records responsive to plaintiff's request. There are still records, however, for which the Department is maintaining claims of exemption.

3. Defendant's counsel has contacted plaintiff's counsel, and plaintiff's counsel indicated that plaintiff needed additional time to review defendant's letter and ascertain what information plaintiff remains interested in that is subject to claims of exemption. Plaintiff will then communicate that to defendant, who will review the matter and see if any further releases are possible. At a minimum, this process will focus the issues that are to be litigated in this matter, and may well

reduce those issues.

4. The parties anticipate that ten business days will be needed to accomplish the process set forth in the previous paragraph.

5. For the reasons, defendant seeks an enlargement of ten business days, to December 14, 2005, within which to answer, move, or otherwise respond to the complaint. In addition, since this is a FOIA case, defendant will at that time also submit a proposed summary judgment briefing schedule.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157

Dated: November 30, 2005