UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

## **ORDER**

This matter comes before the Court on defendant's Motion for an Extension of Time Within Which to Answer, Move or Otherwise Respond.  Upon consideration of the motion, and for good cause shown, it is this ___ day of _____, 2005 hereby,

ORDERED that the motion is granted, and it is further

ORDERED that defendants' response to the Complaint shall be due December 14, 2005.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE