IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA, LLC </br></br>      Plaintiff, </br></br>vs. </br></br>UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, </br></br>      Defendant. | Civil Action No. 05-1908 (HHK) |

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant United States Department of Agriculture, Farm Service Agency ("Defendant"), by and through undersigned counsel, answers the complaint filed by Plaintiff Multi Ag Media, LLC ("Plaintiff") as follows:

1.    Paragraph 1 of the complaint requires no response because it is not a factual averment, but rather Plaintiff's characterization of the relief sought. To the extent that a response is required, Defendant denies paragraph 1, and denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

2.    Paragraph 2 of the complaint contains the legal conclusions of the pleader, to which no response is required. To the extent that a response is required, Defendant admits that this Court has jurisdiction over the subject matter.

3.    Paragraph 3 of the complaint contains the legal conclusions of the pleader, to which no response is required. To the extent that a response is required, Defendant admits that venue is proper in this judicial district.

4.    Defendant admits paragraph 4, except for the allegation contained in the last sentence, which reflects the legal conclusion of the pleader. To the extent that a response to the

remaining allegation of paragraph 4 is required, Defendant denies said allegation. Defendant further avers that subsequent to the filing of the Complaint, Defendant rendered a decision on Plaintiff's administrative appeal.

    5.    Defendant admits paragraph 5.

    6.    Defendant admits paragraph 6.

    7.    Defendant admits paragraph 7.

    8.    Defendant denies paragraph 8.

The last paragraph is Plaintiff's prayer for relief. Defendant denies that Plaintiff is entitled to the relief requested, and denies that plaintiff is entitled to any relief whatsoever.

Defendant, having fully answered, respectfully requests that this action be dismissed with prejudice and that the Court grant such other and further relief as may be deemed appropriate, including payment of defendant's attorney fees and costs.

        Respectfully Submitted,

        _____/s/_____
        KENNETH L. WAINSTEIN [451058]
        United States Attorney

        _____/s/_____
        R. CRAIG LAWRENCE [171538]
        Assistant United States Attorney

        _____/s/_____
        PETER D. BLUMBERG [463247]
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W,
        Washington, D.C.  20530
        (202) 514-7157

Dated: December 14, 2005