UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC,** )<br>)<br>    **Plaintiff,** )<br>)<br>  v. )<br>)<br>**DEPARTMENT OF AGRICULTURE,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 05-1908 (HHK) |

### DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant respectfully moves this Court for an enlargement of time through and including February 15, 2006 within which to file a motion for summary judgment in this matter. Good cause exists to grant this motion:

1. Defendant's motion for summary judgment is currently due January 25, 2006.

2. Defendant needs additional time in order to complete his dispositive motion. This is due to the unusually heavily tasked schedule of defendant's counsel following a five-day jury trial. These matters include, but are not limited to: an appellate brief addressing whether statements made by a congressman to a reporter are within his scope of employment under the FTCA (CAIR v. Ballenger); an appellate argument in a putative Title VII class action case (James v. England); three summary affirmance replies; a pretrial conference (Moore v. Billington); a pretrial motions hearing (Davis v. Ashcroft); and a motions hearing in a Rehabilitation Act case (Thompson v. Rice).

3. Defendant therefore requests an enlargement of time within which to file its motion for summary judgment, through and including February 15, 2006.

4. Granting this enlargement will not affect any trial dates or other in-court matters.

5. This is the first extension of the summary judgment deadline requested by defendant.

6. Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff. Counsel for plaintiff has graciously given consent to the relief requested.

For these reasons, defendant requests that the Court grant this motion for Enlargement of Time to file Motion For Summary Judgment.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157