UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1908 (HHK) |
| v. | ) |
| DEPARTMENT OF AGRICULTURE, | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Consent Motion For Enlargement of Time to File Motion for Summary Judgment. Upon consideration of the Motion, the entire record herein, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that the time within which to file Motion for Summary Judgment in the above-captioned matter is hereby enlarged to February 15, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE