Subj:    **FOIA Request 2005**
Date:    7/13/2005 11:15:05 AM Pacific Standard Time
From:    JohnLeeMon
To:      WJBRADY@kcc.usda.gov
CC:      JohnLeeMon

*(handwritten: 05-325  7-14-05)*

Mr. Brady:

On behalf of Multi Ag Media LLC, I request that you release the following agency records. Pursuant to the Freedom of Information Act, please provide these FSA data elements, as well as any data intrinsic to each specific program, for calendar year 2005.

We understand that these files are readily accessible to FSA and can be identified and released to us with little delay.

**A    PARTICIPATING PRODUCERS (PARTPROD)** - with name, address, entity code, producer type code, and customer ID

**B    PRODUCER PAYMENT REPORTING SYSTEM (PPRS)** - with program code, commodity code, payment amount and customer ID

**C    PERMITTED ENTITY** - with name, address, header, sequence number and customer ID

**D    LIVESTOCK COMPENSATION PROGRAM (LCP)** - with Livestock type, payment amount and customer ID

**E    LIVESTOCK ASSISTANCE PROGRAM (LAP)** -with Livestock type, payment amount and customer ID

**F    COMPLIANCE** - with Federal Information Processing Standards (FIPS), year, crop code, planted acres, farmland, acres to the farm-field level

**G    PRODUCER TYPE CODES (PTC)** - FIPS, customer ID, farm number, and producer type code

**H    AMTA TRACT FILE (TRACT FILE)** - with customer number, farm number, tract number and related acreage

**I    DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP)** - with FIPS, farm number, crop codes, base acres, and payment yields

**J    CONSERVATION RESERVE PROGRAM (CRP)** - with FIPS, farm number, contract number, soil types, practice number, signup number, erosion indicators, practice acres, contract start and end dates, Hydrologic Unit Area (HUA) number, payment amounts and payment rates

**K    TOBACCO FILES (both Holder and Grower)** - with customer ID, tract number and farm number

**L    FARM FIELD COMMON LAND UNIT (CLU)** - fully attributed file with digitized farm field boundaries, in shape file spatial data format, classified as farm and/or field boundaries, name and address, farm number, field number, tract number, acres, all spatial attributes and coordinates, as well as projection information as attached to these boundaries.

**M    ACTUAL PRODUCTION HISTORY (APH)** – including FIPS, farm number, crop code, yield averages and yield years

Also, all supplied files should have a detailed layout including code definitions such as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

Please forward the data on CDs to Damon Horst at the following address.

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.

Thursday, July 14, 2005 America Online: JohnLeeMon

*(handwritten: 1)*

## Exhibit A

Westmont, IL 60559
630-654-4420 x232

Thank you for your timely attention to this request.  Please call me if you have any questions.

John Montandon
President
Multi Ag Media LLC
2516 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353

This form is available electronically.

| **FSA-533**<br>(09-17-02) | **U.S. DEPARTMENT OF AGRICULTURE**<br>Farm Service Agency | **1. FROM** *(Name of office and address)*<br>Farm Service Agency, USDA<br>Kansas City Administrative Office<br>Freedom of Information Act Officer<br>P. O. Box 419205<br>Kansas City, Missouri 64141-6205 |
|---|---|---|

### FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST

**2. TO** *(Name and address of requestor)*

```
Multi Ag Media LLC
Attn: Mr. John Montandon
      President
2516 Via tejon, #303
Palos Verdes Estates, California 90274
```

**3. DATE REQUEST RECEIVED** *(MM-DD-YYYY)*

07-14-2005

**4. AMOUNT REMITTED** *(if any)*

$

---

**5.** The block checked in Item 6 below indicates availability of the following information you recently requested:

Case #05-325; Parts A - M

See attached copy of e mail from Mr. Montandon to Mr. Brady dtd July 13, 2005

---

**6. The Material You Requested** *(See applicable checked box.)*

| | | | FEE |
|---|---|---|---|
| **A** | ☐ | Is available in this office and will be furnished upon receipt of a fee. (Send remittance *(check or money order)* and this form to the office shown in Item 1.) | $ |

REMITTANCE PAYABLE TO: **TREASURER OF THE UNITED STATES**

| **B** | ☐ | Is not available in this office. Your request has been referred to: |
|---|---|---|

| **C** | ☐ | Cannot be identified from the information received. Please enter additional information in Item 5 above and return this form to the office shown in Item 1. BE AS SPECIFIC AS POSSIBLE. |
|---|---|---|

| **D** | ✔ | Is exempt from public disclosure due to the following: |
|---|---|---|

5 USC 552 (b) (6)
Personnel and medical files and similar files the disclosure of which would constitute a clearly
unwarranted invasion of personal privacy.

**NOTE:** An appeal to this decision may be filed with the: Administrator, Farm Service Agency (FSA), STOP 0501, 1400 Independence Avenue
SW, Washington DC 20250-0501, within 45 days from the date shown below. Enter "FOIA APPEAL" on the envelope and the letter to
assure prompt handling of your request.

---

**7. REMARKS**

With respect to request dtd July 13, 2005 supra:
Part E data is unavailable; Part L data is unavailable in KCAO and is forwarded to custodian, APFO for
response.
Denial of data herein relates exclusively to Parts F, H, I, J, K, & M. All other requested data has
been released to requester.

| **8A. SIGNATURE**<br>S/ William J Brady | **8B. TITLE**<br>Freedom of Information Act Officer | **8C. DATE** *(MM-DD-YYYY)*<br>08-08-2005 |
|---|---|---|

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis race, color, national origin, gender, religion, age, disability, political
beliefs, sexual orientation, and marital or family status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of
program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write
USDA, Director, Office of Civil Rights, Room 326-W, Whitten Building, 1400 Independence Avenue, SW, Washington, D. C. 20250-9410 or call (202) 720-5964 (voice or TDD).
USDA is an equal opportunity provider and employer.

---

**Check applicable copy destination:**    National Office ✔    State Office ☐    County Office ☐

## Exhibit B

③

05-325A
**Damon Horst**
Farm Market I.D.
645 Blackhawk Drive
Westmore, IL 60559-1115
Phone (630-654-4400)

As of October 5, 2005

**README NOTE**

This request is for the Participating Producer file for Calendar year 2005.

**Per coordination with the requestor,** provided to the requestor is 1 file.  This file is the
Participating Producer file for Calendar year 2005

Part/Prod N/A File total records = 2,973,158

Note:    **This data is accurate according to the available data in the Kansas City FSA
Office.  The file is sorted by State, County, Customer number, and the file is in ASCII
text format and delimited by ';' on a CD.  Please transfer this file to your hard drive
and keep the CD as a backup.**

**Layout – Part Prod 2005 Name and Address**

| | Field Name | Size | Type | Comment |
|---|---|---|---|---|
| 1. | State Code | 2 | C | Code list provided |
| 2. | County Code | 3 | C | Code list provided |
| 3. | Customer Number | 9 | C | |
| 4. | Status Code | 1 | C | |
| 5. | Last Name | 20 | C | |
| 6. | First Name | 10 | C | |
| 7. | Middle Name | 10 | C | |
| 8. | Suffix Name | 5 | C | |
| 9. | Name Format | 33 | C | First, Middle, Last Name |
| 10. | Name Type | 1 | C | 'I' = Individual 'B' = Business |
| 11. | Mailing Add1 | 26 | C | |
| 12. | Mailing Add2 | 26 | C | |
| 13. | City | 20 | C | |
| 14. | State | 2 | C | |
| 15. | Zip Code | 9 | C | |
| 16. | Barcode | 3 | C | Used for mail software |
| 17. | Entity Code | 2 | C | Code list provided |
| 18. | Farm Number | 7 | C | Number Assigned by County |
| 19. | PTC Code | 2 | C | Producer Type Code<br>OW=Owner, OP=Operator, OO=Owner/Operator, OT=Other |

# Exhibit C



## Example – Part Prod 2005 Name and Address File

```
CAS5325A.SCCUST.NASUM.DT05206
Col 001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01001000031137 DEBARDELABEN        WARREN              WARREN DEBARDELABEN
01001000031639 SMITH               BOBBY               BOBBY SMITH
01001000031664 HOLMES              ADOLPH              ADOLPH HOLMES
01001000031665 GRIFFIN             AUGUSTA             AUGUSTA GRIFFIN
01001000031675 JONES               JAMES     E         JAMES E JONES


Col 081 160
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
         IPO BOX 309                                        AUTAUGAVILLE
         I638 COUNTY ROAD 97                                JONES
         I                                                  ANYPLACE
         I                                                  ANYPLACE
         I                                                  BIRMINGHAM


Col 161 192
----+----7----+----8----+----9--
     AL36003-0309097010002309OW
     AL36749-3402381010002154OW
     AL36000-0000    0100021150W
     AL36000-0000    0100021150W
     AL35202-0000    0100024270O
```

05-325B
**Damon Horst**
Farm Market I.D.
645 Blackhawk Drive
Westmore, IL 60559-1115
Phone (630-654-4400)

As of August 2, 2005

**README NOTE**

This request is for the 2005 Producer Payments file.

**Per coordination with the requestor,** provided to the requestor is 1 file. This file is the Producer Payment file for year 2005

Producer Payment File total records = 21,915,761

Note:      **This data is accurate according to the available data in the Kansas City FSA Office.** The file is sorted by State, County, Customer number, and the file is in ASCII text format and delimited by ';' on a CD, **Please transfer this file to your hard drive and keep the CD as a backup.**

**Exhibit D**



**Layout – PPRS 2005 file**

| | Field Name | Size | Type | Comment |
|---|---|---|---|---|
| 1. | State Code | 2 | C | Code list provided |
| 2. | County Code | 3 | C | Code list provided |
| 3. | Customer Number | 9 | C | |
| 4. | Program Code | 4 | C | See Program/Commodity/Category code list |
| 5. | Program Year | 4 | C | CCYY |
| 6. | Commodity Code | 4 | C | See Program/Commodity/Category code list |
| 7. | Amount | 10 | C | shown in dollars and cents with a sign |
| 8. | Date | 10 | C | CCYY-MM-DD |
| 9. | Category Code | 2 | C | See Program/Commodity/Category code list |
| 10. | Farm Number | 7 | C | See Program/Commodity/Category code list |
| 11. | Calendar Year | 4 | C | |
| 12. | Fiscal Year | 4 | C | |
| 13. | Payment Sequence Number | 9 | C | |

# Example – Part Prod 2005 Name and Address File

## CAS5325B.PPRS.DT05214
## Col 001 – 072

```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7--
010010017691386745200327000000000020{2004-10-08D8000000020042005179240219
010010017691386740200461000000108190{2004-10-08D80001021200420051 79240220
010010017691386740200427000000000240{2004-10-08D80001021200420051 79240221
010010017691386740200527000000000240{2005-04-21D80001021200520051 99018135
010010017691386740200561000000108190{2005-04-21D80001021200520051 99018163
010010017691386740200361000000062280{2004-11-02D80001021200420051 90490166
010010018369496745200361000000002050{2004-11-02D8000216620042005190490167
010010018369496740200561000000001740{2005-06-29D8000216620052005200657734
010010018369496740200520000000000010{2005-06-29D8000216620052005200657733
010010018369496740200420000000000010{2004-10-14D8000216620042005183195112
010010018369496740200461000000003480{2004-10-14D80002166200420Q5183195780
010010018369496740200423000000000010{2004-10-14D8000216620042005183195781
010010019750806745200320000000000230{2004-10-08D8000000020042005179240198
010010019750802715200500000000022810{2005-05-06G9000000020052005199460347
010010019750806740200420000000000820{2004-10-08D8000205720042005179240197
010010019750806740200426000000000370{2004-10-08D8000205720042005179240196
```

05-325G

Damon Horst
Phoenix Data Processing
645 Blackhawk Drive
Westmont, IL 60559-1115
Phone 630-654-4400 x232
dhorst@phoenixdataprocessing.com

As of August 3, 2005

**ReadMe Note**

This request is for 2005 FSA data.  Please provide data on CD along with a complete record layout with as complete a comments section as possible.  Please provide the following:  PTC file for 2005 calendar year including customer number, fips codes, farm number and all producers' codes relating to that customer number.  This file should include multiple farm number per customer as well as multiple customers per farm number.

**Per coordination with Requester,** provided to the requestor is one file with the PTC data requested.  There are 29,395,329 records for the PTC file with state, county, status code, PTC, farm number, customer number, 4 occurrences of start year, end year, PTC, and 8 indicators.

**Note:**
The file is sorted by  State, County, Farm number, Customer number, in ascending order, and the files are in ASCII text format on a CD.

**Disclaimer:**   This data is accurate according to the records available in the Kansas City FSA office.

## PTC FILE LAYOUT:

| Field Name | Length | Comments |
|---|---|---|
| | 56 | delimited by ';' |
| 1.    State Code | 2 | See State & county code list |
| 2.    County Code | 3 | See State & county code list |

**Exhibit E**

| 3. | Status Code | 1 | blank = active, 'D' = no longer active |
| 4. | PTC | 2 | See above |
| 5. | Farm Number | 7 | |
| 6. | Customer Number | 9 | |
| 7. | Start Year | 2 | |
| 8. | End Year | 2 | |
| 9. | PTC | 2 | |
| 10. | Start Year | 2 | |
| 11. | End Year | 2 | |
| 12. | PTC | 2 | |
| 13. | Start Year | 2 | |
| 14. | End Year | 2 | |
| 15. | PTC | 2 | |
| 16. | Start Year | 2 | |
| 17. | End Year | 2 | |
| 18. | PTC | 2 | |
| 19. | Tract Owner | 1 | |
| 20. | Reconstitution Pending | 1 | |
| 21. | Current HELC | 1 | |
| 22. | Current PCW | 1 | |
| 23. | Prior HELC | 1 | |
| 24. | Prior PCW | 1 | |
| 25. | HELC-2 | 1 | |
| 26. | WC-2 | 1 | |

```
.CAS05255.PTC FINAL.DT05214
Col 001 056
----+----1----+----2----+----3----+----4----+----5----+-
                                          Y   Y Y Y
01001 OP000001000003104985   OO           Y   Y Y Y
01001 OP000002000003105585   OP           Y   Y Y Y
01001 OP000009000003109385   OP           Y   Y Y Y
01001 OP000003000472915885   OO           Y   Y Y Y
01001 OP000007000473713685   OO           Y   Y Y Y
01001 OP000006000480280989   OP           Y   Y Y Y
01001 OP000004000495932585   OO           Y   Y Y Y
01001 OP000005000496914985   OO           Y   Y Y Y
01001 OP000002100003105685   OO           Y   Y Y Y
01001 OP000003100003105785   OO           Y   Y Y Y
01001 OP000004100003106385   OO           Y   Y Y Y
01001 OP000009100003109385   OO           Y   Y Y Y
01001 OP000008100003160685930W93960096990W99  OOY Y Y Y
01001 OP000001100472906485   OO           Y   Y Y Y
01001DOP000005100473242385950P                Y   Y Y Y
01001 OP000005100476310085950W95   OO         Y   Y Y Y
```

## Farm Producer file

Record Length = 56/27944

| | FIELD NAME | START | LENGTH | DESCRIPTION | |
|---|---|---|---|---|---|
| | | | | | CHAR |
| 1 | State Code * | 1 | 2 | A two position FIPS numeric state Code | CHAR |
| 2 | County Code * | 3 | 3 | A three digit field used to identify a unique county within a specific state | CHAR |
| 3 | Code Status | 6 | 1 | ' '-Active, 'C'-Inactive Canceled, 'D'-Inactive Deleted, 'I'-Crop still resides on parent farm, 'N'-Inactive New Farm, 'P'-Active Parent far, Partial reconstitution, 'R'- Active rejected, 'U'-Crop has been moved, 'V' Active Validated after the fact, 'W'-Withdrawn by county not active, 'Z'-Tract contribution percentage out of balance | CHAR |
| 4 | PTC (Producer Type Code) | 7 | 2 | Identifies the customer's relation to the farm for which payment is being received: OW = Owner, OP = Operator, OO = Owner/Operator, OT = Other | ZONE |
| 5 | Farm Number | 9 | 7 | A seven-digit number assigned by a county... | ZONE |
| 6 | Customer Number | 16 | 9 | A unique number given to each customer released in place of the TAX-ID number & type | Char |
| 7 | Start Year | 25 | 2 | First year producer had a particular relationship to this farm and tract. | ZONE |
| 8 | End Year | 27 | 2 | Final year producer had a particular relationship to this farm and tract. | ZONE |
| 9 | PTC (Producer Type Code) | 29 | 2 | Identifies the customer's relation to the farm for which payment is being received: OW = Owner, OP = Operator, OO = Owner/Operator, OT = Other | CHAR |
| 10 | Start Year | 31 | 2 | First year producer had a particular relationship to this farm and tract. | ZONE |
| 11 | End Year | 33 | 2 | Final year producer had a particular relationship to this farm and tract. | ZONE |
| 12 | PTC (Producer Type Code) | 35 | 2 | Identifies the customer's relation to the farm for which payment is being received: OW = Owner, OP = Operator, OO = Owner/Operator, OT = Other | CHAR |
| 13 | Start Year | 37 | 2 | First year producer had a particular relationship to this farm and tract. | ZONE |
| 14 | End Year | 39 | 2 | Final year producer had a particular relationship to this farm and tract. | ZONE |
| 15 | PTC (Producer Type Code) | 41 | 2 | Identifies the customer's relation to the farm for which payment is being received: OW = Owner, OP = Operator, OO = Owner/Operator, OT = Other | CHAR |
| 16 | Start Year | 43 | 2 | First year producer had a particular relationship to this farm and tract. | ZONE |
| 17 | End Year | 45 | 2 | Final year producer had a particular relationship to this farm and tract. | ZONE |
| 18 | PTC (Producer Type Code) | 47 | 2 | Identifies the customer's relation to the farm for which payment is being received: OW = Owner, OP = Operator, OO = Owner/Operator, OT = Other | CHAR |
| 19 | Indicator Owner | 49 | 1 | Indicates the producer is also a tract owner. N - not a tract owner, Y - is tract owner | CHAR |
| 20 | Indicator Reconstitution Pending | 50 | 1 | Indicates whether or not the farm is pending approval of a reconstitution. Valid values are: " " - Nat pending approval "F" - Pending county committee approval of Farm reconstitution   "T" - Pending county committee approval of Tract reconstitution. | CHAR |
| 21 | Code Current HELC | 51 | 1 | Indicates if farm meets Highly Erodible Land Compliance (HELC) requirements  Valid values are ' ' - No determination has been made, 'C' - Farm has HEL & is in compliance, 'N' - Farm has HEL & not in compliance, 'Y' - Farm has no HEL | CHAR |
| 22 | Code Current PCW | 52 | 1 | Indicates if farm complies with converted wetland requirements    Valid values are ' ' - No determination has been made, 'C' - Farm has converted wetland & is in compliance, 'N' - Farm has converted wetland & not in compliance, 'Y' - Farm has no CW | CHAR |
| 23 | Code Prior HELC | 53 | 1 | Indicates if farm meets Highly Erodible Land Compliance (HELC) requirements Valid values are ' ' - No determination has been made, 'C' - Farm has HEL & is in compliance, 'N' - Farm has HEL & not in compliance, 'Y' - Farm has no HEL | CHAR |
| 24 | Code Prior PCW | 54 | 1 | Indicates if farm complies with converted wetland requirements    Valid values are ' ' - No determination has been made, 'C' - Farm has converted wetland & is in compliance, 'N' - Farm has converted wetland & not in compliance, 'Y' - Farm has no CW | CHAR |
| 25 | Code HELC-2 | 55 | 1 | Indicates farm meets Highly Erodible Land Compliance (HELC) requirements minus 2 yr | CHAR |
| 26 | Code WC-2 | 56 | 1 | Indicates if farm complies with converted wetland requirements minus 2 years | CHAR |

27

05-325 Part C

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com
As of August 5, 2005

## ReadMe Note

The requestor asks for a list of all permitted entity information at the lowest possible level for year 2005.

**Per coordination with the requestor,** provided will be one data file containing 910,172 records.  The file will contain a letter designating whether the record is an Entity (E), or a Member of the entity (M), along with a sequence number matching the two together.  It will also include state, county, customer number, the percentage share for each member, and the customer name and address.

## Note:

Since it cannot be truly ascertained who received what, if any, payments, lower levels of ownership are not releasable.  While it is, in addition, not truly clear who received what, if any, payments, the first level of ownership should have received something.  Thus the first level is releasable, sublevels are not.

The file is sorted by sequence number and header and is delimited by a semicolon (;) and in ASCII text format.  **Please transfer this file to your hard drive and keep the CD as a backup.  This data reflects the current status of the files in the Kansas City Office.**

## Exhibit F

9

## PERMITED ENTITY FILE LAYOUT

| Field Name | Length | Comments |
|---|---|---|
| | 203/27811 | |
| 1. Header | 1 | E = Entity (Parent); M = Member |
| 2. Sequence Number | 7 | Unique to Parent; The Parent's members will be the same |
| 3. State | 2 | State code list provided |
| 4. County | 3 | County code list provided |
| 5. Customer Number | 9 | Unique Identifier |
| 6. Last Name | 20 | |
| 7. First Name | 10 | |
| 8. Middle Name | 10 | |
| 9. Name Suffix | 5 | |
| 10. Name Format | 33 | |
| 11. Name Type | 1 | I = Individual; B = Business |
| 12. Address 1 | 26 | |
| 13. Address 2 | 26 | |
| 14. City | 20 | |
| 15. State | 2 | |
| 16. Zip Code | 9 | |
| 17. Bar Code | 3 | Used by many types of mailing software |

## PERMITTED ENITITY SAMPLE DATA:

**CAS05325.PERMIT.ENTITY.FINAL.DT05215**

**Cols 1 - 80**
```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
E0000001;01;001;012658226;IVY CREEK FARMS LLC        ;         ;         ;IVY C
M0000001;01;001;012661622;STOVER              ;EDGAR     ;         ;         ;EDGAR
M0000001;01;001;012665907;LANDSEN             ;ROBERT    ;         ;         ;ROBER
E0000002;01;001;012254696;ESTATE OF HENRY E BA;KER      ;         ;         ;ESTAT
M0000002;01;001;012391501;JURLS               ;SHARLENE  ;         ;         ;SHARL
```

**Cols 81 - 160**
```
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
REEK FARMS LLC          ;B;PO BOX 360385            ;
  STOVER                ;I;2021 BANEBERRY DR        ;
T LANDSEN               ;I;PO BOX 360385            ;
E OF HENRY E BAKER      ;B;8607 ANNA PL             ;
ENE JURLS               ;I;8607 ANNA PL             ;
```

**Cols 161 - 202**
```
----+----7----+----8----+----9----+----0---
    ;BIRMINGHAM          ;AL;35236-0385;852
    ;HOOVER              ;AL;35244-6403;216
    ;BIRMINGHAM          ;AL;35236-0385;852
    ;MONTGOMERY          ;AL;36116-6693;072
    ;MONTGOMERY          ;AL;36116-6693;072
```

**05-325 Part K**

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com
As of August 5, 2005

**ReadMe Note**

The requestor asks for a list of all tobacco producers.

**Per coordination with the requestor,** provided will be six data files, each having the same layout.  There will be a holder and a grower file for 2002, 2003, and for 2004.  Each file will contain state, county, customer number, basic and effective quotas, basic and effective allotments, customer name, address, producer type code, and farm number.

The files contain the following record counts:

| Year | Holder File | Grower File |
|------|-------------|-------------|
| 2002 | 585,471 Records | 257,946 Records |
| 2003 | 637,615 Records | 264,756 Records |
| 2004 | 699,041 Records | 271,521 Records |

Note:  The growers are based on farm  number, and the holders are based on farm and tract numbers.

**Note:**

**This data reflects the current status of the available files in the Kansas City Office. Please transfer these files to your hard drive and keep the CD as a backup.**

**Exhibit G**



## FINAL FILES LAYOUTS (All Four Files Have Identical Layouts):

| Field Name | Length 266/27930 | Comments |
|---|---|---|
| 1. State | 2 | State code list provided |
| 2. County | 3 | County code list provided |
| 3. Basic Quota | 13 | No Decimal Values |
| 4. Effective Quota | 13 | No Decimal Values |
| 5. Basic Allotment | 13 | Measured in hundredths of acres (decimal shown) |
| 6. Effective Allotment | 13 | Measured in hundredths of acres (decimal shown) |
| 7. Customer Number | 9 | Unique Identifier |
| 8. Last Name | 20 | |
| 9. First Name | 10 | |
| 10. Middle Name | 10 | |
| 11. Name Suffix | 5 | |
| 12. Name Format | 33 | |
| 13. Address 1 | 26 | |
| 14. Address 2 | 26 | |
| 15. City | 20 | |
| 16. State Abbreviation | 2 | |
| 17. Zip Code | 10 | Zip code and zip + 4 |
| 18. Bar Code | 3 | Used by many types of mailing software |
| 19. Name Type | 1 | I = Individual; B = Business |
| 20. Producer Type Code | 2 | 'OW' = Owner; 'OP' = Operator; 'OO' = Owner/Operator; 'OT' = Other |
| 21. Crop Year | 4 | |
| 22. Farm Number | 7 | |

41

**SAMPLE NAME AND ADDRESS DATA (From the 2002 Growers File)**

CAS05325.GROWFINL.YR02.DT05216

**Cols 1 - 80**
```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01;013;        17,986;        18,384;        10.11;        10.33;004730412;PAGE
01;013;        38,266;        35,439;        19.20;        17.78;004766110;LOWERY
01;013;        17,986;        18,384;        10.11;        10.33;004766115;PAGE
01;013;         2,244;         2,244;         1.33;         1.33;004766115;PAGE
01;013;        32,451;        31,612;        19.27;        18.77;004766115;PAGE
```



**Cols 81 - 160**
```
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
     ;ED       ;R       ;        ;ED R PAGE           ;1826
     ;KEITH    ;        ;        ;KEITH LOWERY        ;7713
     ;LARRY    ;        ;        ;LARRY PAGE          ;1826
     ;LARRY    ;        ;        ;LARRY PAGE          ;1826
     ;LARRY    ;        ;        ;LARRY PAGE          ;1826
```

**Cols 161 - 240**
```
----+----7----+----8----+----9----+----0----+----1----+----2----+----3----+----4
COOK BRIDGE RD          ;        ;GEORGIANA      ;AL;36033-
HALCYON FOREST TRL      ;        ;MONTGOMERY     ;AL;36117-
COOK BRIDGE RD          ;        ;GEORGIANA      ;AL;36033-
COOK BRIDGE RD          ;        ;GEORGIANA      ;AL;36033-
COOK BRIDGE RD          ;        ;GEORGIANA      ;AL;36033-
```

**Cols 241 - 266**
```
----+----5----+----6----+-
5835;266;I;OO;2002;0002522
3483;130;I;OO;2002;0002583
5835;266;I;OO;2002;0002522
5835;266;I;OP;2002;0001823
5835;266;I;OO;2002;0002679
```

42

05-325K
**Damon Horst**
Farm Market I.D.
645 Blackhawk Drive
Westmore, IL 60559-1115
Phone (630-654-4400)

As of October 17, 2005

README NOTE

The request is for the TTPP (tobacco buyout information for 2005.

**Per coordination with the requestor,** provided to the requestor would be 2 files. One file is for the tobacco quota holders and one is for the tobacco holder growers.

Note:    **This data is accurate according to the available data in the Kansas City FSA Office.** The file is sorted by State, County, Customer number, and the file is in ASCII text format and delimited by ';' on a CD.  **Please transfer this file to your hard drive and keep the CD as a backup.**

Layout – for the tobacco quota holder and grower file

| | Field Name | Size | Type | Comment |
|---|---|---|---|---|
| 1. | State Code | 2 | C | Code list provided |
| 2. | County Code | 3 | C | Code list provided |
| 3. | Farm | 7 | C | a 7 digit number assigned by the county |
| 4. | Tract | 7 | C | a 7 digit number identifying the tract |
| 5. | Quota | 12 | | lbs |
| 6. | Customer Number | 9 | C | |
| 7. | Status Code | 1 | C | |
| 8. | Last Name | 20 | C | |
| 9. | First Name | 10 | C | |
| 10. | Middle Name | 10 | C | |
| 11. | Suffix Name | 5 | C | |
| 12. | Name Format | 33 | C | First, Middle, Last Name |
| 13. | Name Type | 1 | C | 'I' = Individual 'B' = Business |
| 14. | Mailing Add1 | 26 | C | |
| 15. | Mailing Add2 | 26 | C | |
| 16. | City | 20 | C | |
| 17. | State | 2 | C | |
| 18. | Zip Code | 9 | C | Used for mail software |
| 19. | Barcode | 3 | C | Code list provided |
| 20. | Entity Code | 2 | C | Producer Type Code |
| 21. | PTC Code | 2 | C | OW=Owner, OP=Operator, OO=Owner/Operator, OT=Other |
| 22. | Tobacco Crop Code | 4 | | |
| 23. | Contract Number | 10 | | |
| 24. | Contract amount | 13 | | |
| 25. | Installment Number | 1 | | |
| 26. | Payment amount | 13 | | |
| 27. | Payment date | 10 | | |



Saved: 10/17/05  12:57 P

read05-325K1

05-325D

John L. Montandon
President
Multi Ag Media LLC
2516 Via Tejon, Suite 303
Palos Verdes Estates, CA 90274
Phone 310-375-7353
Fax 310-375-0982
JohnLeeMon@aol.com

Mail request to:
Damon Horst
Farm Market iD
645 Blackhawk Drive
Westmont, IL 60559-1115
Phone 630-654-4400
dhorst@fmid.net

As of August 4, 2005

**README NOTE**

This request is for emergency drought assistance LIVESTOCK COMPENSATION PROGRAM (LCP) - with Livestock type, payment amount, customer ID, number of head, name and address.

Provided to the requestor is one file for LCP which has 1,096,755 records and one file for LCPII, which has 343,422 records. Both file have state code, county code, customer number, program year, category code, kind code, entity code type, amount of the loss covered, farm number, PTC, name and address.

State and County code list, Entity code list, PTC list, and Kind code lists are provided.

**Note:**    Due to Exemption 6 of the FOIA regulations (statutory prohibition), number of head for each kind is deemed un-releasable.

The files are sorted by State, County, last name, customer number, and is in ASCII text format delimited by semicolons (;). This data reflects the current status of the files in the Kansas City Office. Please transfer this file to your hard drive and keep the CD as a backup.

**Exhibit H**



Diane Fuller

# ENTITY CODES

01 – Individual
02 – General Partnership
03 – Joint Venture
04 – Corporation with Stockholders
05 – Limited Partnership
06 – Estate
07 – Trust – Revocable
08 – Federally Owned
09 – State Owned
10 – Churches and Other Charitable Organizations
11 – County Owned
12 – City Owned
13 – Public School
14 – Bureau of Indian Affairs/Indian Tribal Venture
15 – Indians Represented in BIA
16 – Corporation with No Stockholders
17 – Trust Irrevocable
18 – Individual Operating as Small Business
99 - Other

**Livestock Compensation Program**

| Kind | Description |
|------|-------------|
| 01 | ADULT BEEF CATTLE, BUFFALO AND BEEFALO(COWS AND BULLS) |
| 02 | BEEF, DAIRY, BUFFALO AND BEEFALO REPLACEMENT HEIFERS (500 LBS. AND OVER) |
| 03 | ADULT DAIRY CATTLE(COWS AND BULLS) |
| 04 | BEEF, DAIRY, BUFFALO AND BEEFALO STEERS(500 LBS. AND OVER) |
| 05 | NONBREEDING BEEF, DAIRY, BUFFALO AND BEEFALO HEIFERS  (500 LBS. AND OVER) |
| 06 | BEEF, DAIRY, BUFFALO AND BEEFALO BULLS(500 LBS. AND OVER) |
| 07 | SHEEP(ALL) |
| 08 | GOATS(ALL) |

| PTC CODE | Participant's relation to farm |
|----------|-------------------------------|
| OW | Owner |
| OP | Operator |
| OO | Owner/Operator |
| OT | Other |



Diane Fuller

**LCP and LCPII File Layout**

| | Field Name | Size | Comment |
|---|---|---|---|
| | | 234/27846 | delimited by ';' |
| 1. | County Code | 3 | State & County Code list provided |
| 2. | State Code | 2 | State & County Code list provided |
| 3. | Customer Number | 9 | Unique Identifier |
| 4. | Program Year | 4 | '2003' |
| 5. | Category Code | 2 | 'E1' = LCP Payments |
| 6. | Kind Code | 2 | See Kind code list |
| 7. | Entity Code | 2 | See entity code list |
| 8. | Amount Covered Loss | 14 | 999,999,999.99 |
| 9. | Farm Number | 7 | |
| 10. | PTC | 2 | See PTC list above |
| 11. | Last Name | 20 | |
| 12. | First Name | 10 | |
| 13. | Middle Name | 10 | |
| 14. | Suffix Name | 5 | |
| 15. | Name Format | 33 | First, Middle, Last Name |
| 16. | Name Type | 1 | 'I' = Individual 'B' = Business |
| 17. | Mailing Add1 | 26 | |
| 18. | Mailing Add2 | 26 | |
| 19. | City, State | 35 | |
| 20. | Zip Code | 9 | |
| 21. | Barcode | 3 | Used for mail software |



Diane Fuller

Example of the LCP File:

.CAS05325D.LCP.DT05216

```
Col    001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01;001;009230890;2002;E1;01;01;    17,892.00;      ;  ;AUTAUGA FARMING CO   ;
01;001;009230890;2002;E1;02;01;     2,875.50;      ;  ;AUTAUGA FARMING CO   ;
01;001;009230890;2002;E1;04;01;     6,993.00;      ;  ;AUTAUGA FARMING CO   ;
01;001;009230890;2002;E1;05;01;     5,926.00;      ;  ;AUTAUGA FARMING CO   ;
01;001;012078737;2002;E1;08;01;       112.50;      ;  ;CAVER                ;AL
01;001;012078734;2002;E1;08;01;       198.00;      ;  ;DUNCAN               ;RE
01;001;012078734;2002;E1;01;01;        54.00;      ;  ;DUNCAN               ;RE
01;001;012058013;2002;E1;04;01;        27.00;      ;  ;FRAY                 ;WI
01;001;012058013;2002;E1;08;01;        54.00;      ;  ;FRAY                 ;WI
01;001;011928270;2002;E1;01;01;       288.00;      ;  ;GIPSON               ;AN
```

```
Col    081 160
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
        ;       ;  ;AUTAUGA FARMING CO           ;B;PO BOX 190
        ;       ;  ;AUTAUGA FARMING CO           ;B;PO BOX 190
        ;       ;  ;AUTAUGA FARMING CO           ;B;PO BOX 190
        ;       ;  ;AUTAUGA FARMING CO           ;B;PO BOX 190
BERT    ;       ;  ;ALBERT CAVER                 ;I;3020 COUNTY ROAD 1
YNOLDS  ;       ;  ;REYNOLDS DUNCAN              ;I;1758 COUNTY ROAD 5
YNOLDS  ;       ;  ;REYNOLDS DUNCAN              ;I;1758 COUNTY ROAD 5
LLIAM   ;E      ;  ;WILLIAM E FRAY               ;I;2289 HIGHWAY 31 N
LLIAM   ;E      ;  ;WILLIAM E FRAY               ;I;2289 HIGHWAY 31 N
THONY   ;       ;  ;ANTHONY GIPSON               ;I;1780 LINCOLN DR
```

```
Col    161 234
----+----7----+----8----+----9----+----0----+----1----+----2----+----3----
            ;  ;AUTAUGAVILLE       ;AL;36003-0190;909
            ;  ;AUTAUGAVILLE       ;AL;36003-0190;909
            ;  ;AUTAUGAVILLE       ;AL;36003-0190;909
            ;  ;AUTAUGAVILLE       ;AL;36003-0190;909
14          ;  ;PRATTVILLE         ;AL;36067-7924;204
7           ;  ;PRATTVILLE         ;AL;36067-6842;585
7           ;  ;PRATTVILLE         ;AL;36067-6842;585
            ;  ;DEATSVILLE         ;AL;36022-2742;895
            ;  ;DEATSVILLE         ;AL;36022-2742;895
            ;  ;PRATTVILLE         ;AL;36067-7273;801
```

| 2002 LCP & LCP-PHASE II RECORD LAYOUT | | | | 2002 LCP & 2003 LCPII Livestock Compensation Program | |
|---|---|---|---|---|---|
| # | FIELD NAME | START | LENGTH | DESCRIPTION    Record Length : 234/27846 | TYPE |
| 1 | State Code * | 1 | 2 | A two position FIPS numeric state Code | Char |
| 2 | Filler | 3 | 1 | Delimiter of ';' | Char |
| 3 | County Code * | 4 | 3 | A three digit field used to identify a unique county within a specific state | Char |
| 4 | Filler | 7 | 1 | Delimiter of ';' | Char |
| 5 | Customer Number | 8 | 9 | A unique number given to each customer released in place of the tax id number and type. | Char |
| 6 | Filler | 17 | 1 | Delimiter of ';' | Char |
| 7 | Program Year | 18 | 4 | CCYY January 1 through December 31 | Char |
| 8 | Filler | 22 | 1 | Delimiter of ';' | Char |

Diane Fuller

14

| # | Field | Start | Len | Description | Type |
|---|---|---|---|---|---|
| 9 | Category Code | 23 | 2 | E1   A two digit code that specifies groups of similar programs | Char |
| 10 | Filler | 25 | 1 | Delimiter of ';' | Char |
| 11 | Entry Code Kind | 26 | 2 | '01' Adult beef cattle, Buffalo & Beefalo (Cows & Bulls)<br>'02' Beef, Dairy, Buffalo & Beefalo replacement heifers (500lbs & over)<br>'03' Adult Dairy Cattle (Cows & Bulls)<br>'04' Beef, Dairy, Buffalo & Beefalo steers (500 lbs. & over)<br>'05' Non-breeding Beef, Dairy, Buffalo & Beefalo heifers (500 lbs. & over)<br>'06' Beef, Dairy, Buffalo & Beefalo Bulls (500 lbs. & over)<br>'07' Sheep (all)<br>'08' Goats (all) | Char |
| 12 | Filler | 28 | 1 | Delimiter of ';' | Char |
| 13 | Entity Code Type | 29 | 2 | 01 – Individual,  02 – General Partnership,  03 – Joint Venture,  04 – Corporation with Stockholders,  05 – Limited Partnership,  06 – Estate,  07 – Trust – Revocable, 08 – Federally Owned,  09 – State Owned,  10 – Churches and Other, Charitable Organizations,  11 – County Owned,  12 – City Owned,  13 – Public School,  14 – Bureau of Indian Affairs/Indian Tribal Venture,  15 – Indians Represented in BIA, 16 – Corporation with No. Stockholders,  17 – Trust Irrevocable,  18 – Individual Operating as Small Business,  21 – Duplicate Insurance Contract,  99 – Other | Char |
| 14 | Filler | 31 | 1 | Delimiter of ';' | Char |
| 15 | Amount Covered Loss | 32 | 14 | 9(12)V99 The amount of the producers loss covered | Nbr. |
| 16 | Filler | 46 | 1 | Delimiter of ';' | Char |
| 17 | Farm Number | 47 | 7 | A seven-digit number assigned by a county. | Char |
| 18 | Filler | 54 | 1 | Delimiter of ';' | Char |
| 19 | PTC (Producer Type Code) | 55 | 2 | Identifies the customer's relation to the farm for which payment is being received<br>OW = Owner,  OP = Operator,  OO = Owner/Operator,  OT = Other | Char |
| 20 | Filler | 57 | 1 | Delimiter of ';' | Char |
| 21 | Last Name | 58 | 20 | The last name of the individual, Corporation, ...etc. | Char |
| 22 | Filler | 78 | 1 | Delimiter of ';' | Char |
| 23 | First Name | 79 | 10 | The first name of the individual or entity | Char |
| 24 | Filler | 89 | 1 | Delimiter of ';' | Char |
| 25 | Middle Name | 80 | 10 | The second or alternate name of the individual or entity | Char |
| 26 | Filler | 100 | 1 | Delimiter of ';' | Char |
| 27 | Name Suffix | 101 | 5 | Identifies any suffix used in the name (i.e. Jr., II...etc.) | Char |
| 28 | Filler | 106 | 1 | Delimiter of ';' | Char |
| 29 | Name Format | 107 | 33 | 33 character field that is used for addressing mail. | Char |
| 30 | Filler | 140 | 1 | Delimiter of ';' | Char |
| 31 | Name Type | 141 | 1 | Identifies an individual (I) or business (B) | Char |
| 32 | Filler | 142 | 1 | Delimiter of ';' | Char |
| 33 | Address 1 | 143 | 26 | First line of the mailing address | Char |
| 34 | Filler | 169 | 1 | Delimiter of ';' | Char |
| 35 | Address 2 | 170 | 26 | The second line of the mailing address | Char |
| 36 | Filler | 196 | 1 | Delimiter of ';' | Char |
| 37 | City | 197 | 20 | Names of the city | Char |
| 38 | Filler | 217 | 1 | Delimiter of ';' | Char |
| 39 | State | 218 | 2 | 2 position abbreviation for the state name | Char |
| 40 | Filler | 220 | 1 | Delimiter of ';' | Char |
| 41 | Zip Code | 221 | 10 | The nine digit zip code – 5 digit – then 4 digit US zip code. | Char |
| 42 | Filler | 231 | 1 | Delimiter of ';' | Char |
| 43 | Bar Code | 232 | 3 | Used by several types of mail software for creating mailing lists | Char |



Diane Fuller

05-409F

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com

As of September 21, 2005


**ReadMe Note**

The requestor asks for a complete copy of the 2004 and 2005 Compliance data files.

Provided will be a complete copy of the requested Compliance Detail file and the Compliance Summary file for each year requested.  The detail file for 2004 has 20,453,232 records and the 2005 detail file has 19,420,588 records.  The summary file for 2004 has 8,270,095 records, and the 2005 summary file has 7,661,041 records.

The files are sorted by state, county, farm number, and tract number, and are zipped from an ASCII text format.  Please transfer these files to your hard drive and keep the CD as a backup.


**DISCLAIMER**

This data is complete with all that has been reported to the Kansas City FSA Office.


**Exhibit I**

19

**FARM COMPLIANCE DETAIL** RECORD LAYOUT

| Record: AMECxM | | | | | |
|---|---|---|---|---|---|
| Updated: 10/24/04 By MNS061 | | | Record Length = 148 | | |

| # | FIELD NAME | START | LENGTH | DESCRIPTION | TYPE |
|---|---|---|---|---|---|
| 1 | State Code | 1 | 2 | A two position FIPS numeric state code | Char |
| 2 | County Code | 3 | 3 | A three position numeric county code to identify a county within a specific state | Char |
| 3 | Code Status | 6 | 1 | ' '-Active, 'C'-Inactive Canceled, 'D'-Inactive Deleted, 'I'-Crop still resides on parent farm, 'N'-Inactive New Farm, 'P'-Active Parent far, Partial reconstitution, 'R'- Active rejected, 'U'-Crop has been moved, 'V' Active Validated after the fact, 'W'-Withdrawn by county not active, 'Z'-Tract contribution percentage out of balance | Char |
| 4 | Code Certificate | 7 | 1 | Not used | |
| 5 | Farm Number | 8 | 7 | A seven-digit number assigned by a county | Zone |
| 6 | Tract Number | 15 | 7 | A seven-digit number used to identify specific tract* | Zone |
| 7 | Field Number | 22 | 4 | A number that uniquely identifies a field of a tract and farm | Char |
| 8 | Crop Code | 26 | 4 | See Universal Crop Table | Char |
| 9 | Practice Code | 30 | 1 | 'N' - only non irrigated farm crop, 'B' - both practices, 'I' - only irrigated farm crop | Char |
| 10 | Crop Status Code | 31 | 3 | Used to identify crop status. position 1 is a I = Initial Crop, D = Double Crop;S = Subsequent (non-double) crop, E = Experimental Crop, R = Repeat Same Crop, position 2 is a I = Intended, P = Prevented Planting, F = Failed Crop, A = Abandoned (Peanuts) '-' = Planted, M = Multiple Plantings (see 2-CP for valid codes) | Char |
| 11 | Description Code | 34 | 5 | Abbreviation used for a crop (See Universal Crop Table) | Char |
| 12 | Intended Use Code | 39 | 2 | (see 2-CP) used for grain, grazing, haying, silage etc. | Char |
| 13 | Crop Type Code | 41 | 3 | (See Universal Crop Table) | Char |
| 14 | Field Identification Code | 44 | 2 | A code that uniquely identifies a fields subdivision | Char |
| 15 | Filler | 46 | 3 | Space not used at this time | Zone |
| 16 | Year End Date CENTURY | 49 | 2 | CC century of the year end of the reported crop to the farm | Zone |
| 17 | Year End Date YEAR | 51 | 2 | YY year of the end of the reported crop to the farm | Char |
| 18 | Filler | 53 | 6 | Space not used at this time | Zone |
| 19 | Planting Practice Code | 59 | 1 | Cotton/Tobacco row width, row pattern, conversion factor, number of rows and skip width. Blank if not Cotton/Tobacco  'S'- Solid planting ' ' - not solid planting | Zone |
| 20 | Number Row Count | 60 | 3 | Cotton/Tobacco only : Number of rows planted for the field | Char |
| 21 | Number Row Width | 63 | 2 | Cotton/Tobacco only  Width of planted raw, in inches | Char |
| 22 | Number Row Pattern-In | 65 | 2 | Cotton/Tobacco only  Number of rows that are planted before a row is skipped | Char |
| 23 | Number Row Pattern-Out | 67 | 2 | Cotton/Tobacco only  Number of rows that are not planted | Char |
| 24 | Number Skip Width | 69 | 3 | Cotton/Tobacco only  Width of the row area, in inches, skipped between planted rows | Char |
| 25 | Acreage Conversion Factor | 72 | 4 | Cotton/Tobacco only  When multiplied by determined acres for the crop and divided by 10,000 will give the actual acres planted | Char |
| 26 | Reported Acreage | 76 | 8,2 | Reported acres for crops, all reported in hundredths | Char |
| 27 | Determined Acreage | 84 | 8,2 | Determined acres for all crops, is reported in hundredths | Char |
| 28 | Planted Date | 92 | 8 | CCYYMMDD   Planting date to be used for FCIC | Char |
| 29 | Program Year Century | 100 | 4 | CCYY the program year | Char |
| 30 | Reported Date | 104 | 8 | CCYYMMDD  Date of the reporting of last entry in to the record | Char |
| 31 | Land Use Code | 112 | 1 | 'A' = ACR, 'C' = CU for P&CP, 'P' = CU for pay, 'O' = OCROP, 'X' = Flex (all year), 'F' = Flex (Fall Flex), 'S' = Flex (Spring Flex), | Char |
| 32 | Land Use Summary Indicator | 113 | 1 | ' ' - not special summary,  'Y' - Special summary | Char |
| 33 | Official Acreage Measurement | 114 | 1 | 'M' - Measurement after planting , 'O' - Official acres in field reported, ' ' - neither | Char |
| 34 | Insurance Coverage Code | 115 | 1 | ' ' - insurable crop and producer waiver coverage, 'I' - has coverage, 'N' - Crop in NAP | Char |
| 35 | Determined Acreage Present | 116 | 1 | 'Y' - indicates that determined acres are present | Char |
| 36 | Multiple Tract Indicator | 117 | 1 | ' ' - Tract is not a multiple tract,  'Y' - Tract is multiple tract | Char |
| 37 | Peanut update indicator | 118 | 1 | Not used | Char |
| 38 | Rprtd Official Measurement | 119 | 1 | 'Y' - are official or measured acres, ' ' - are not official or measured acres | Char |
| 39 | Field Visit Measurement IND | 120 | 1 | ' ' - Acreage was taken from aerial slides, 'Y' - Fields were visited | Char |
| 40 | Sequence Number | 121 | 5 | Order records were entered from the farm | Char |
| 41 | Workload 1st Quarter IND | 126 | 1 | First Quarter October -December  'Y' - Crop information entered, ' ' - not entered | Char |
| 42 | Workload 2nd Quarter IND | 127 | 1 | Second Quarter January - March  'Y' - Crop information entered, ' ' - not entered | Char |
| 43 | Workload 3rd Quarter IND | 128 | 1 | Third Quarter April - June  'Y' - Crop information entered, ' ' - not entered | Char |
| 44 | Workload 4th Quarter IND | 129 | 1 | Forth Quarter July - September  'Y' - Crop information entered, ' ' - not entered | Char |
| 45 | Workload Late Quarter IND | 130 | 1 | ' ' - crop information not entered  'Y' - Crop information entered late in the quarter | Zone |
| 46 | Filler | 131 | 4 | Space not used at this time | Char |
| 47 | Crop Code - FCIC | 135 | 4 | Code set by CGRD to identify the FCIC crop. (See Universal Crop Table) | Char |
| 48 | Crop Type Code - FCIC | 138 | 3 | Code set by CGRD to identify the FCIC crop type. (See Universal Crop Table) | Char |
| 49 | Date | 141 | 8 | CCYYMMDD  date | Char |

20

## Example of the Compliance Detail data.

.MMBC8001.CMPL04.DT05256

Col 001 080

```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01001U 00000280000018  1A0041NI   CORN FHSWT  A  0000   00000000000000000000
01001U 00000280000018  1B0757NI   WATRMFHJUB  A  0000   00000000000000000000
01001U 00000280000018  1C0759NI   CANTLFH     A  0000   00000000000000000000
01001U 00000280000018  1D0067NI   PEAS FHPHL  A  0000   00000000000000000000
01001U 00000280000018  1E0047NI   BEANSFHGRN  A  0000   00000000000000000000
01001U 00000280000018  1F0067NI   PEAS FHPHL  A  0000   00000000000000000000
01001U 00000280000018  1G0067NSF  PEAS FHPHL  A  0000   00000000000000000000
01001U 00000280000018  1H0155NI   SQASHFHSUM  A  0000   00000000000000000000
01001U 00000280000018  1I0087NI   TMATOFHHYB  A  0000   S0000000000000000000
01001U 00000280000018  1J0083NI   PEPRSFHCAY  A  0000   S0000000000000000000
01001U 00000280000018  1K4000NI   GREENFHCOL  A  0000   00000000000000000000
01001U 00000280000018  1L4000NI   GREENFHTUR  A  0000   00000000000000000000
01001U 00000280000018  1M0067NI   PEAS FHPHL  A  0000   00000000000000000000
01001U 00000280000018  1N0067NI   PEAS FHPHL  A  0000   00000000000000000000
01001U 00000280000018  5A0041II   CORN GRYEL  A  0000   00000000000000000000
01001U 00000280000018  5B0041NI   CORN FHSWT  A  0000   00000000000000000000
01001U 00000280000018  6A0041II   CORN GRYEL  A  0000   00000000000000000002
```

Col 081 149

```
----+----9----+----0----+----1----+----2----+----3----+----4----+----
25000000035020040401200420040518F M Y  Y00004   Y    0000   20041029
45000000000200405102004200420040518F    00005   Y    0000   00000000
05000000000200405112004200420040518F M Y Y00006  Y    0000   20041029
05000000000200405112004200420040518F     00007   Y    0000   00000000
05000000000200405112004200420040518F M Y Y00008  Y    0000   20041029
02500000000200405112004200420040518F     00009   Y    0000   00000000
02000000000200407042004200420040723F     00010   YY   0000   00000000
02500000000200405112004200420040518F M Y Y00011  Y    0000   20041029
08000000000200405112004200420040518F M Y Y00012  Y    0000   20041029
08000000000200405112004200420040518F M Y Y00013  Y    0000   20041029
08000000000200405112004200420040518F M Y Y00014  Y    0000   20041029
08000000000200405112004200420040518F M Y Y00015  Y    0000   20041029
03000000000200407052004200420040727F     00016   Y    0000   00000000
11000000000200407042004200420040723F     00017   Y    0000   00000000
23000002000200403122004200420040518  M Y Y00001  Y    0000   20041006
10000001702004031720042004200518F M Y    Y00002  Y    0000   00000000
30000000000200404222004200420040518      00003   Y    0000   
```

FARM COMPLIANCE SUMMARY RECORD LAYOUT

Updated: 7/3/05
By MNS061

| Record: AMESXM | | | Record Length = 200/27800 | | |
|---|---|---|---|---|---|

| # | FIELD NAME | START | LENGTH | DESCRIPTION | TYPE |
|---|---|---|---|---|---|
| | | | | A two position FIPS numeric state code | Char |
| 1 | State Code | 1 | 2 | A two position FIPS numeric state code | Char |
| 2 | County Code | 3 | 3 | A three position numeric county code to identify a county within a specific state | Char |
| 3 | Code Status | 6 | 1 | ' '-Active, 'C'-Inactive Canceled, 'D'-Inactive Deleted, 'I'-Crop still resides on parent farm, 'N'-Inactive New Farm, 'P'-Active Parent far, Partial reconstitution, 'R'- Active rejected, 'U'-Crop has been moved, 'V' Active Validated after the fact, 'W'-Withdrawn by county not active, 'Z'-Tract contribution percentage out of balance | Char |
| 4 | Skip Record Indicator | 7 | 1 | Indicator is used to identify the records that are not used by the compliance system. | Char |
| 5 | Farm Number | 8 | 7 | A seven-digit number assigned by a county | Zone |
| 6 | Tract Number | 15 | 7 | A seven-digit number used to identify specific tract* | Zone |
| 7 | Crop Code | 22 | 4 | A 4-digit numeric code used to identify a crop. Valid values are: 0001 - Burley Tobacco 0002 - Flue-Cured Tobacco 0003 - Virginia Fire-Cured Tobacco 0004 - Fire-Cured Tobacco 0005 - Dark Air Cured Tobacco 0006 - Virginia Sun Cured Tobacco 0007 - Cigar-Filler Binder Tobacco 0008 - Cigar-Binder Tobacco 0009 - Maryland Tobacco 0010 - Cigar-Filler Tobacco 0011 - Wheat 0012 - Cigar-Wrapper Tobacco 0016 - Oats 0018 - Rice 0021 - Upland Cotton 0022 - ELS Cotton 0041 - Corn 0051 - Sorghum 0075 - Peanuts 0091 - Barley See Universal Crop Table | Char |
| 8 | Code Type | 26 | 3 | This is used by Risk Management Agency numeric crop type code | Char |
| 9 | Practice Code | 29 | 1 | 'N' - only non irrigated farm crop, 'B' - both practices, 'I' - only irrigated farm crop | Char |
| 10 | Intended Use Code | 30 | 2 | See Compliance Handbook 2-CP for complete list of intended use codes. This field is only required for certain crops. It represents what the crop is used for such as grain, grazing, haying, silage etc. | Char |
| 11 | Program Crop Indicator | 30 | 1 | Program crop indicator. Identifies program crops (Wheat, Oats, Rice, Upland Cotton, ELS Cotton, corn, sorghum, and barley). Valid values are: ' ' - Crop is not a program crop Y - Crop is a program crop | Char |
| 12 | Program Year Century | 33 | 4 | CCYY the program year | Char |
| 13 | Certified Average Report Code | 37 | 1 | Indicates if a crop acreage report was filed and certified for this crop. Valid values are: ' ' - Not certified N - Not certified Y - Certified R - Recertification | Char |
| 14 | Tobacco Allotment Indicator | 38 | 1 | This indicator is set to ''Y'' when a tobacco allotment is present. This field is defaulted to blank when allotment is not present. Valid values are: ' ' - Allotment is not present Y - Tobacco allotment is present | Char |
| 15 | Determined Acreage Present | 39 | 1 | 'Y' - indicates that determined acres are present | Char |
| 16 | Missing Acreage Indicator | 40 | 1 | This is used to identify if there are any fields for the farm/crop that do not have Determined acres. Valid values are: Y - There is at least one field missing Determined acres ' ' - All fields have Determined acres | Char |
| 16 | Other Fruits & Vegetables | 41 | 1 | Indicator set to ''Y'' if other fruits and vegetables have been reported. This field is defaulted to blank when there is no fruit and vegetable. Valid values are: ' ' - Not a fruit or vegetable Y - Other fruits and vegetables | Char |
| 17 | Code of Reported Units | 42 | 1 | Code of reported units | Char |
| 18 | Crop Compliance Name | 43 | 5 | Abbreviation used for a crop (See Universal Crop Table) | Char |
| 19 | Planted Acreage | 48 | 9,2 | Reported acres planted for the crops, all reported in hundredths | Char |
| 20 | Planted Acreage Determined | 57 | 9,2 | Number of acres that were determined to have been planted to the crop reported in hundredths. | Char |
| 21 | Intended Acreage - Report | 66 | 9,2 | The number of reported acres which had an "I" for the crop status code. | Char |
| 22 | Intended Acreage - Determined | 75 | 9,2 | The number of determined acres which had an "I" for the crop status code. | Char |
| 23 | Double Program Crop Acreage - Report | 84 | 9,2 | Number of acres that were reported with a ''B'' for the left character of the crop status code. ''B'' is for program crop behind program crop. Double crop for cropland exceeding sum of Crop Acreage Base (CABs). | Char |
| 24 | Double Program Crop Acreage - Determined | 93 | 9,2 | Number of Determined acres with a ''B'' for the left character of the crop status code. ''B'' means program crop behind program crop. Double crop for cropland exceeding sum of Crop Acreage Base (CABs). | Char |
| 25 | Failed Acreage - Reported | 102 | 9,2 | Number of acres reported with an ''F'' (Failed) for the right character of the crop status code. | Char |
| 26 | Failed Acreage - Determined | 111 | 9,2 | The number of Determined acres with an ''F'' (Failed) for the right character of the crop status code. | Char |
| 27 | Prevented Planted Acreage - Rpt | 120 | 9,2 | Number of acres reported with a ''P'' as the right character of the crop status code. ''P'' means Prevented Planted. | Char |
| 28 | Prevented Planted Acreage - Det | 129 | 9,2 | Number of Determined acres with a ''P'' for the right character of the crop status code. ''P'' means Prevented Planted. | Char |
| 29 | Peanut Total Abandoned Acreage - Rpt | 138 | 9,2 | Number of Reported acres with an ''A'' for the right character of the crop status code. ''A'' means abandoned and is valid for peanut records only. | Char |
| 30 | Peanut Total Abandoned Acreage - Det | 147 | 9,2 | Number of Determined acres with an ''A'' for the right character of the crop status code. ''A'' means abandoned and is valid for peanut records only. | Char |
| 31 | Experimental Acreage - Rpt | 156 | 9,2 | Number of Reported acres with an ''E'' as the first character of the crop status code. ''E'' means Experimental. | Char |

22

| 32 | Experimental Acreage – Det | 165 | 9,2 | Number of Determined acres with an ''E'' as the first character of the crop status code. ''E'' means experimental. | Char |
| 33 | Official Acreage | 174 | 9,2 | Acreages that have been measured and marked on the maps. Whole fields are reported as measured, and considered official. | Char |
| 34 | Field Checked Acreage | 183 | 9,2 | Acres that have been measured after planting by the County Office or some other third party. | Char |
| 35 | Official Acreage Indicator | 192 | 1 | Identifies if there are acres present in the official acres field. | Char |
| 36 | Measured Acreage Indicator | 193 | 1 | Identifies if there are acres present in the measured acres field. | Char |
| 37 | Tolerance Indicator | 194 | 1 | Indicates if a crop should receive tolerance. Valid values are: '' '' - The crop does not receive any tolerance when reported acres are compared against the determined or allocated acres Y - If all fields for the crop have been measured, staked, or are official acres | |
| 38 | Allotment Amount | 195 | 5,2 | Amount of current effective allotment. Valid only for the tobacco crops. Taken from the tobacco system, it''s either the current year''s allotment or the prior year''s (if no current year) allotment. | Char |
| 39 | Zero Acreage Indicator | 200 | 1 | This indicator is set when zero acreage is entered for the crop. Valid values are: '' '' - zero acreage is not entered. ''Y'' - Zero acreage is entered. | Char |

## Example of the Compliance Summary data.

```
.MMBC8003.CMPL04.DT05256
Col   001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01001   00000280000000000041SWTNFHY2004Y  Y YACORN  00000035000000052000000000000000
01001   00000280000000000041YELIGRY2004Y  YY ACORN  00000048000000020000000000000000
01001   00000280000000000047GRNNFH 2004Y  Y YABEANS0000000050000000000000000000000000
01001   00000280000000000067PHLNFH 2004Y    YAPEAS  00000021000000000000000000000000
01001   00000280000000000083CAYNFH 2004Y  Y YAPEPRS0000000080000000000000000000000000
01001   00000280000000000087HYBNFH 2004Y  Y YATMATO0000000025000000000000000000000000
01001   00000280000000000155SUMNFH 2004Y  Y YASQASH0000000450000000000000000000000000
01001   00000280000000000757JUBNFH 2004Y    YAWATRM0000000050000000000000000000000000
01001   00000280000000000759    NFH 2004Y  Y YACANTL0000000146000000000000000000000000
01001   00000280000000000773    N  2004Y  YY AOFAV  00000008000000052000000000000000
01001   00000280000000004000COLNFH 2004Y  Y YAGREEN0000000080000000000000000000000000
01001   00000280000000004000TURNFH 2004Y  Y YAGREEN0000010000000000000000000000000000
01001   00000440000000000041SWTNFHY2004Y  Y YACORN  00000043000000079000000000000000
01001   00000440000000000132COMNFH 2004Y  Y YACUCUM00000043000000033000000000000000
01001   00000440000000000155SUMNFH 2004Y  Y YASQASH0000001860000000350000000000000000
01001   00000440000000000773    N  2004Y  Y  AOFAV  00000182000000147000000000000000
```

```
Col   081 160
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000020000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000020000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
00000000000000000000000000000000000000000000000000000000000000000000000000000000
```

```
Col   161 200
----+----7----+----8----+----9----+----0----+----1----+----2
000000000000000000000000000000000000000000000000000520  YY000000
000000000000000000000000000000000000000000000000002000   000002
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000   000000
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000   000000
000000000000000000000000000000000000000000000000000520   000000
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000  YY000000
000000000000000000000000000000000000000000000000000000   000000
00000000000000000000000000000000000000000000000000000000 000000
000000000000000000000000000000000000000000000000000000   000000
000000000000000000000000000000000000000000000000000000   000000
000000000000000000000000000000000000000000000000000000
```

05-409H

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com

As of September 21, 2005

**ReadMe Note**

The requestor asks for a list of 2005 AMTA TRACT FILE (TRACT FILE) - with customer number, farm number, tract number and related acreage

Provided will be 8,691,227 records from the AMTA Tract file.  The records will contain state, county, status code, program year, tract number, seven separate acreage fields, location state and county, and a tract description that usually contains map references (when populated).  The records are all for program year 2005.

**Note:**

The file is sorted by state, county, and tract number, and is zipped from an ASCII text format.  **The data provided reflects the current status of the files in the Kansas City Office.  Please transfer this file to your hard drive and keep the CD as a backup.**

**Exhibit J**

28

| | | | | Updated: 10/24/02 |
|---|---|---|---|---|
| **Record: AMITRM** | | **AMTA Tract RECORD LAYOUT** | | |
| (AMTA TRACT FILE) | | | Record Length = 200/27800 | |

| # | FIELD NAME | START | LENGTH | DESCRIPTION | TYPE |
|---|---|---|---|---|---|
| | | | | | Char |
| 1 | State Code | 1 | 2 | A two position FIPS numeric state code | Char |
| 2 | County Code | 3 | 3 | A three position numeric county code to identify a county within a specific state | Char |
| 7 | Code Status | 6 | 1 | ' '-Active, 'C'-Inactive Canceled, 'D'-Inactive Deleted, 'I'-Crop still resides on parent farm, 'N'-Inactive New Farm, 'P'-Active Parent far, Partial reconstitution, 'R'- Active rejected, 'U'-Crop has been moved, 'V' Active Validated after the fact, 'W'- Withdrawn by county, 'Z'-Tract contribution percentage out of balance | Char |
| 8 | Year | 7 | 4 | CCYY current century date | Zone |
| 9 | Farm Number | 11 | 7 | A seven-digit number assigned by a county | Zone |
| 10 | Tract Number | 18 | 7 | A seven-digit number used to identify specific tract* | Zone |
| 11 | Tract Farmland Acreage | 25 | 8.1 | Total farmland acreage for the tract | Zone |
| 12 | Tract Cropland Acreage | 33 | 8.1 | Total cropland acreage for the tract | Zone |
| 13 | Tract Agri Usage Acreage | 51 | 8.1 | Total of the acreage for agricultural use for the tract | Zone |
| 14 | Tract CRP Acreage Reduced | 60 | 8.1 | Amount of acreage reduction due to participation in CRP for the tract | Zone |
| 15 | Tract WBP Acreage | 68 | 8.1 | Total of the Water Bank Programs acreage for the tract | Zone |
| 16 | Tract Eff Agri Usage Acreage | 76 | 8.1 | Subtract tract CRP and tract WBP from tract AG usage acreage quantity | Zone |
| 17 | Tract MPL Cropland Acreage | 84 | 8.1 | Total of Marginal Pasture Land acreage for the tract | Zone |
| 18 | filler | 92 | 6 | Space not used at this time | Char |
| 19 | Indicator HEL | 98 | 1 | 'Y'- Yes, tract has Highly Erodible Land, 'N'-No HEL,' '-No determination | Char |
| 20 | Indicator 027 farm plan | 99 | 1 | Soil Conservation plan CPA-027 filed on farm  'Y'-plan approved, 'N'-not approved yet 'X'- tract has HEL has 2 years to obtain approval, 'O'- has HEL but no plan required | Char |
| 21 | Indicator A027 current plan | 100 | 1 | 'Y'-plan approved, 'N'-does not have plan, 'O' or 'X'-exempt for 2 years | Char |
| 22 | Indicator WL | 101 | 1 | 'Y'- Yes, tract has Wetland, 'N'-No WL,' '-No determination | Char |
| 23 | Indicator CW | 102 | 1 | 'Y'- Yes, tract has Wetland converted, 'N'-No CW,' '-No determination. | Char |
| 24 | Indicator FW | 103 | 1 | 'Y'- Yes, tract has Wetland is farmed, 'N'-No FW,' '-No determination | Char |
| 25 | Indicator PC | 104 | 1 | 'Y'- Yes, tract has Wetland converted before 1985, 'N'-No PC,' '-No determination | Char |
| 26 | Indicator AW | 105 | 1 | 'Y'- Yes, tract is artificial Wetland, 'N'-No AW,' '-No determination | Char |
| 27 | Indicator MW | 106 | 1 | 'Y'- Yes, tract has Minimal Effect Wetland, 'N'-No MW,' '-No determination | Char |
| 28 | Indicator PCW | 107 | 1 | 'Y'- Yes, tract has planted on converted Wetland, 'N'-No PCW,' '-No determination | Char |
| 29 | Indicator MW | 108 | 1 | 'Y'- Yes, tract has Mitigation of Wetland, 'N'-No MW,' '-No determination | Char |
| 30 | Indicator RW | 109 | 1 | 'Y'- Yes, tract has planted on Restored Wetland, 'N'-No RW,' '-No determination | Char |
| 31 | Indicator CWTE | 110 | 1 | 'Y'- Yes, tract has Exempt Wetland, 'N'-No CWTE,' '-No determination | Char |
| 32 | Indicator CWNA | 111 | 1 | 'Y'- Yes, tract has Wetland used for non agriculture use, 'N'-No | Char |
| 33 | Indicator RECONS-PEND | 112 | 1 | 'F'- Pending approval for farm reconstitution, 'T'- pending for county reconstitution | Char |
| 34 | Indicator Multiple Tract | 113 | 1 | 'Y'- Yes, tract is part of multiple tracts,' '-No determination | Char |
| 35 | Filler | 114 | 5 | Space not used at this time | Zone |
| 36 | ST-CTYLOC-FSA | 119 | 5 | State and County where tract is located | Zone |
| 37 | ST-CTY-LOC-FIPS | 124 | 5 | Headquarters State and County | Zone |
| 38 | Code LAA | 129 | 1 | Code indicating Local Administrative Area.  1 through 9 are valid | Zone |
| 39 | Code CONGR-DIST | 130 | 2 | A numeric code indicating a specific Congressional District | Char |
| 40 | Code CERT-WL | 132 | 1 | Indicates whether wetland certifications has been completed  'Y'-WL certifications completed, 'P'-WL certifications partly completed, 'N'-Not completed | Char |
| 41 | filler | 133 | 6 | Space not used at this time | Zone |
| 42 | Wetland Certification Year | 139 | 4 | CCYY year wetland certification is completed on the tract | Char |
| 43 | Filler | 143 | 8 | Space not used at this time | Char |
| 44 | Description Photos Grid | 151 | 50 | Description of field usually legal description or actual photo grid of the farm | |

SAMPLE TRACT DATA:
.CAS5409H.TRACT05.DT05252

```
Col   001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01001 20050000004000000100000080000021900000000000000000000000000000000000000000
01001 20050000008000000110000079000000300000000000000000000000000000000000000000
01001 20050000009000028100000200000000000000000000000000000000000000000000000000
01001 20050000010000000120000080000000000000000000000000000000000000000000000000
01001 20050000011000028200001590000006600000000000000000000000000000000000000000
01001 20050000012000001300000860000004240000000000000000000000000000000000000000
01001 20050000013000008800000430000001740000000000000000000000000000000000000000
01001 20050000014000008900000520000003200000000000000000000000000000000000000000
01001 20050000014000009000000380000003610000000000000000000000000000000000000000
01001 20050000015000009100000060000000300000000000000000000000000000000000000000
01001 20050000016000009200001500000000000000000000000000000000000000000000000000
01001 20050000017000026900000033000000000000000000000000000000000000000000000000
01001 20050000018000009300011800000330000000000000000000000000000000000000000000
01001 20050000019000009400000200000000000000000000000000000000000000000000000000
01001 20050000019000009500000840000001670000000000000000000000000000000000000000
01001 20050000019000009600000780000000000000000000000000000000000000000000000000
01001 20050000020000009700002400000065000000000000000000000000000000000000000000
```

```
Col   081 160
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
                                                            G4-78 2B    new I6-56
----+----9----+----0----+----1----+----2----+----3----
000002 NN N    N    NN    0100100000103N    0000    P7-64/1B
000000 NN N    N    NN    0100100000103N    0000    P7-67/1B
000000 NN N    N    NN    0100100000103N    0000    O7-20/1A
000000 NN N    N    NN    0100100000103N    0000    L8-5/1A
000006 NN N    N    NN    0100100000103N    0000    N9-3/2A
000004NNNNYN   N    NY    0100100000103N    0000    F4-65 1B
000001 NN N    N    N     0100100000203N    0000    O8-21/2A
000003YYY N    N    NY    0100100000103N    0000    O8-28/2B
000003YYY N    N    NY    0100100000103N    0000    G4-112 2B
000000 NN N    N    NN    0100100000103N    0000    N9-25/2B
000000 NN N    N    NN    0100100000103N    0000    O9-1/1A
000000 NN N    N    NN    0100100000103N    0000    H4-9 1A
000003 NN N    N    NN    0100100000103N    0000    O8-10/2A
000000 NN N    N    NN    0100100000103N    0000    G5-55 2B
000001 NN N    N    NN    0100100000103N    0000    G4-99 2B
000000 NN N    N    NN    0100100000103N    0000    G4-76 1B
000006 NN N    N    NN    0100100000103N    0000
```

```
Col   161 190
----+----7----+----8----+----9
/1A
```

30

05-4091

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com

As of September 21, 2005


ReadMe Note

The requestor asks for a list of 2005 DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP) - with FIPS, farm number, crop codes, base acres, and payment yields

Provided will be 11,688,009 records from the Direct Contract Payments file.  The records will contain state, county, status code, program year, farm number, crop code, base acreage, direct payment yield, counter cyclical yield, advance payment date, first advance payment indicator, second advance payment indicator, refused payment indicator, violation reason code, crop abbreviation, contract rate, initial contact date, enrollment date, contract approval date, contract cancel date, cancel reason, and producer type code.  The records are all for program year 2005.

Since the DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP) is more an accounting record it has been determined that what you want is the AMZCNM – DCP CONTRACT FILE.


Note:

The file is sorted by state, county, and tract number, and is zipped from an ASCII text format.  The data provided reflects the current status of the files in the Kansas City Office.  Please transfer this file to your hard drive and keep the CD as a backup.


## Exhibit K

③

## DIRECT CONTRACT PAYMENTS RECORD LAYOUT

Record Length = 151/27935

| # | FIELD NAME | START | LENGTH | DESCRIPTION | TYPE |
|---|---|---|---|---|---|
| 1 | Status Code | 1 | 1 | Record Status Indicator. The following is a complete list of record status codes that may be used together. To identify valid codes for this record, check the related Record Description. Valid values are:<br>' ' - Active<br>C - Inactive - Canceled - Terminated<br>D - Inactive - Deleted - (removed - never active?)<br>I - - Crop still resides on the parent farm<br>N - Inactive - New Farm (Pending COC Approval)<br>P - Active - Parent Farm (Partial Reconstitution)<br>R - Active - Rejected (After-the-Fact validation)<br>T - Terminated<br>U - - Crop has been moved to the resulting farm(s)<br>V - Inactive - Violated (After-the-Fact validation)<br>W - Withdrawn- SRR Rate has been withdrawn by County and no longer active<br>Z - Tract Contribution Percentage out of balance I-DEF AEPC60 003 AMPTSF 018 | Char |
| 2 | State Code | 2 | 2 | A two position FIPS numeric state code | |
| 3 | County Code | 4 | 3 | A three position numeric county code to identify a county within a specific state | Char |
| 4 | Program - YEAR | 7 | 4 | CCYY This marks the beginning of the DCP record Table, it contains seven entries – 2002 thru 2004. A constant field describing the program year. | Char |
| 5 | Farm Number | 11 | 7 | The number assigned to a farm for the purpose of identification. | |
| 6 | Crop Code | 18 | 4 | A 4-digit numeric code used to identify a crop. Valid values are:<br>0001 - Burley Tobacco<br>0002 - Flue-Cured Tobacco<br>0003 - Virginia Fire-Cured Tobacco<br>0004 - Fire-Cured Tobacco<br>0005 - Dark Air Cured Tobacco<br>0006 - Virginia Sun Cured Tobacco<br>0007 - Cigar-Filler Binder Tobacco<br>0008 - Cigar-Binder Tobacco<br>0009 - Maryland Tobacco<br>0010 - Cigar-Filler Tobacco<br>0011 - Wheat<br>0012 - Cigar-Wrapper Tobacco<br>0016 - Oats<br>0018 - Rice<br>0021 - Upland Cotton<br>0022 - ELS Cotton<br>0041 - Corn<br>0051 - Sorghum<br>0075 - Peanuts | Char |
| 7 | Base Acres | 22 | 9 | Contract Acres | Char |
| 8 | DD Payment Yield | 31 | 5,0 | 9(5)  Yield of DD Payment | Char |
| 9 | CC Payment Yield | 36 | 5,0 | 9(5)  Yield of CC Payment | Char |
| 10 | Advance Payment Date | 41 | 8 | CCYYMMDD Initial Contract Date | Char |
| 11 | First Advance Payment Ind | 49 | 1 | Received first advance payment indicator   Valid values are:   Y – yes N – no | Char |
| 12 | Second Advance Payment Ind | 50 | 1 | Received second advance payment. Valid values are:   Y – yes N – no | Char |
| 13 | Refused Payment Indicator | 51 | 1 | Refused Payment Indicator : Valid values are:   Y – yes N – no | Char |
| 14 | Violation Reason Code | 52 | 10 | Reason code | Char |
| 15 | Description Code | 62 | 5 | Abbreviation used for a crop (See Universal Crop Table) | Char |
| 16 | Contract Rate | 67 | 11 | 999V9(8)   rate of the contract | Char |
| 17 | Initial Contract Date | 78 | 8 | CCYYMMDD Initial Contract Date | Char |
| 18 | Enrollment Contract Date | 86 | 8 | CCYYMMDD Enrolment Date of Contract | Char |
| 19 | Contract Approval Date | 94 | 8 | CCYYMMDD  Contract Approval Date | Char |
| 20 | Contract Cancel Date | 102 | 8 | CCYYMMDD  Contract Cancel Date | Char |
| 21 | Cancel Reason | 110 | 40 | Cancellation Reason: | Char |
| 22 | Producer Type Code | 150 | 2 | Identifies the customer's relation to the farm for which payment is being received<br>OW - Owner ; OP - Operator ; OO - Owner/Operator ; OT - Other | |

32

## SAMPLE DCP DATA:
MMR54116.DCP05.DT05256

```
Col   001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
010012005000037600110000000610002900029200501011NNN    WHEAT00052000000200
010012005000037600210000000641006030060320050101NNN    UPCN  00006670000200
010012005000037600410000000810004500045200501011        CORN  00028000000200
010012005000050900210000000640006100061000610          UPCN  00006670000200
010012005000050900210000000640006100061020041201YYN    UPCN  00006670000200
010012005000053400210000000798007000007001            UPCN  00006670000200
010012005000053400210000000798007000007002004120 1YYN  WHEAT00052000000200
010012005000088000110000000112000260002620050501NNN    CORN  00028000000200
010012005000088000410000000804000460004620050101NNN    WHEAT00052000000200
010012005000094700110000000411000260002620050101NNN    WHEAT00052000000200
010012005000094700110000000411000260002600026            UPCN  00006670000200
010012005000094700210000001360049700049720050101NNN    UPCN  00006670000200
010012005000094700210000001360049700497              CORN  00028000000200
010012005000117400410000000260002400024            CORN  00028000000200
010012005000117400410000000260002400024200501011NNN    CORN  00028000000200
010012005000132000410000000220002000020              NNN
```

```
Col   081 151
----+----9----+----0----+----1----+----2----+----3----+----4----+----5-
412012004120120041201                                              OO
412012004120120041201                                              OO
412012004120120041201                                              OW
411172004111720041117                                              OP
411172004111720041117                                              OW
411172004111720041117                                              OP
411172004111720041117                                              OO
505312004120720041207                                              OO
505312004120720041207                                              OO
411292004112920041129                                              OT
411292004112920041129                                              OO
411292004112920041129                                              OT
411292004112920041129                                              OT
411292004112920041129                                              OO
411292004112920041129                                              OO
410182004101820041020
```

05-409J

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL 60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com

As of September 19, 2004

## ReadMe Note

The requestor asks for a list of CRP contract records with signups greater than 26. The request specifies farm number, contract number, soil types, practice code, signup number, erosion indicators, practice acres, contract start and end dates, Hydrologic Unit Area (HUA) numbers, payment amounts, and payment rates.

Were the request not denied, based on Exemption 3 of the FOIA regulations, 81,926 records from the CRP Active Contract Extract file could be provided. The records will contain all requested data in addition to far more detail (see file layout below). The records are all for signups later than signup 26.

## Note:

Dependant on the state, county, and other specific criteria, many of the fields will be blank and/or "zeroed out".

The file is sorted by state, county, contract number and suffix, and practice code. It is in ASCII text format. **The data provided reflects the current status of the files in the Kansas City Office. Please transfer this file to your hard drive and keep the CD as a backup.**

**Exhibit L**



# CRP CONTRACT FILE LAYOUT:

| | | RECORD LAYOUT | | |
|---|---|---|---|---|

FFFOIA.XTR.CRP.ACTIVE.CNTRCT.DT04xxx

FFFOIA.XTR.CRP.ACTVCNTR.OVR4RECS.DT05xxx

Record Length = 619 / 27855          Updated: 3/7/03

| # | FIELD NAME | START | LENGTH | DESCRIPTION | TYPE |
|---|---|---|---|---|---|
| | | | | | Char |
| 1 | State Code | 1 | 2 | A two position FIPS numeric state code | Char |
| 2 | County Code | 3 | 3 | A three position numeric county code to identify a county within a specific state | Char |
| 3 | State-County Check-Digit | 6 | 1 | Used to verify state & county codes | Char |
| 4 | Contract Number | 7 | 4 | A number assigned for all Long Term Agreement (LTA) contracts | Char |
| 5 | Contract Suffix | 11 | 2 | First position is numeric with the second position alpha when contract has been revised | Char |
| 6 | Contract Type | 13 | 1 | 0=not coverted for additional years, 1=standard, 2=easement, 3=wellhead-standard, 4=well head easement, 5=converted standard, 6=converted easement, 7=environmental priority | Char |
| 7 | Old Farm Number | 14 | 10 | | Char |
| 8 | Status Code | 24 | 1 | A=active, E=expired, R=cancelled for early release, 6=cancelled with in 60 days, C=cancelled in public interest, N=cancelled for non-compliance, W=cancelled for wetlands reserve program, D=deleted, T=terminated and revised into one or more contracts | Char |
| 9 | Indicator Continuous Signup | 25 | 1 | Y = continuous signup | Char |
| 10 | Indicator CREP | 26 | 1 | Y = enrolled in CREP  (Conservation Reserve Enhancement Program) | Char |
| 11 | Total Cumulative Rent | 27 | 7 | Total of Payments to be Made Over the Life of the Contract | Num |
| 12 | Farmable Wetland Indicator | 34 | 1 | | Char |
| 13 | Land Class Code | 35 | 1 | Land class and sub class are classifications based on erosion factors | Char |
| 14 | Land Sub Class Code | 36 | 1 | Part of Land class | Char |
| 15 | Program Year | 37 | 4 | CCYY Initial year of Contract | Char |
| 16 | Sequence Number | 41 | 7 | A seven-digit number assigned by a county | Char |
| 17 | Signup Number | 48 | 2 | The signup number this CRP is for | Num |
| 18 | Qty Cropland Acre | 50 | 8,1 | Total Farm size | Num |
| 19 | Qty Acre Approved | 58 | 8,1 | Total acres approved for CRP | Num |
| 20 | Rental Rate Accept | 66 | 7,2 | Annual rental rate | Char |
| 21 | Rate Erosion Before Install CRP | 73 | 3 | Sum of USLE and WEQ erosion before CRP for 10 & up.  Rate for signups 1 to 9 | Char |
| 22 | Rate Erosion After Install CRP | 76 | 3 | Sum of USLE and WEQ erosion after CRP for 10 & up.  Rate for signups 1 to 9 | Num |
| 23 | Rate Soil Loss Tolerance | 79 | 2 | | Num |
| 24 | Qty Wetland Acre | 81 | 8,1 | Number of acres for Signup 8 & 9 only | Char |
| 25 | Qty Scour Erosion Acre | 89 | 8,1 | Number of acres for Signup 8 & 9 only | Char |
| 26 | Number BID Farm | 97 | 7 | Initial bid farm number – signup 10 & 11   Initial bid tract number - signup 12 & up | Char |
| 27 | Indicator BID Type | 104 | 1 | CRP initial bid type 0=signups 1-9, 1=standard, 2=easement, 3=wellhead, 4=wellhead-easement, 7=environmental priority | Char |
| 28 | Qty Wellhead Acre | 105 | 7 | Wellhead acres | Char |
| 29 | Qty 319 Acre | 112 | 7 | Water quality 319 acres for signup 10 & 11; hydrolic unit area acres for signup 12 | Char |
| 30 | Consv Priority Acre | 119 | 7 | Conservation Priority Acres | Char |
| 31 | Qty USLE Acre | 126 | 7 | USLE (Universal Soil Loss Equation) acres | Char |
| 32 | Qty USLE Erosion Before | 133 | 3 | Erosion on USLE (Universal Soil Loss Equation)  acres before CRP | Char |
| 33 | Qty USLE Erosion After | 136 | 2 | Erosion on USLE (Universal Soil Loss Equation)  acres after CRP | Char |
| 34 | Qty WEQ Acre | 138 | 7 | WEQ (Wind Erosion Equation) acres | Char |
| 35 | Qty WEQ Erosion Before | 145 | 3 | Erosion on WEQ (Wind Erosion Equation) acres before CRP | Char |
| 36 | Qty WEQ Erosion After | 148 | 2 | Erosion on WEQ (Wind Erosion Equation) acres after CRP | Char |
| 37 | Qty EI water | 150 | 3 | Erosion water index | Char |
| 38 | Qty EI wind | 153 | 3 | Erosion Wind index | Num |
| 39 | Percent Irrigation | 156 | 5,4 | Percent of CRP acres irrigated | Num |
| 40 | Qty marginal Pasture land | 161 | 7,1 | Acres of marginal pasture land | Char |
| 41 | Number Month contract | 168 | 2 | Number of Month of the contract | Char |
| 42 | Number Year Contract | 170 | 2 | Number of Year of the Contract | Char |
| 43 | Year Contract Ends | 172 | 4 | CCYY  Year contract ends for payments | Char |
| 44 | Original CRP start date | 176 | 8 | CCYYMMDD  Date original CRP-1 started | Char |

35

| # | Field Name | Pos | Len | Description | Type |
|---|---|---|---|---|---|
| 45 | State Physical Location | 184 | 2 | Physical location  State code | Char |
| 46 | County Physical Location | 186 | 3 | Physical location  County code | Char |
| 47 | Practice Code | 189 | 5 | Refer to the Code List | Num |
| 48 | Practice Acres | 194 | 8,1 | Number of Acres for the Practice | Num |
| 49 | Estimated Cost Share | 202 | 7 | Cost Share for the Practice | Char |
| 50 | Soil Map Unit Symbol | 209 | 6 | 1st occurrence  Soil Type based on growth depth, texture, density,  color, etc. Signup 15 > | Char |
| 51 | Soil Survey Area ID | 215 | 5 | 1st occurrence  Soil survey area id-- Signup 10 > | Num |
| 52 | Qty Soil Acre | 220 | 7,1 | 1st occurrence Quantity of acres assigned to the associated soil map unit symbol.  Signup 15 > | Num |
| 53 | Amount Soil Rental Rate | 227 | 5,2 | 1st occurrence  Signup 15 > | Char |
| 54 | Code Hydro Unit | 232 | 14 | HUA Number (Hydrological Unit Area) | Num |
| 55 | Qty Total WL Acres | 246 | 7,1 | Restored Wetland Acres | Num |
| 56 | Qty Acre under CRP-1 | 253 | 7,1 | Acres for Enrollment under Active CRP-1 | Char |
| 57 | Contract number for LTA | 260 | 4 | 1st Contract number(s) that had land re-enrolled into CRP under the contract number above | Char |
| 58 | Contract Suffix code | 264 | 2 | 1st  Contract suffix | Num |
| 59 | Qty Acre CRP-1 expire | 266 | 7,1 | Acres for enrollment under expired CRP-1's | Char |
| 60 | Contract No. for expire | 273 | 4 | 1st Contract number(s) that had land re-enrolled into CRP under the contract number above | Char |
| 61 | Contract Suffix expire code | 277 | 2 | 1st  Contract suffix | Num |
| 62 | Quantity Erosion OT | 279 | 4 | Quantity erosion other acreage | Num |
| 63 | Quantity HEL > 8 | 283 | 7,1 | Quantity HEL (Highly Eradible Land) Erosion Index 8 or greater | Num |
| 64 | Quantity National CPA | 290 | 7,1 | Quantity National CPA(Conservation Priority Area)  acreage | Num |
| 65 | Quantity CPA Water | 297 | 7,1 | Quantity State CPA (Conservation Priority Area)  water acreage | Num |
| 66 | Quantity CPA Wildlife | 304 | 7,1 | Quantity State CPA (Conservation Priority Area)  Wildlife acreage | Num |
| 67 | Quantity CPA Air | 311 | 7,1 | Quantity State CPA (Conservation Priority Area)  Air acreage | Num |
| 68 | Quantity Wetland | 318 | 7,1 | Quantity acreage for cropped wetland - wetland acres | Num |
| 69 | Quantity Wetland Adjustment | 325 | 7,1 | Quantity acreage for Cropped Wetland - associated acres | Num |
| 70 | Quantity WBP | 332 | 7,1 | Quantity WBP (Water Bank Program)  acreage | Num |
| 71 | Quantity Land adj Wetland | 339 | 7,1 | Quantity non cropped wetland associated acres | Num |
| 72 | Quantity  Scour Erosion | 346 | 7,1 | Quantity Scour Erosion acres | Num |
| 73 | Quantity OT Eligible | 353 | 7,1 | Quantity Other Acreage Eligible | Num |
| 74 | Quantity State CPA | 360 | 7,1 | | Num |
| 75 | Amt Avg Soil Rent Rate | 367 | 5,2 | Amount of the Average Soil Rent of Primary Secondary Tertiary | Num |
| 76 | Amt Inctv Rate | 372 | 5,2 | Amount of the inactive rate Ranges from 1.00 to 2.00 (100 to 200 percent) | Num |
| 77 | Amount Inactive | 377 | 5,2 | | Num |
| 78 | Amt Maintenance Rate | 382 | 5,2 | Amount of the maintenance rate | Num |
| 79 | Amt Max Payment Rate | 387 | 5,2 | | Num |
| 80 | Amt Total Soil Acre | 392 | 7,2 | Total Amount of the Primary Secondary Tertiary acres | Num |
| 81 | Amt Total Soil Rent | 399 | 13,2 | Total Amount of the Primary Secondary Tertiary Rents | Num |
| 82 | Amt Last Unauthorized Use | 412 | 11,2 | Amount of the previous year's acreage | Num |
| 83 | Amt Last Unauthorized Paid | 423 | 11,2 | Amount of the previous year's payment | Num |
| 84 | Amt Next Unauthorized Use | 434 | 11,2 | Amount of the next year's acreage | Num |
| 85 | Amt Next Unauthorized Paid | 445 | 11,2 | Amount of the next year's scheduled payment | Num |
| 86 | Amt Last Hay-Graz Use | 456 | 11,2 | Amount of the previous year's acreage | Num |
| 87 | Amt Last Hay-Graz Paid | 467 | 11,2 | Amount of the previous year's payment | Num |
| 88 | Amt Next Hay-Graz Use | 478 | 11,2 | Amount of the next year's acreage | Num |
| 89 | Amt Next Hay-Graz Paid | 489 | 11,2 | Amount of the next year's scheduled payment | Num |
| 90 | Amnt Lst Mng Hay Graze Use | 500 | 11,2 | | Num |
| 91 | Amt Last Mng Hay Graze Pd | 511 | 11,2 | | Num |
| 92 | Amt Next Mng Hay Graze | 522 | 11,2 | | Num |
| 93 | Amt Next Mng Hay Graze Pd | 533 | 11,2 | | Num |
| 94 | Rental Rate Accepted - CP11 | 544 | 7,2 | | Char |
| 95 | Amnt Annual Payment - CP11 | 551 | 11 | | Char |
| 96 | FS Tech Resp Indicator | 562 | 1 | | Num |
| 97 | NRCS Tech Asst. Indicator | 563 | 1 | | Num |
| 98 | CP11 3 Year Date | 564 | 4 | | Num |
| 99 | FWP Payment Acres | 568 | 7 | | Char |
| 100 | Offered Tract Number | 575 | 7 | | Num |
| 101 | Changed Record Indicator | 582 | 1 | | Num |
| 102 | Date Created | 583 | 8 | CCYYMMDD Format | Num |
| 103 | Time Created | 591 | 8 | | Num |
| 104 | Customer Number | 599 | 9 | | Num |
| 105 | Producer Percentage Share | 608 | 5,4 | Producers Percent share of the CRP signup | Num |
| 106 | Farm Number | 613 | 7 | | Num |

36

**SAMPLE CRP DATA:**
CAS05409.FINAL.DT05258

Col    001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
0100180183    1       AN  0023740    20060000031290000031980000051500046090000000
0100180184    1       AN  0035325    20060000032900000085000007940002966000000000
0100180185    1       AN  0013670    20060000112900000160600000358000381800000000
0100180186    1       AN  0046710    20060000382900042575000010120003077000000000
0100910134    1       AN  0005660    20060000571290000017800000137000413100000000
0100910135    1       AN  0008680    20060000574290000051000000208000417500000000
0101740120A 70120     AY  0003705    20040000763270001400000000570004340000000000
0101740121A 70121     AY  0000720    20040000768270000201200000011000434000000000
0101740122A 70122     AY  0001950    20040000773270001785000000030000434000000000
0101900315    7       AY  0004872    20040000851280000462000000760004580000000000
0101900316    1       AN  0001020    20060000809290000040000000200005100000000000
0101900317    1       AN  0017190    20060000816290000329700000373000460800000000
0101900318    1       AN  0014650    20060000816290000329700000356000411600000000
0101900319    1       AN  0010800    20060000822290000341000002680004031000000000
0101900320    1       AN  0015580    20060000850290001131500000407003828000000000
0101900320    1       AN  0015580    20060000850290001131500000407003828000000000

Col    081 160
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
000000000000000006451000000000000000000000000000000000000000000000000
000000000000000001024100000000000000000000000000000000000000000000000
000000000000000001311100000000000000000000000000000000000000000000000
000000000000000003456100000000000000000000000000000000000000000000000
000000000000000004203100000000000000000000000000000000000000000000000
000000000000000004549100000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000000000000000000000000000
000000000000000000000000000000000000000000000000000000000000000000000
000000000000000005611000000000000000000000000000000000000000000000000
000000000000000001293100000000000000000000000000000000000000000000000
000000000000000001295100000000000000000000000000000000000000000000000
000000000000000001437100000000000000000000000000000000000000000000000
000000000000000002712100000000000000000000000000000000000000000000000
000000000000000002712100000000000000000000000000000000000000000000000

Col    161 240
----+----7----+----8----+----9----+----0----+----1----+----2----+----3----+----4
0000000000010201520050100101001CP11  000005150000000000JSE    010010000080019000315 0201
0000000000015202020051001010 01CP3A  000007940014690FSE       010010000024001900031502 01
0000000000010201520050100101001CP11  000003580000000TaB       010010000020023000315 0201
0000000000015202020051001010 47CP3A  00001012001872249         010470000140040000315020 30
0000000000010201520050100101009CP4D  000013700013 70HrF       010090000410190003160 109
0000000000010201520050100101009CP4D  000002080002080LeC       010090000013033000316010 9
0000000000010201520050100101017CP22  000005700064 85MPLALL010170000057032000313000 22
0000005700015201820031001010 17CP22  000000110000728MPLALL010170000011032000313000 22
0000011001520182003100101017CP22     000000300004934MPLALL010170000030320003130000 22
0000030001520182003100101019CP22     000000760001117mpall    010190000064034000315010 52
0000076031420182004070101019CP11     000000200000000DeC       010190000020046000315010 5,
0000000000010201520050100101019CP11  000003730000000Cc        010190000101044000315010 6
0000000000010201520050100101019CP11

```
0000000001020152005100101019CP11 000035600000000FaB  0101900000100300003150106
0000000001020152005100101019CP11 000026800000000FaB  0101900000900300003150105
0000000001020152005100101019CP10 000037400000000Fd   0101900004302200003150105
```

## Col   241 320

```
----+----5----+----6----+----7----+----8----+----9----+----0----+----1----+----2
     0000000000005150000    00000000000   000000000000000000000000000000000000000
     0000000000000000000    00000000000   000000007940000794000000000000000000000
     0000000000000000000    00000000000   000000003580000000000000000000000000000
 80  0000000000000000000    00000000000   000000000000000000000000000000000000000
     0000000000000000000    00000000000   000000001370000000000000000000000000000
     0000000000000000000    00000000000   000000002080000000000000000000000000000
     9001700000000000000    00000000000   000000000000000000000000000000000000000
     9001700000000000000    00000000000   000000000000000000000000000000000000000
     9001700000000000000    00000000000   000000000000000000000000000000000000000
 20  0000000000000000000    00000000000   000000000000000000000000000000000000000
     0000000000002000000    00000000000   000000000000000000000000000000000000000
     0000000000003730000    00000000000   000000000000000000000000000000000000000
     0000000000003560000    00000000000   000000000000000000000000000000000000000
     0000000000002680000    00000000000   000000000000000000000000000000000000000
     0000000000004070000    00000000000   000000000000000000000000000000000000000
     0000000000004070000    00000000000   000000000000000000000000000000000000000
```

## Col   321 400

```
----+----3----+----4----+----5----+----6----+----7----+----8----+----9----+----0
0000000000000000000000000000000000000000000410900100000000050004609000000046000
0000000000000000000000000000000000000000000246600100000000050002966000068700
0000000000000000000000000000000000000000000331800100000000050003818000035800
0000000000000000000000000000000000000000101202577001000000050003077000096000
0000000000000000000000000000000000000000000363100100000000050004131000011700
0000000000000000000000000000000000000000000367500100000000050004175000020400
0000000000000000000000000000000000000000000320001200000000050004340000005700
0000000000000000000000000000000000000000000320001200000000050004340000001100
0000000000000000000000000000000000000000000320001200000000050004340000003000
0000000000000000000000000000000000000000000340001200000000050004580000007600
0000000000000000000000000000000000000000000460001000000000050005100000002000
0000000000000000000000000000000000000000000410800100000000050004608000030300
0000000000000000000000000000000000000000000361600100000000050004116000035600
0000000000000000000000000000000000000000000353100100000000050004031000026800
0000000000000000000000000000000000000000000332800100000000050003828000026000
0000000000000000000000000000000000000000000332800100000000050003828000026000
```

## Col   401 480

```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
0000018900000000000000000000000000000000000000000000000000000000000000000000000
0000016941000000000000000000000000000000000000000000000000000000000000000000000
0000011880000000000000000000000000000000000000000000000000000000000000000000000
0000024736000000000000000000000000000000000000000000000000000000000000000000000
0000042480000000000000000000000000000000000000000000000000000000000000000000000
0000074960000000000000000000000000000000000000000000000000000000000000000000000
0000018240000000000000000000000000000000000000000000000000000000000000000000000
0000003520000000000000000000000000000000000000000000000000000000000000000000000
0000000960000000000000000000000000000000000000000000000000000000000000000000000
0000025840000000000000000000000000000000000000000000000000000000000000000000000
0000009200000000000000000000000000000000000000000000000000000000000000000000000
0000012448000000000000000000000000000000000000000000000000000000000000000000000
0000012872000000000000000000000000000000000000000000000000000000000000000000000
0000009464000000000000000000000000000000000000000000000000000000000000000000000
0000008652000000000000000000000000000000000000000000000000000000000000000000000
0000008652000000000000000000000000000000000000000000000000000000000000000000000
```

```
Col   481 560
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000
0000000000000000000000000000000000000000000000000000000000000000000000000000000


Col   561 619
----+----7----+----8----+----9----+----0----+----1----+----
***********************************************************
        645C200509080657550000047463271000{0002116
0 000000000000000000000000001024C200509080657550000047389201000{0000715
0 000000000000000001311C200509080657550000049227411000{0001615
0 000000000000000003456C200509080657550000049743131000{0002219
0 000000000000000004203C200509061955120000048011251000{0003223
0 000000000000000004549C200509061955120000048011251000{0003910
0 00000000000000000000C200509062213020000049677831000{0001360
0 00000000000000000000C200509062213020000049677831000{0001807
0 00000000000000000000C200509062213020000049677831000{0002206
0 00000000000000000000C200509062033420000096069231000{0002657
0 000000000000000000561C200509062033420000048036981000{0000798
0 000000000000000001293C200509062033420000048036981000{0000798
0 000000000000000001295C200509062033420000049712270500{0000875
0 000000000000000001437C200509062033420001105121210000{0002653
0 000000000000000002712C200509062033420001105121210000{0002653
0 000000000000000002712C200509062033420001105121210000{0002653
```

39

05-409-M (05-325-M)

John Montandon - President
Multi Ag Media LLC
2516 Via Tejon, Suite 303
Palos Verdes Estates, CA 90274
310-375-7353 (phone)
310-375-0982 (fax)
johnleemon@aol.com
As of October 20, 2005

**ReadMe Note**

The requestor asks for a list of Actual Production History (APH) records for all 2003 – 2005 FSA participants. He requests FIPS, farm number, crop code, yield averages and yield years.

**(If Releasable!!!)**

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist)**, provided will be three data files, one for each year from 2003 - 2005. All three files will include state, county, program year, unit number, crop code, crop type code, planting period code, practice code, intended use code, unit of measure, number of T-yield acres, number of adjusted T-yield acres, prior year's yield, yield limit code, approved yield quantity, prior yield year, disaster eligibility indicator, planted acres indicator, planted acreage, planted production indicator, crop production total, yield type code, yield history data source, and the historical yield.

| | | | |
|---|---|---|---|
| 2003: | 177,835 Records | 2004: | 309,863 Records |
| 2005: | 92,017 Records | | |

The files include only those crops that could not be insured.

**Note:**

**The releasability of the data shown below in the file layout has not yet been determined. It is likely that much of the data shown will be deemed as unreleasable under Exemption 6 of the FOIA regulations.**

These files do not separate farms/tracts by crops. They are, instead, separated by which owners, operators, etc. receive which payments for which tract. There is not an easily obtainable correlation between the unit numbers and the farm/tract numbers.

**The Data files are in ASCII text format and delimited with semicolons (;). Please transfer these files to your hard disk and keep the CD as a backup.**

**Exhibit M**

## APH FINAL FILES LAYOUT (All Three Files Have the Same Layout):

| Field Name | Length 140/27860 | Comments |
|---|---|---|
| 1. State | 2 | State code list provided |
| 2. County | 3 | County code list provided |
| 3. Program Year | 4 | |
| 4. Unit Number | 6 | Unit Number replaces farm number |
| 5. Crop Code | 4 | Crop code list provided |
| 6. Crop Type Code | 3 | |
| 7. Planting Period Code | 2 | |
| 8. Practice Code | 1 | 'I' = Irrigated; 'N' = Non-irrigated; 'B' = Both |
| 9. Intended Use Code | 2 | |
| 10. Unit of Measure | 3 | |
| 11. Quantity T-Yield Acres | 9 | Includes two digit decimal (shown) |
| 12. Adjusted T-Yield Acres | 9 | Includes two digit decimal (shown) |
| 13. Prior Year Yield | 9 | Includes two digit decimal (shown) |
| 14. Yield Limit Code | 1 | Limit code list provided |
| 15. Approved Yield Quantity | 9 | Includes two digit decimal (shown) |
| 16. Prior Yield Year | 4 | |
| 17. Disaster Eligibility Code | 1 | |
| 18. Acres Planted Indicator | 1 | |
| 19. Planted Acreage | 9 | Includes two digit decimal (shown) |
| 20. Planted Production Indicator | 1 | |
| 21. Crop Production Total | 13 | Includes two digit decimal (shown) |
| 22. Yield Type Code | 1 | A – Actual; T - Transitional |
| 23. Yield History Data Source | 1 | |
| 24. Historical Yield | 9 | Includes two digit decimal (shown) |

## SAMPLE APH DATA:

```
CAS05060.PERMIT.ENTITY.FINAL.DT05259
Cols 1 - 80
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
                                                                    0.00;  8,400.00
01;003;  ;2005;000083;0757;JUB;01;N;FH;LBS;    12,033.00;           0.00;  8,400.00
01;003;  ;2005;000083;0757;JUB;01;N;FH;LBS;    12,033.00;           0.00;  8,400.00
01;003;  ;2005;000083;0757;JUB;01;N;FH;LBS;    12,033.00;           0.00;  8,400.00
01;003;  ;2005;000083;0757;JUB;01;N;FH;LBS;    12,033.00;           0.00;  8,400.00
01;003;  ;2005;000083;0757;JUB;01;N;FH;LBS;    12,033.00;
```

```
Cols 81 - 139
----+----9----+----0----+----1----+----2----+----3----+----4
              4.00;Y;      194,040.00;A;S;       48,510.00
;X;2004;N;Y;  0.00;N;           0.00;N;S;            0.00
;X;2003; ;N;  2.70;Y;      269,960.00;A;S;       99,985.00
;X;2002;N;Y;  0.00;N;           0.00;N;S;       10,830.00
;X;2001; ;N;  0.00;N;           0.00;N;S;       10,830.00
;X;2000; ;N;
```

Saved: 10/18/05  10:4

# KING & SPALDING LLP

1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706
Main: 202-737-0500
Fax: 202-626-3737

James D. Miller
Direct Dial: 202-626-2902
jmiller@kslaw.com

**RECEIVED**

2005 AUG 25 A 11: 31

USDA/FSA/ADM STAFF

August 24, 2005

05-49

BY HAND DELIVERY

Administrator
Farm Service Agency
STOP 0501
1400 Independence Avenue, S.W.
Washington, D.C. 20250-0501

> RE:  FOIA Appeal
>       Case No. 05-325

Dear Administrator:

This firm represents Multi Ag Media LLC.

Multi Ag Media LLC hereby appeals the partial denial of its FOIA request, which FSA has assigned Case No. 05-325.

I have attached copies of the FOIA request dated July 13, 2005, and the partial denial of that request dated August 8, 2005.

This appeal is being delivered to you by hand on August 24, 2005. By my calculation, the twenty-day period prescribed by 5 U.S.C. §552(a)(6)(A)(ii) ends on Thursday, September 22, 2005. If you disagree with my calculation of this time limit, please advise me immediately.

Respectfully,

James D. Miller

**Exhibit N**



ATLANTA • HOUSTON • LONDON • NEW YORK • WASHINGTON, D.C.



**United States
Department of
Agriculture**

NOV 2 3 2005

Farm and Foreign
Agricultural Services

Farm Service
Agency

1400 Independence
Avenue, SW
Stop 0570
Washington, DC
20250-0570

James D. Miller, Esq.
King & Spalding L.L.P.
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706

Dear Mr. Miller:

This responds to your August 24, 2005, Freedom of Information Act (FOIA) appeal on behalf of your client, Multi Ag Media L.L.C. (Multi Ag Media). You appealed the August 8, 2005, decision of William Brady, FOIA Officer, Farm Service Agency (FSA), Kansas City Administrative Office (KCAO) to deny your request for an extensive amount of individual producer and farm data, as well as aerial photography information. On July 13, 2005, Multi Ag Media requested 2005 calendar year information in electronic format from 12 separate files maintained in KCAO. These files are:

- Participating Producers File
- Producer Payment Reporting System
- Producer Type Code File
- Permitted Entity File
- Livestock Compensation Program (LCP)
- Tobacco Files
- Livestock Assistance Program (LAP)
- Compliance File
- Agricultural Market Transition Act File (AMTA)
- Direct and Counter Cyclical Payment Program File (DCP)
- Conservation Reserve Program File for Sign Up 26 and later (CRP)
- Actual Production History File (APH)

Multi Ag Media also requested the entire fully attributed Geographic Information System (GIS) Common Land Units (CLU).

Mr. Brady granted Multi Ag Media's request in part and denied it in part. The Participating Producer File, Producer Payment Reporting System, and Producer Type Code File were released in full. The Permitted Entity File, LCP File, and Tobacco Files were released in part. In response to your client's FOIA request, the following files were withheld in full: LAP File, Compliance File, AMTA File, DCP Program File, CRP File, and APH File.

Except for the LAP File, Mr. Brady cited Exemption 6 of the FOIA, 5 U.S.C. §552(b)(6) as the basis to withhold the requested information. Mr. Brady also explained that the LAP File was unavailable. Regarding the GIS CLU data, this portion of Multi Ag Media's request was forwarded to the U. S. Department of Agriculture's (USDA) Aerial Photography Field Office, located in Salt Lake City, Utah.

# Exhibit O

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 2

On appeal, the data that is responsive to Multi Ag Media's request was reviewed. Based on review of the requested information contained in each database, I have determined that selected fields from the following files may implicate privacy interests of individual producers or owners of closely-held farming operations: Permitted Entity File, LAP File, Compliance File, AMTA File, DCP File, CRP File, Tobacco File, APH File, LCP File, and the GIS CLU database.

The data your client requested pertains to identifiable individuals and may pertain to closely-owned businesses. Agency records about individuals and closely-owned businesses are located in an FSA system of records known as USDA/FSA-2, Farm Records File (Automated), see 62 Fed. Reg. 5568, 5571 (Feb. 6, 1997). This system of records is subject to the protections of the Privacy Act. Except to the extent that information may be disclosed pursuant to a routine use under the Privacy Act or must be disclosed under FOIA, information in this system of records may be disclosed only with an individual's written consent. *See* 5 U.S.C. §552a(b)(2) and (b)(3).

Under FOIA, individuals generally have the right to obtain access to files and documents held by the Federal Government. FOIA requires the disclosure of FSA records, except when one or more of the nine enumerated exemptions apply. Exemption 6 of FOIA allows Federal agencies to withhold personnel and medical files or similar files that would constitute a clearly unwarranted invasion of personal privacy. *See* 5 U.S.C. §552(b)(6).

In deciding to grant or deny a request for personal information under Exemption 6, FSA must balance the severity of the threat to an individual's privacy interest by disclosure against the public interest, if any, in disclosure. The public interest to be considered under Exemption 6 is limited to the kind of public interest for which Congress enacted FOIA. The core purpose of FOIA is to "shed light on an agency's performance of its statutory duties." *United States Department of Justice v. Reporters Committee for Freedom of the Press*, 489 U.S. 749 (1989). Information that does not significantly reveal the operations or activities of the Federal Government falls outside the limits of the public interest that FOIA was enacted to serve. In reviewing the responsive materials, we note that they contain information that may be private in nature. The privacy concerns raised by each file will be addressed in turn:

LAP File

The LAP File includes details on the type and size of individual livestock operations. The privacy concerns raised by this file pertain to information concerning the number of head by weight range, the number of acres grazed, the number of days that livestock are fed, and the percentage and rate of loss.

Compliance File

The Compliance File includes all crops and acreage annually reported to FSA by individuals who have an interest in the crops. The privacy concerns raised by this file pertain to information concerning acreage amounts and farming practices at the field, tract, and farm level.

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 3



### AMTA File

The AMTA File includes acres and conservation information at the tract level. The privacy implications of this file pertain to acreage amounts by land classification. These land classifications include farmland acres, cropland acres, Agricultural Use acres, and acreage reductions for CRP.

### DCP File

The DCP file includes crop base acres and crop payment yields for individual farms. As for this file, the privacy implications concern crop base acres by crop and crop yields at the farm and tract level.

### CRP File

The CRP contract file includes details on individual CRP contracts, including acres enrolled by practice, acres by land classification, such as highly erodible land, wetland and marginal pastureland, total annual rental rates, and cost share payments. Privacy concerns are raised by information concerning acreage totals by land classification, per-acre rental rates, and the share percentages between all individuals on a CRP contract. Upon further review, I have determined that other information in the CRP contract file, including the total number of acres enrolled in CRP may be released.

### Tobacco File

The information in the Tobacco File that was initially withheld was individual contract information for holders and growers who have received the first installment under the Tobacco Transition Payment Program (TTPP). On appeal, I have determined that these records may be released. Information in this file includes the contract amount and payment amount.

### APH File

The information in the APH File details the planting history and actual production submitted by individuals that is used to determine yields for the Non Insured Crop Disaster Assistance Program. The types of information from this file that raise privacy concerns are acreage amounts, yields, and irrigated and non irrigated practices at the unit level.

### Permitted Entity File

The records in the Permitted Entity File include information on entities and all members to the lowest level available. The names and addresses of all entities, as well as and the names, addresses, and actual share percentages for first level members were previously released; however, information regarding lower level members was withheld. Upon further review, I have determined that information about lower level members should be disclosed.

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 4

## LCP File

The records in the LCP file include details on the type and size of individual livestock operations. Names, addresses, types of livestock, and amount of covered losses were previously released; however information regarding the number of head of livestock, by type and weight range, was withheld. Upon further review, I have determined that the information withheld from this file was appropriate and no additional information from the LCP File must be disclosed.

## GIS CLU Database

The CLU standard attribute table includes the shape of each CLU, the calculated acres, state code, county code, FSA-assigned farm serial number, tract number, CLU number, the globally unique CLU identifier, land classification type codes, and highly erodible land (HEL) determinations. There is also a separate CRP layer and wetland point layer. The CRP layer includes individual CRP contract information, including the acres pertaining to individual CRP contracts. The wetland point layer contains the wetland label, and if available, acreage amounts and either a certified wetland or inventoried wetland indicator. I have reviewed the data contained in the CLU file, and I have determined that the state code, county code, shape, and calculated acres attributes may be released. However, the remaining standard attributes raise potential privacy concerns. These attributes may provide a link to individually identifiable farm and tract records in the 12 files Multi Ag Media requested from KCAO. I have also determined that the wetland acres included on the wetland point layer implicates privacy interests of respective property owners. However, upon further review, I have determined that the CRP layer may be released in its entirety.

The following files contain some fields having information that raise significant privacy concerns: LAP File, Compliance File, AMTA File, DCP File, CRP File, APH File, LCP File, and the GIS CLU database. Disclosing the information at issue will result in clearly unwarranted invasions of personal privacy with respect to data pertaining to individual farmers and producers. When any of the requested databases are linked, details of individually identifiable farming operations at specific geographic locations would be known. The information, if released, would shed light on the size of individual farming operations, past and current production capabilities, types of farming practices utilized, and management decisions made by these individuals. These individuals have a privacy interest in not revealing financial information that could shed light on the success or failure of the farming operation and the wealth or poverty of the individuals shown on these records. Further, this personal information would not shed light on *FSA's* performance of its duties. For the purposes of Exemption 6, the privacy interests implicated by the requested data would significantly outweigh the public interest that would be advanced by the disclosure of the data. Therefore, the types of information identified as raising privacy concerns in the aforementioned files will be withheld with respect to individuals under Exemption 6 of the FOIA.

In conclusion, the Tobacco File and the Permitted Entity File may be disclosed in full on appeal. With respect to individual producers, the following files will be provided in redacted form under



James D. Miller, Esq.
King & Spalding, L.L.P.
Page 5

Exemption 6:  LAP File, Compliance File, AMTA File, DCP File, CROP File, APH File, LCP File, LCP File, and the GIS CLU data base.

However, at this juncture, I am not issuing a determination on whether to release the information raising privacy concerns from the aforementioned files with respect to closely-held businesses. The FSA computerized databases cannot distinguish whether a business entity is a closely held one. Hence, this portion of your appeal will be forwarded to each of FSA's 2,500 county offices in order for FSA personnel to conduct manual searches to determine the status of business entities listed in its computerized databases. As a result of the manual searches, if the information giving rise to privacy concerns pertains to a closely-held business, then it may be withheld under Exemption 6 of the FOIA. On the other hand, if the information pertains to a non-closely held business, then such information will be disclosed.

Your appeal is, therefore, granted in part, and denied in part.

The separate CRP CLU layer and wetland point layer are maintained in individual FSA State Offices. Please contact the Appeals and Litigation Staff at the following address so that this portion of your appeal can be referred to all FSA State Offices:

> USDA/FSA/Office of the Administrator
> Appeals and Litigation Staff, STOP 0570
> 1400 Independence Avenue, S.W.
> Washington, D.C. 20250

The fee that will be chargeable for this information will be determined by each individual State Office, pursuant to USDA's fee schedule outlined at 7 CFR, Part 1, Subpart 1, Appendix A.

Please contact Linda McDonald, Sales Section Supervisor in USDA's Aerial Photography Field Office, to make arrangements for the release of CLU shape and calculated acres attributes. Ms. McDonald will advise you regarding the fee that will be chargeable under 7 CFR, Part 1, Subpart 1, Appendix A for producing this information and she will also assist you in making arrangements for disclosure provided you agree to pay the fee that will be incurred.

The address of the Aerial Photography Field Office, Sales Section, is 2222 West 2300 South, Salt Lake City, Utah  84119-2020.  The office phone number is 801-975-3503.

For the data from the Permitted Entity File, LAP File, Compliance File, AMTA Tract File, DCP File, CRP Contract File, TTPP File, and APH File determined to be releasable under FOIA, please contact Mr. William Brady in the KCAO to make arrangements for release. Mr. Brady will advise you regarding the fee that will be chargeable for providing this information in an electronic format and will assist you in making arrangements for disclosure, provided you agree to pay any fee that will be incurred.

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 6

The address of the Kansas City Administrative Office is 6501 Beacon Drive, P. O. Box 419205, STOP 8408, Kansas City, Missouri 64141-6205. The office phone number is 816-926-2636.

Sincerely,

/s/ Teresa C. Lasseter

Teresa C. Lasseter
Administrator

APR 1 2005

John L. Montandon
President
Multi Ag Media, L.L.C.
2516 Via Tejon
Suite 303
Palos Verdes Estates, California  90274-6805

Dear Mr. Montandon:

This responds to your April 5, 2004, Freedom of Information Act (FOIA) appeal.
You appealed the February 26, 2004, decision of Jo Anne Verhaeghe, FOIA
Officer, Farm Service Agency (FSA), Kansas City Administrative Office.  On
December 8, 2003, and December 11, 2003, you requested, by e-mail, an extensive
amount of FSA data that was to be provided on compact disk with a complete
record layout and comments section.  Specifically, you requested, in its entirety,
the 2003 Producer Payment Reporting System, the 2003 Participating Producer
files, 2003 Compliance Extract files, 2003 Tract file, 2003 Conservation Reporting
and Evaluation System (CRES) file, and the Conservation Reserve Program (CRP)
acreage file for Signup 26.  Your request was granted in part, and denied in part.  A
total of 64,617,835 records were disclosed in response to your initial request.  Your
appeal concerns FSA's withholding of the farm serial numbers from each of the six
files and systems that you initially requested.  Ms. Verhaeghe cited FOIA
Exemption 6 as the authority to withhold the farm serial number.

The information previously disclosed and the farm serial numbers that were
withheld are both contained in an FSA system of records known as USDA/FSA-2,
Farm Records File (Automated), see 62 Fed. Reg. 5568, 5571 (Feb. 6, 1997) and
are subject to the protections of the Privacy Act.  Except to the extent that
information may be disclosed pursuant to a routine use under the Privacy Act or
must be disclosed under FOIA, information in this system of records may be
disclosed only with an individual's written consent.  See 5 U.S.C. §552a(b)(2) and
(b)(3).

**Exhibit P**

Mr. John L. Montandon, President
Multi Ag Media, L.L.C.
Page 2

Under FOIA, individuals generally have the right to obtain access to files and
information held by the Federal Government. FOIA requires the disclosure of FSA
records, except when one or more of the nine enumerated exemptions apply.
Exemption 6 of FOIA provides that Federal agencies are not to disclose personnel
and medical files or *similar files* that would constitute a clearly unwarranted
invasion of personal privacy. See 5 U.S.C. §552(b)(6). The term "similar files"
has been given a broad definition encompassing any information that "applies to a
particular individual." *United States Department of State v. Washington Post Co.*,
456 U.S. 595, 602 (1982). In your appeal, you point out that farming is a business
activity and that Exemption 6 protection does not apply to the recipients of
government farm payments because of the given business nature of the transaction.
While it is well settled that Exemption 6 may be applied only to protect
individuals, and cannot be invoked to protect the interests of a corporation or
association, *see e.g. Sims v. CIA*, 642 F.2d 562, 572 n.47 (D.C. Cir. 1980); *Nat'l
Parks & Conservation Ass'n v. Kleppe*, 547 F.2d 673, 685 n.44 (D.C. Cir. 1976),
the exception to this rule is the closely-held corporation, or some other similarly
constituted business entity. "While corporations have no privacy, personal
financial information is protected, including information about small businesses
when the individual and corporations are identical." *See Providence Journal Co. v.
FBI*, 460 F. Supp. 778, 785 (D.R.I. 1978), *rev'd on other grounds*, 602 F.2d 1010
(1st Cir. 1979). I have determined that Exemption 6 protects the personal
information pertaining to family-owned farm entities, as well as individuals, and
disclosing certain information would constitute a clearly unwarranted invasion of
their personal privacy.

You contend that the purpose in collecting and analyzing FSA's data is to provide
it to the marketplace as a means to better communicate to farmers. The Supreme
Court in *United States Department of Justice v. Reporters Committee for Freedom
of the Press*, 489 U.S. 749 (1989), made it clear that the requester's personal
interest is irrelevant. The Court emphasized that the "identity of the requesting
party has no bearing on the merits of his or her FOIA request." *Id.* at 771. In
deciding to grant or deny a request for personal information under Exemption 6,
FSA must balance the severity of the threat to an individual's privacy interest by
disclosure against the public interest, if any, in disclosure. The public interest to be
considered under Exemption 6 is limited to the kind of public interest for which
Congress enacted FOIA. The core purpose of FOIA is to shed light on an agency's
performance of its statutory duties. Information that does not significantly reveal

Mr. John L. Montandon, President
Multi Ag Media, L.L.C.
Page 3

the operations or activities of the Federal Government falls outside the limits of the
public interest that FOIA was enacted to serve. Generally, information concerning
a particular individual or family-owned corporation that happens to be in
government files does not shed light on FSA's performance of its duties.
Because you have already been provided with all the information you requested,
except for the farm serial number, disclosing the farm serial number would provide
a link that would reveal details of an individual producer's farming operation,
including specific crop and acreage information in which the farmer has a privacy
interest. This information is protected from disclosure under Exemption 6 of
FOIA. The disclosure of this personal information regarding the farming
operations of individuals and family-owned farm entities located in FSA's files
would not shed light on *FSA's* performance of its duties (emphasis added). Your
appeal for this information, therefore, is denied.

With respect to non-closely held corporations, you are entitled to receive farm
serial numbers. However, because the computerized database in Kansas City
cannot distinguish whether a business entity is closely-held, this portion of your
appeal will need to be forwarded to FSA's approximately 2,500 county offices in
order to determine what serial numbers are releasable. This process will require
additional searches by FSA personnel. The estimated fee for the additional search,
duplication, and review costs will be $1,234,035.00, which is based on an
estimated search and review time of 15 minutes for each of the 329,076 producer
files, at a rate of $15.00 per hour. Please advise FSA as soon as possible if you
wish to accept these fees. If you would like to request a fee waiver pursuant to
5 U.S.C. §552(a)(4)(A)(iii), you may do so in writing, along with an explanation of
how the information would contribute significantly to public understanding of the
operations or activities of the Government and is not primarily in the commercial
interest of the requester. You may direct your response, either agreeing to pay the
estimated fees or requesting a fee waiver, to the following address:

USDA/FSA/Office of the Administrator
Appeals and Litigation Group, STOP 0570
1400 Independence Avenue, S.W.
Washington, D.C. 20250

Mr. John L. Montandon, President
Multi Ag Media, L.L.C.
Page 4


Your appeal is granted in part and denied in part.  This is the final FSA
determination on your FOIA appeal.  You have the right to seek judicial review of
this decision in an appropriate U.S. District Court pursuant to 5 U.S.C.
§552(a)(4)(B).


Sincerely,

James R. Little
Administrator

**USDA**

United States
Department of
Agriculture

FEB 1 5 2006

Farm and Foreign
Agricultural Services

Farm Service
Agency

1400 Independence
Avenue, SW
Stop 0570
Washington, DC
20250-0570

James D. Miller, Esq.
King & Spalding L.L.P.
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4706

Dear Mr. Miller:

This is a supplemental response to your August 24, 2005, Freedom of Information Act
(FOIA) appeal on behalf of your client, Multi Ag Media L.L.C. (Multi Ag Media). You
appealed the August 8, 2005, decision of William Brady, FOIA Officer, Farm Service
Agency (FSA), Kansas City Administrative Office (KCAO), to deny your request for an
extensive amount of individual producer and farm data as well as aerial photography
information. On July 13, 2005, Multi Ag Media requested 2005 calendar year
information in electronic format from 12 separate files maintained in KCAO. These files
are:

- Participating Producers File
- Producer Payment Reporting System
- Producer Type Code File
- Permitted Entity File
- Livestock Compensation Program (LCP)
- Tobacco Files
- Livestock Assistance Program (LAP)
- Compliance File
- Agricultural Market Transition Act File (AMTA)
- Direct and Counter Cyclical Payment Program File (DCP)
- Conservation Reserve Program File for Sign Up 26 and later (CRP)
- Actual Production History File (APH)

Multi Ag Media also requested the entire fully attributed Geographic Information System
(GIS) Common Land Units (CLU).

Mr. Brady granted Multi Ag Media's request in part and denied it in part. The
Participating Producer File, Producer Payment Reporting System, and Producer Type
Code File were released in full. The Permitted Entity File, LCP File, and Tobacco Files
were released in part. In response to your client's FOIA request, the following files were
withheld in full: LAP File, Compliance File, AMTA File, DCP Program File, CRP File,
and APH File.

## Exhibit Q

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 2

On November 23, 2005, in response to Multi Ag Media's appeal, I determined that additional information from the LAP File, Compliance File, AMTA File, DCP File, CRP File, Tobacco File, APH File, Permitted Entity File, and GIS CLU File could be released. However, certain information contained in the LAP File, Compliance File, LCP File, and GIS CLU File continued to be withheld, pursuant to Exemption 6 of FOIA. *See* 5 U.S.C. §552(b)(6).

I have reviewed the information from the LAP File that was withheld on appeal and have determined that additional information may be released. Certain fields in each record of the Compliance File are no longer used by FSA; therefore, no information exists in those fields. These two files are discussed below.

The LAP File includes details on the type and size of individual livestock operations. Upon further review, the monetary rate used to calculate LAP benefits should be released. We continue to withhold the remaining personal information concerning the number of head by weight range, the number of acres grazed, the number of days each kind of livestock are fed, and the grazing loss percent.

The Compliance File includes all crops and acreage annually reported to FSA by individuals who have an interest in the crops. Two fields included in each record in the Compliance Summary File that reveal the number of abandoned peanut acres either reported to FSA by peanut producers or determined by FSA was initially withheld by KCAO in response to the FOIA request and in response to the FOIA appeal based on Exemption 6 of FOIA. However, FSA no longer collects and maintains peanut acreage amounts with the crop status of "abandoned." Therefore, for the 2005 crop year, there is no data in these two fields. We continue to withhold the remaining personal information concerning individual crop acreage amounts and farming practices at the field, tract, and farm level.

For the additional data in LAP File determined to be releasable under FOIA, please contact Mr. William Brady in the KCAO to make arrangements for release. Mr. Brady will advise you regarding the fee that will be chargeable for providing this information in an electronic format and will assist you in making arrangements for disclosure, provided you agree to pay any fee that will be incurred.

James D. Miller, Esq.
King & Spalding, L.L.P.
Page 3


The address of the Kansas City Administrative Office is 6501 Beacon Drive, P. O. Box 419205, STOP 8408, Kansas City, Missouri 64141-6205. The office phone number is 816-926-2636.

Sincerely,

*Michael 2 yf*
*Acting Adm.*


Teresa C. Lasseter
Administrator

FEB-14-2006 TUE 01:06 PM    KCHD HFD

Case 1:05-cv-01908-HHK    Document 12-4    Filed 02/15/2006    Page 56 of 82

**Brady, William - Kansas City, MO**

From:      JohnLeeMon@aol.com
Sent:      Monday, October 03, 2005 7:10 PM
To:        WJBRADY@kcc.usda.gov
Cc:        Virdena Walden; dhorst@fmid.net; JohnLeeMon@aol.com
Subject:   FOIA Request 10-3-05

Mr. Brady: (Second email request. No acknowledgment from the first attempt).

On behalf of Multi Ag Media LLC, I request that you release the following agency records.B Pursuant to the Freedom of Information Act, please provide these FSA data elements, as well as any data intrinsic to each specific program, for calendar year 2005.

We understand that these files are readily accessible to FSA and can be identified and released to us with little delay.

A. **PARTICIPATING PRODUCERS (PARTPROD)**B - with name, address, entity code, producer type code, and customer ID

B. **PRODUCER PAYMENT REPORTING SYSTEM (PPRS)** - with program code, commodity code, payment amount and customer ID

C. **PERMITTED ENTITY** - with name, address, header, sequence number and customer ID

D. **LIVESTOCK ASSISTANCE PROGRAM (LAP)** -with Livestock type, payment amount and customer ID and farm sequence number if available  *Waiting on 2005 data*

E. **COMPLIANCE** - with Federal Information Processing Standards (FIPS), year, crop code, planted acres, farmland acres to the farm-field level, including a farm sequence number, tract number and field number  *denied because released F*

F. **AMTA TRACT FILE (TRACT FILE)** - with customer number, farm sequence number instead of farm number, tract number and related acreage and tract descriptors

G. **DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP)** - with FIPS, farm sequence number, crop codes, base acres, and payment yields

H. **CONSERVATION RESERVE PROGRAM (CRP)** - with FIPS, farm sequence number, contract number, soil types, practice number, signup number, erosion indicators, practice acres, contract start and end dates, Hydrologic Unit Area (HUA) number, payment amounts and payment rates

I. **TOBACCO FILES** (both Holder and Grower) - with customer ID, tract number and farm sequence number  *Washington Holding*

J. **FARM FIELD COMMON LAND UNIT (CLU)** - fully attributed file with digitized farm field boundaries, in shape file spatial data format, classified as farm and/or field boundaries, name and address, farm sequence number, field number, tract number, acres all spatial attributes and coordinates, as well as projection information as attached to these boundaries.

K. **ACTUAL PRODUCTION HISTORY (APH)** b

Also, all supplied files should have a detailed layout including code definitions such as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

Please forward the data on CDs to Damon Horst at the following address:

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.
Westmont, IL 60559
630-654-4420 x232

10/4/2005                                          **Exhibit R**

John Montandon
President
Multi Ag Media LLC
2516 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353

**From:** Brady, William - Kansas City, MO
**Sent:** Friday, October 07, 2005 7:36 AM
**To:** Walden, Virdena - Kansas City, MO
**Subject:** FW: FOIA Request 10-6-05

06-007

-----Original Message-----
**From:** Brady, William - Kansas City, MO
**Sent:** Friday, October 07, 2005 7:34 AM
**To:** 'JohnLeeMon@aol.com'
**Cc:** Virdena Walden; dhorst@fmid.net; Rouse, Myron - Kansas City, MO
**Subject:** RE: FOIA Request 10-6-05

John, duly acknowledged as Case #06-007.  Tks.  BB

-----Original Message-----
**From:** JohnLeeMon@aol.com [mailto:JohnLeeMon@aol.com]
**Sent:** Thursday, October 06, 2005 6:28 PM
**To:** Brady, William - Kansas City, MO
**Cc:** Virdena Walden; dhorst@fmid.net; JohnLeeMon@aol.com
**Subject:** FOIA Request 10-6-05

Mr. Brady:  (Second email request. No acknowledgment from the first attempt).

On behalf of Multi Ag Media LLC, I request that you release the following agency records Pursuant to the Freedom of Information Act, please provide these FSA data elements, as well as any data intrinsic to each specific program, for calendar year 2005.

We understand that these files are readily accessible to FSA and can be identified and released to us with little delay.

**All crops and practices at the farm field level in farm sequence number**

Also, all supplied files should have a detailed layout including code definitions such as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

Please forward the data on CDs to Damon Horst at the following address:

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.
Westmont, IL 60559
630-654-4420 x232

Thank you for your timely attention to this request.  Please call me if you have any questions.

John Montandon
President
Multi Ag Media LLC
2518 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353

# Exhibit S



**USDA**

United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Farm Service
Agency

Kansas City
Administrative Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

October 19, 2005

Farm Market iD
Attn : Mr. Damon horst
645 Blackhawk Drive
Westmont, Illinois  60559 115

RE: FOIA Request 06-002    *A, B, C, F,*

Dear Mr. Horst:

Enclosed is a CD of FSA data.  This is in response to your Freedom of Information Act
request of  October 3, 2005.

The fee for this service is $450.  Please make payment to the Commodity Credit
Corporation and mail your check with a copy of this letter to:

> Farm Service Agency
> Attn: DCB/DMD
> Mail Stop 8528
> P.O. Box 419205
> Kansas City, Missouri 64141 - 6205

If you have any questions, please contact Bill Brady at 816-926-2636 or by e-mail at
William.brady@kcc.usda.gov

Sincerely,

Wm. J. Brady
FOIA/Privacy

Enclosure

*D, E, & I  have not been released*

## Exhibit T

USDA is an Equal Opportunity Employer



**Date:** October 20, 2005

**To:** Bill Brady, USDA/FSA APD

**From:** Virdena Walden, CIBER Task Leader

**Re:** Notification of Delivery of Freedom of Information Act Request

**Reference:** Task Order KCMW-FOIA-2002-05, Case 06-002 Part F

**Purpose:** Notification of delivery John Montandon – Farm Market ID

**Detail:** The requestor asks for a complete copy of the 2005 AMTA Tract file, complete with customer number, farm sequence number (to replace farm number), tract number, related acreage, and tract descriptors.

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist), and re-coordination with USDA/FSA/APS,** provided will be 8,474,203 records from the AMTA Tract file. The records will contain state, county, status code, program year, tract number, seven separate acreage fields, location state and county, and a tract description that usually contains map references (when populated). The records are all for program year 2005.

**Note:** Per Exemption 6 of the FOIA regulations, producer ids (customer numbers) are deemed to be unreleasable with acreage information. Thus, customer numbers will not be provided.

The file is sorted by state, county, and tract number, and is zipped from an ASCII text format. **The data provided reflects the current status of the files in the Kansas City Office. Please transfer this file to your hard drive and keep the CD as a backup.**

**Summary:** The case documents (emails and delivery letter are maintained in the E-FOIA case workbook, and available for review upon request.

**Attachment:** ReadMe Note      One Tract Acreage Data File
             State/County Code List
             Status Code List

---

William J. Brady      Date      Virdena G. Walden      Date
USDA/FSA APD                  CIBER Task Leader

Patrick McKittrick

**06-002 Part F**

Damon Horst
Farm Market ID
645 Blackhawk Dr.
Westmont, IL  60559-1115
630-654-4400 (Phone)
JohnLeeMon@aol.com
As of October 20, 2005

**ReadMe Note**

The requestor asks for a complete copy of the 2005 AMTA Tract file, complete with customer number, farm sequence number (to replace farm number), tract number, related acreage, and tract descriptors.

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist),** provided will be 8,474,203 records from the AMTA Tract file.  The records will contain state, county, status code, program year, tract number, seven separate acreage fields, location state and county, and a tract description that usually contains map references (when populated).  The records are all for program year 2005.

**Note:**

Per Exemption 6 of the FOIA regulations, producer ids (customer numbers) are deemed to be unreleasable with acreage information.  Thus, customer numbers will not be provided.

The file is sorted by state, county, and tract number, and is zipped from an ASCII text format.  The **data provided reflects the current status of the files in the Kansas City Office.  Please transfer this file to your hard drive and keep the CD as a backup.**

## FINAL TRACT FILE LAYOUT:

| Field Name | Length | Comments |
|---|---|---|
| | 150/27900 | |
| 1. State | 2 | State code list provided |
| 2. County | 3 | County code list provided |
| 3. Status Code | 1 | Status code list provided |
| 4. Program Year | 4 | |
| 5. Farm Sequence Number | 7 | Replaces farm number |
| 6. Tract Number | 7 | |
| 7. Farmland Acres | 8 | |
| 8. Cropland Acres | 8 | |
| 9. Agricultural Use Acres | 8 | |
| 10. CRP Acres | 8 | |
| 11. Water Bank Program Acres | 8 | |
| 12. Effective Agricltrl Use Acres | 8 | |
| 13. Marginal Pastureland Acres | 8 | |
| 14. Location State | 2 | |
| 15. Location County | 3 | |
| 16. Tract Description | 50 | Generally contains map references |

## SAMPLE TRACT DATA:

```
CAS06002.FINAL.DT05292
Cols 1-80
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01;001; ;2005;0000022;0000001;00000800;00000219;00000000;00000000;00000000;00000
01;001; ;2005;0000023;0000011;00000790;00000030;00000000;00000000;00000000;00000
01;001; ;2005;0000024;0000281;00000200;00000000;00000000;00000000;00000000;00000
01;001; ;2005;0000025;0000012;00000080;00000660;00000000;00000000;00000000;00000
01;001; ;2005;0000026;0000282;00001590;00000000;00000000;00000000;00000000;00000


Cols 81-150
----+----9----+----0----+----1----+----2----+----3----+----4----+----5
000;00000000;01;001;G4-78 2B    new  I6-56/1A
000;00000000;01;001;P7-64/1B
000;00000000;01;001;P7-67/1B
000;00000000;01;001;O7-20/1A
000;00000000;01;001;L8-5/1A
```



CASE 06 - 002 Part F
**JOHN MONTANDON**
AMTA TRACT
As of October 20, 2005
Page 1 of 1



**United States Department of Agriculture**

**Farm and Foreign Agricultural Services**

**Farm Service Agency**

Kansas City Administrative Office
P.O. Box 419205
Kansas City, Missouri
64141-6205

October 25, 2005

Farm Market iD
Attn : Mr. Damon Horst
645 Blackhawk Drive
Westmont, Illinois  60559  1115

RE: FOIA Request 06-002-G

Dear Ms. Horst:

Enclosed is a CD of FSA data.  This is in response to your Freedom of Information Act request of October 3, 2005.  Data relating to this same request was released to you on October 19, 2005

The fee for this service is $200.  Please make payment to the Commodity Credit Corporation and mail your check with a copy of this letter to:

> Farm Service Agency
> Attn: DCB/DMD
> Mail Stop 8528
> P.O. Box 419205
> Kansas City, Missouri 64141 - 6205

If you have any questions, please contact Bill Brady at 816-926-2636 or by e-mail at William.brady@kcc.usda.gov

Sincerely,

Wm. J. Brady
FOIA/Privacy

Enclosure

**Exhibit U**

USDA is an Equal Opportunity Employer

**ciber**

**Date:** October 19, 2005

**To:** Bill Brady, USDA/FSA APD

**From:** Virdena Walden, CIBER Task Leader

**Re:** Notification of Delivery of Freedom of Information Act Request

**Reference:** Task Order KCMW-FOIA-2002-05, Case 06-002-G

**Purpose:** Notification of delivery John Montandon – Farm Market Id

**Detail:** The requestor asks for DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP) - with FIPS, farm sequence number, crop codes, base acres, and payment yields.

Per coordination with the requestor (documented on the FOIA Request Clarification Checklist), and re-coordination with USDA/FSA/APS, provided will be one data file containing 13,704,546 records for year 2005. It will include all the DCP information with the exception of farm number which has been changed to farm sequence number.

This data reflects the current status of the files in the Kansas City Office.

The file is sorted by state and county. It is in ASCII text format and delimited with semicolons (;). Please transfer this file to your hard drive and keep the CD as a backup.

**Summary:** The case documents (emails and delivery letter are maintained in the E-FOIA case workbook, and available for review upon request.

**Attachment:** ReadMe Note                One DCP Data File
                 State/County Code List

William J. Brady                 Date          Virdena G. Walden              Date
USDA/FSA APD                                   CIBER Task Leader

Diane Fuller

06 – 002-G

John Montandon
President
Multi Ag Media LLC
2516 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353

Please forward the data on CDs to Damon Horst at the following address:

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.
Westmont, IL 60559
630-654-4420 x232

As of October 19, 2005

## ReadMe Note

The requestor asks for DIRECT AND COUNTER-CYCLICAL PAYMENT PROGRAM (DCP) - with FIPS, farm sequence number, crop codes, base acres, and payment yields.

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist), and re-coordination with USDA/FSA/APS**, provided will be one data file containing 13,704,546 records for year 2005. It will include all the DCP information with the exception of farm number which has been changed to farm sequence number.

**This data reflects the current status of the files in the Kansas City Office.**

The file is sorted by state and county. It is in ASCII text format and delimited with semicolons (;). **Please transfer this file to your hard drive and keep the CD as a backup.**

## FINAL DCP FILE LAYOUT:

| | FIELD NAME | START | LENGTH | DESCRIPTION | |
|---|---|---|---|---|---|
| | DCP Farm Crop file. | | | | Record Length = 94/27918 |
| | | | | A two position FIPS numeric state Code | CHAR |
| 1 | State Code * | 1 | 2 | A three digit field used to identify a unique county within a specific state | CHAR |
| 2 | County Code * | 3 | 3 | ' '-Active, 'C'-Inactive Canceled, 'D'-Inactive Deleted, 'I'-Crop still resides on parent farm, 'N'-Inactive New Farm, 'P'-Active Parent far, Partial reconstitution, 'R'- Active rejected, 'U'-Crop has been moved, 'V' Active Validated after the fact, 'W'-Withdrawn by county not active, 'Z'-Tract contribution percentage out of balance | CHAR |
| 3 | Code Status | 6 | 1 | CCYY  This date is the year the data is reported. | ZONE |
| 4 | Current Year | 7 | 4 | A seven-digit number assigned by a county... | ZONE |
| 5 | Farm Sequence Number | 11 | 7 | A tract is a descriptive representation of land, governed by the county connected to a farm | ZONE |
| 6 | Tract Number | 18 | 7 | See Universal Crop Table | ZONE |
| 7 | Crop Code | 25 | 4 | Amount of acres in tenths comprising the crop base for the farm, crop, and crop year. | ZONE |
| 8 | Crop Base Acre | 29 | 7.1 | Conservation Reserve Program reduction acres in tenths | ZONE |
| 9 | CRP Acreage reduction | 36 | 7.1 | Conservation Reserve Program pending acres in tenths | ZONE |
| 10 | CRP Acreage Pending | 43 | 7.1 | Average per-acre crop yield for the tract used in the calculation of direct payment. | ZONE |
| 11 | Direct Payment Yield | 50 | 5 | Conservation Reserve Program payment yield | ZONE |
| 12 | CRP Payment Yield | 55 | 5 | Average per-acre crop yield for tract used in the calculation of counter cyclical payment | ZONE |
| 13 | CCP Payment Yield | 60 | 5 | CCYYMMDD Date on which the most recent adjustment was made to the base acre omt | CHAR |
| 14 | Date Base Acre Adjustment | 65 | 8 | Code to indicate the reason for the most recent adjustment to base acre amount | CHAR |
| 15 | Base Acre Adjustment Code | 73 | 2 | CCYYMMDD Date on which the most recent adjustment was made to the direct payment yield | CHAR |
| 16 | Date Direct Payment Yield Adjustment | 75 | 8 | Code to indicate the reason for the most recent adjustment to direct payment yield | CHAR |
| 17 | Direct Payment Yield Code | 83 | 2 | CCYYMMDD Date on which the most recent adjustment was made to the counter cyclical payment yield | CHAR |
| 18 | Date CCP Payment Adjustment | 85 | 8 | Code to indicate the reason for the most recent adjustment to counter cyclical payment yield | CHAR |
| 19 | CCP Payment Code | 93 | 2 | | CHAR |

## SAMPLE DCP DATA

```
MNS061.CAS0602G.FINAL.DT05291
Col   001 080
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
01001 200500000010000089004100000310000000000000000450000000004500000000000000000
01001 200500002020003531002120000131000000000000000047400000000474000000000000000
01001 200500002020003533002100000250000000000000000000000000000000000000000000000
01001 200500002030000553001100000000000000000000000000000000000000000000000000000
01001 200500002030000553002100010310000000000000000880000000008800000000000000000
01001 200500002030000553004100000000000000000000000000000000000000000000000000000
01001 200500002030000553005100000000000000000000000290000000002900000000000000000
01001 200500002040003535001100000770000000060000000003900000000039000000000000000
01001 200500002040003535004100000720000000000000000000000000000000000000000000000
01001 200500002040003535005100000540000000000000000034000000000340000000000000000
01001 200500002050000555001100000880000000000000000000290000000002900000000000000
01001 200500002050000555002100000683000000000000000088000000008800000000000000000
01001 200500002050000555004100000820000000000000000003900000000039000000000000000
01001 200500002050000555005100000620000000000000000034000000000340000000000000000
01001 200500002050003534001100000900000000000000000029000000002900000000000000000
01001 200500002050003534002100000980000000000000000088000000008800000000000000000
01001 200500002050003534004100000840000000000000000039000000000390000000000000000
```

```
Col   081 094
----+----9----
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
```



CASE 06 – 002-G
John Montantion
DIRECT CONTRACT PAYMENT
As Of October 19, 2005    Page 1 of 1



**USDA**

United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Farm Service
Agency

Kansas City
Administrative Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

November 8, 2005

Farm Market iD
Attn : Mr. Damon Horst
645 Blackhawk Drive
Westmont, Illinois  60559 1115

RE: FOIA Request 06-002K

Dear Mr. Horst:

Enclosed is a CD of FSA data.  This is in response to your Freedom of Information Act
request of October 3, 2005.

The fee for this service is $100.  Please make payment to the Commodity Credit
Corporation and mail your check with a copy of this letter to:

> Farm Service Agency
> Attn: DCB/DMD
> Mail Stop 8528
> P.O. Box 419205
> Kansas City, Missouri 64141 - 6205

If you have any questions, please contact Bill Brady at 816-926-2636 or by e-mail at
William.brady@kcc.usda.gov

Sincerely,


Wm. J. Brady
FOIA/Privacy


Enclosure



## Exhibit V



**USDA**

United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Farm Service
Agency

Kansas City
Administrative Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

October 19, 2005

Farm Market iD
Attn : Mr. Damon horst
645 Blackhawk Drive
Westmont, Illinois  60559 115

RE: FOIA Request 06-007

Dear Mr. Horst:

Enclosed is a CD of FSA data.  This is in response to your Freedom of Information Act
request of October 6, 2005.

The fee for this service is $200.  Please make payment to the Commodity Credit
Corporation and mail your check with a copy of this letter to:

> Farm Service Agency
> Attn: DCB/DMD
> Mail Stop 8528
> P.O. Box 419205
> Kansas City, Missouri 64141 - 6205

If you have any questions, please contact Bill Brady at 816-926-2636 or by e-mail at
William.brady@kcc.usda.gov

Sincerely,

Wm. J. Brady
FOIA/Privacy

Enclosure

*Pd Reference A.V Koo S2
Ref. 06-002
06-2020
Requ...*

*003-Dmd-Coram.*

*12-28-05
$200.00*

**Exhibit W**

USDA is an Equal Opportunity Employer



**Date:** October 19, 2005

**To:** Bill Brady, USDA/FSA APD

**From:** Virdena Walden, CIBER Task Leader

**Re:** Notification of Delivery of Freedom of Information Act Request

**Reference:** Task Order KCMW-FOIA-2002-05, Case 06-007

**Purpose:** Notification of delivery John Montandon – Farm Market Id

**Detail:** The requestor asks for all crops and practices at the farm field level in farm sequence number, with all supplied files should have a detailed layout including code definitions such as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist), and re-coordination with USDA/FSA/APS,** provided will be one data file containing 88,127 records for program year 2005. It will include all CRP contract information with the exception of identifiable customer information and/or counties with three or less contracts.

**Note:** Due to Exemption 3 of the FOIA regulations (statutory prohibition), specific customer information may not be released with CRP contract information. As a result, all identifiable customer information (i.e. contract number, customer number, farm number, etc) is not included.

Also due to Exemption 3 of the FOIA regulations, only those counties with four or more unique contracts may have any CRP information released.

**This data reflects the current status of the files in the Kansas City Office.**

The file is sorted by state and county. It is in ASCII text format and delimited with semicolons (;). **Please transfer this file to your hard drive and keep the CD as a backup.**

**Summary:** The case documents (emails and delivery letter are maintained in the E-FOIA case workbook, and available for review upon request.

**Attachment:** ReadMe Note                    One CRP Contract Data File
State/County Code List
CRP Practice Code List

_William J. Brady_          10-20          _Virdena Walden_          10-20-05
William J. Brady        Date              Virdena G. Walden        Date
USDA/FSA APD                              CIBER Task Leader

Diane Fuller



CASE 06 - 007
John Morturtion
CRP ACTIVE CONTRACT
As Of October 19, 2005    Page 1 of 1

06 - 007

John Montandon
President
Multi Ag Media LLC
2516 Via Tejon, #303
Palos Verdes Estates, CA 90274
310-375-7353

Please forward the data on CDs to Damon Horst at the following address:

Damon J. Horst
Multi Ag Media, LLC
645 Blackhawk Dr.
Westmont, IL 60559
630-654-4420 x232

As of October 19, 2005

**ReadMe Note**

The requestor asks for all crops and practices at the farm field level in farm sequence
number, with all supplied files should have a detailed layout including code definitions such
as FIPS code, crop codes, practice codes, program codes, commodity codes, etc.

**Per coordination with the requestor (documented on the FOIA Request Clarification
Checklist), and re-coordination with USDA/FSA/APS,** provided will be one data file
containing 88,127 records for program year 2005.  It will include all CRP contract information
with the exception of identifiable customer information and/or counties with three or less
contracts.

<u>**Note:**</u>

Due to Exemption 3 of the FOIA regulations (statutory prohibition), specific customer
information may not be released with CRP contract information.  As a result, all identifiable
customer information (i.e. contract number, customer number, farm number, etc) is not
included.

Also due to Exemption 3 of the FOIA regulations, only those counties with four or more
unique contracts may have any CRP information released.

**This data reflects the current status of the files in the Kansas City Office.**

The file is sorted by state and county.  It is in ASCII text format and delimited with semicolons
(;).  **Please transfer this file to your hard drive and keep the CD as a backup.**

## FINAL CRP FILE LAYOUT:

| Field Name | Length | Comments |
|---|---|---|
| | 574/27552 | |

| RECORD LAYOUT | | | |
|---|---|---|---|
| **FIELD NAME** | **LENGTH** | **DESCRIPTION** | |
| State Code | 2 | A two position FIPS numeric state code | Char |
| County Code | 3 | A three position numeric county code to identify a county within a specific state | Char |
| Contract Type | 1 | 0=not coverted for additional years, 1=standard, 2=easement, 3=wellhead-standard, 4=well head easement, 5=converted standard, 6=converted easement, 7=environmental priority | Char |
| Old Farm Number | 10 | | Char |
| Status Code | 1 | A=active, E=expired, R=cancelled for early release, 6=cancelled with in 60 days, C=cancelled in public interest, N=cancelled for non-compliance, W=cancelled for wetlands reserve program, D=deleted, T=terminated and revised into one or more contracts | Char |
| Indicator Continuous Signup | 1 | Y = continuous signup | Char |
| Indicator CREP | 1 | Y = enrolled in CREP  (Conservation Reserve Enhancement Program) | Char |
| Total Cumulative Rent | 7 | Total of Payments to be Made Over the Life of the Contract | Num |
| Farmable Wetland Indicator | 1 | | Char |
| Land Class Code | 1 | Land class and sub class are classifications based on erosion factors | Char |
| Land Sub Class Code | 1 | Part of Land class | Char |
| Program Year | 4 | CCYY Initial year of Contract | Char |
| Sequence Number | 7 | A seven-digit number assigned by a county | Char |
| Signup Number | 2 | The signup number this CRP is for | Char |
| Qty Cropland Acre | 8,1 | Total Farm size | Num |
| Qty Acre Approved | 8,1 | Total acres approved for CRP | Num |
| Rental Rate Accept | 7,2 | Annual rental rate | Num |
| Rate Erosion Before Install CRP | 3 | Sum of USLE and WEQ erosion before CRP for 10 & up.  Rate for signups 1 to 9 | Char |
| Rate Erosion After Install CRP | 3 | Sum of USLE and WEQ erosion after CRP for 10 & up.  Rate for signups 1 to 9 | Char |
| Rate Soil Loss Tolerance | 2 | | Char |
| Qty Wetland Acre | 8,1 | Number of acres for Signup 8 & 9 only | Num |
| Qty Scour Erosion Acre | 8,1 | Number of acres for Signup 8 & 9 only | Num |
| Number BID Farm | 7 | Initial bid farm number - signup 10 & 11   Initial bid tract number - signup 12 & up | Char |
| Indicator BID Type | 1 | CRP initial bid type 0=signups 1-9, 1=standard, 2=easement, 3=wellhead, 4=wellhead-easement, 7=environmental priority | Char |
| Qty Wellhead Acre | 7 | Wellhead acres | Char |
| Qty 319 Acres | 7 | Water quality 319 acres for signup 10 & 11; hydrolic unit area acres for signup 12 | Char |
| Consv Priority Acre | 7 | Conservation Priority Acres | Char |
| Qty USLE Acre | 7 | USLE (Universal Soil Loss Equation) acres | Char |
| Qty USLE Erosion Before | 3 | Erosion on USLE (Universal Soil Loss Equation)  acres before CRP | Char |
| Qty USLE Erosion After | 2 | Erosion on USLE (Universal Soil Loss Equation)  acres after CRP | Char |
| Qty WEQ Acre | 7 | WEQ (Wind Erosion Equation) acres | Char |
| Qty WEQ Erosion Before | 3 | Erosion on WEQ (Wind Erosion Equation) acres before CRP | Char |
| Qty WEQ Erosion After | 2 | Erosion on WEQ (Wind Erosion Equation) acres after CRP | Char |
| Qty EI water | 3 | Erosion water index | Char |
| Qty EI wind | 3 | Erosion Wind index | Char |
| Percent Irrigation | 5,4 | Percent of CRP acres irrigated | Num |
| Qty marginal Pasture land | 7,1 | Acres of marginal pasture land | Num |
| Number Month contract | 2 | Number of Month of the contract | Char |
| Number Year Contract | 2 | Number of Year of the Contract | Char |
| Year Contract Ends | 4 | CCYY Year contract ends for payments | Char |
| Original CRP start date | 8 | CCYYMMDD  Date original CRP-1 started | Char |
| State Physical Location | 2 | Physical location  State code | Char |
| County Physical Location | 3 | Physical location  County code | Char |
| Practice Code | 5 | Refer to the Code List | Num |
| Practice Acres | 8,1 | Number of Acres for the Practice | Num |
| Estimated Cost Share | 7 | Cost Share for the Practice | |

| Field | Size | Description | Type |
|---|---|---|---|
| Soil Map Unit Symbol | 6 | 1st occurrence   Soil Type based on growth depth, texture, density,  color, etc. Signup 15 > | Char |
| Soil Survey Area ID | 5 | 1st occurrence   Soil survey area id-- Signup 10 > | Char |
| Qty Soil Acre | 7.1 | 1st occurrence Quantity of acres assigned to the associated soil map unit symbol.  Signup 15 > | Num |
| Amount Soil Rental Rate | 5.2 | 1st occurrence  Signup 15 > | Num |
| Code Hydro Unit | 14 | HUA Number (Hydrological Unit Area) | Char |
| Qty Total WL Acres | 7.1 | Restored Wetland Acres | Num |
| Qty Acre under CRP-1 | 7.1 | Acres for Enrollment under Active CRP-1 | Num |
| Contract number for LTA | 4 | 1st Contract number(s) that had land re-enrolled into CRP under the contract number above | Char |
| Contract Suffix code | 2 | 1st  Contract suffix | Char |
| Qty Acre CRP-1 expire | 7.1 | Acres for enrollment under expired CRP-1's | Num |
| Contract No. for expire | 4 | 1st Contract number(s) that had land re-enrolled into CRP under the contract number above | Char |
| Contract Suffix expire code | 2 | 1st  Contract suffix | Char |
| Quantity Erosion OT | 4 | Quantity erosion other acreage | Char |
| Quantity HEL > 8 | 7.1 | Quantity HEL (Highly Erodible Land) Erosion Index 8 or greater | Num |
| Quantity National CPA | 7.1 | Quantity National CPA(Conservation Priority Area) acreage | Num |
| Quantity CPA Water | 7.1 | Quantity State CPA (Conservation Priority Area)  water acreage | Num |
| Quantity CPA Wildlife | 7.1 | Quantity State CPA (Conservation Priority Area)  Wildlife acreage | Num |
| Quantity CPA Air | 7.1 | Quantity State CPA (Conservation Priority Area)  Air acreage | Num |
| Quantity Wetland | 7.1 | Quantity acreage for cropped wetland - wetland acres | Num |
| Quantity Wetland Adjustment | 7.1 | Quantity acreage for Cropped Wetland - associated acres | Num |
| Quantity WBP | 7.1 | Quantity WBP (Water Bank Program)  acreage | Num |
| Quantity Land adj Wetland | 7.1 | Quantity non cropped wetland associated acres | Num |
| Quantity  Scour Erosion | 7.1 | Quantity Scour Erosion acres | Num |
| Quantity OT Eligible | 7.1 | Quantity Other Acreage Eligible | Num |
| Quantity State CPA | 7.1 | | Num |
| Amt Avg Soil Rent Rate | 5.2 | Amount of the Average Soil Rent of Primary Secondary Tertiary | Num |
| Amt Inctv Rate | 5.2 | Amount of the inactive rate Ranges from 1.00 to 2.00 (100 to 200 percent) | Num |
| Amount Inactive | 5.2 | | Num |
| Amt Maintenance Rate | 5.2 | Amount of the maintenance rate | Num |
| Amt Max Payment Rate | 5.2 | | Num |
| Amt Total Soil Acre | 7.2 | Total Amount of the Primary Secondary Tertiary acres | Num |
| Amt Total Soil Rent | 13.2 | Total Amount of the Primary Secondary Tertiary Rents | Num |
| Amt Last Unauthorized Use | 11.2 | Amount of the previous year's acreage | Num |
| Amt Last Unauthorized Paid | 11.2 | Amount of the previous year's payment | Num |
| Amt Next Unauthorized Use | 11.2 | Amount of the next year's acreage | Num |
| Amt Next Unauthorized Paid | 11.2 | Amount of the next year's scheduled payment | Num |
| Amt Last Hay-Graz Use | 11.2, | Amount of the previous year's acreage | Num |
| Amt Last Hay-Graz Paid | 11.2 | Amount of the previous year's payment | Num |
| Amt Next Hay-Graz Use | 11.2 | Amount of the next year's acreage | Num |
| Amt Next Hay-Graz Paid | 11.2 | Amount of the next year's scheduled payment | Num |
| Amt Lst Mng Hay Graze Use | 11.2 | | Num |
| Amt Last Mng Hay Graze Pd | 11.2 | | Num |
| Amt Next Mng Hay Graze | 11.2 | | Num |
| Amt Next Mng Hay Graze Pd | 11.2 | | Num |
| Rental Rate Accepted - CP11 | 7.2 | | Num |
| Amnt Annual Payment - CP11 | 11 | | Num |
| FS Tech Resp Indicator | 1 | | Char |
| NRCS Tech Asst. Indicator | 1 | | Char |
| CP11 3 Year Date | 4 | | Num |
| FWP Payment Acres | 7 | | Num |
| Offered Tract Number | 7 | | Num |

## SAMPLE CRP DATA
## CAS06007.FINAL.DT05291
## Cols 1-80

```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
010011        AN 0006320   2005000001426000028130000024600002571000000000000000
010011        AN 0006320   2005000001426000028130000024600002571000000000000000
010011        AN 0037940   2005000004526000001539000001010000375600000000000000
010011        AN 0037940   2005000004526000001539000001010000375600000000000000
010011        AN 0037940   2005000004526000001539000001010000375600000000000000
010011        AN 0014520   2005000003126000032400000032900044130000000000000000
010011        AN 0014520   2005000003126000032400000032900044130000000000000000
010011        AN 0014520   2005000003126000032400000032900044130000000000000000
010011        AN 0011190   2005000001126000016060000023300048030000000000000000
010011        AN 0011190   2005000001126000016060000023300048030000000000000000
010011        AN 0011190   2005000001126000016060000023300048030000000000000000
010337        AY 0004695   2005000142028000002360000005900053000000000000000000
010337        AY 0013052   2005000148028000002000000016600053000000000000000000
010337        AY 0005666   2005000146530000000000000007200053000000000000000000
010337        AY 0011746   2005000147930000001950000009900081800000000000000000
010337        AY 0070868   2005000147730000001979000009220053000000000000000000
```

## Cols 81-160

```
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
000000000000128710000000000000000000000000000000000000000000000000000000000000
000000000000128710000000000000000000000000000000000000000000000000000000000000
000000000000371910000000000000000000000000000000000000000000000000000000000000
000000000000371910000000000000000000000000000000000000000000000000000000000000
000000000000371910000000000000000000000000000000000000000000000000000000000000
000000000000064510000000000000000000000000000000000000000000000000000000000000
000000000000064510000000000000000000000000000000000000000000000000000000000000
000000000000064510000000000000000000000000000000000000000000000000000000000000
000000000000060810000000000000000000000000000000000000000000000000000000000000
000000000000060810000000000000000000000000000000000000000000000000000000000000
000000000000060810000000000000000000000000000000000000000000000000000000000059
000000000000000000000000000000000000000000000000000000000000000000000000000166
000000000000000000000000000000000000000000000000000000000000000000000000000072
000000000000000000000000000000000000000000000000000000000000000000000000000922
```

## Cols 161-240

```
----+----7----+----8----+----9----+----0----+----1----+----2----+----3----+----4
00102014200410010100100CP10  00000246000000000LdC2  010010000020400003150201    000
00102014200410010100100CP10  00000246000000000JSE   010010000226019003150201    000
00102014200410010100101CP11  00001010000000000NkB   010010000124044003150201    000
00102014200410010100101CP11  00001010000000000PfB   010010000424044003150201    000
00102014200410010100101CP11  00001010000000000JSE   010010000462019003150201    000
00102014200410010100101CP11  00003290000000000NkC   010010000113040003150201    000
00102014200410010100101CP11  00003290000000000NkB   010010000170440003150201    000
00102014200410010100101CP11  00003290000000000JSE   010010000462019003150201    000
00102014200410010100101CP11  00002330000000000LdC2  010010000920400003150201    000
00102014200410010100101CP11  00002330000000000LdB   010010000131047003150201    000
00102014200410010100101CP11  00002330000000000JSE   010010000101900003150201    000
00152019200410010103300CP22  00000059000000844MPLALL01033000059040000603000610003300
10142019200412010103300CP22  00000166000237330MPLALL01033000166040000603000523003300
10142019200412010103300CP22  00000072000078530MPLALL01033000007204000060300052700330
06142019200504010103300CP22  00000099000107900PUA   010330000990640000603000607003300
06142019200504010103300CP22  00000092200100050MPLALL01033000092240000060300052700330
```

## Cols 241-320

```
----+----5----+----6----+----7----+----8----+----9----+----0----+----1----+----2
                                   0000000000000000000000000000000000000000000000
0000000002460000  0000000000  00000000246000000000000000000000000000000000000000
0000000002460000  0000000000  00000000246000000000000000000000000000000000000000
0000000010100000  0000000000  00000000101000000000000000000000000000000000000000
0000000010100000  0000000000  00000000101000000000000000000000000000000000000000
0000000010100000  0000000000  00000000101000000000000000000000000000000000000000
0000000003290000  0000000000  00000000329000000000000000000000000000000000000000
0000000003290000  0000000000  00000000329000000000000000000000000000000000000000
0000000003290000  0000000000  00000000329000000000000000000000000000000000000000
0000000002330000  0000000000  00000000233000000000000000000000000000000000000000
0000000002330000  0000000000  00000000233000000000000000000000000000000000000000
0000000002330000  0000000000  00000000233000000000000000000000000000000000000000
0000000000000000  0000000000  00000000000000000000000000000000000000000000000000
0000000000000000  0000000000  00000000000000000000000000000000000000000000000000
0000000000000000  0000000000  00000000000000000000000000000000000000000000000000
0000000000000000  0000000000  00000000000000000000000000000000000000000000000000
0000000000000000  0000000000  00000000000000000000000000000000000000000000000000
```

## Cols 321-400

```
----+----3----+----4----+----5----+----6----+----7----+----8----+----9----+----0
00000000000000000000000000000000000002071001000000000500025710000246000000005
00000000000000000000000000000000000002071001000000000500025710000246000000005
00000000000000000000000000000000000003256001000000000500037560001010000000032
00000000000000000000000000000000000003256001000000000500037560001010000000032
00000000000000000000000000000000000003256001000000000500037560001010000000032
00000000000000000000000000000000000003913001000000000500044130000329000000012
00000000000000000000000000000000000003913001000000000500044130000329000000012
00000000000000000000000000000000000003913001000000000500044130000329000000012
00000000000000000000000000000000000004303001000000000500048030000233000000010
00000000000000000000000000000000000004303001000000000500048030000233000000010
00000000000000000000000000000000000004303001000000000500048030000233000000010
00000000000000000000000000000000000004000001200000000500053000000059000000002
00000000000000000000000000000000000004000001200000000500053000000166000000006
00000000000000000000000000000000000004000001200000000500053000000072000000002
00000000000000000000000099000000006400001200000000500081800000099000000006
00000000000000000000000000000000000004000001200000000500053000000922000000036
00000000000000000000000000000000000000000000000000000000000000000000000000000
```

## Cols 401-480

```
----+----1----+----2----+----3----+----4----+----5----+----6----+----7----+----8
09400000000000000000000000000000000000000000000000000000000000000000000000000000
09400000000000000000000000000000000000000000000000000000000000000000000000000000
89000000000000000000000000000000000000000000000000000000000000000000000000000000
89000000000000000000000000000000000000000000000000000000000000000000000000000000
89000000000000000000000000000000000000000000000000000000000000000000000000000000
87400000000000000000000000000000000000000000000000000000000000000000000000000000
87400000000000000000000000000000000000000000000000000000000000000000000000000000
87400000000000000000000000000000000000000000000000000000000000000000000000000000
02700000000000000000000000000000000000000000000000000000000000000000000000000000
02700000000000000000000000000000000000000000000000000000000000000000000000000000
02700000000000000000000000000000000000000000000000000000000000000000000000000000
36000000000000000000000000000000000000000000000000000000000000000000000000000000
64000000000000000000000000000000000000000000000000000000000000000000000000000000
88000000000000000000000000000000000000000000000000000000000000000000000000000000
33600000000000000000000000000000000000000000000000000000000000000000000000000000
88000000000000000000000000000000000000000000000000000000000000000000000000000000
```

## Cols 481-560

```
----+----9----+----0----+----1----+----2----+----3----+----4----+----5----+----6
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
00000000000000000000000000000000000000000000000000000000000000000000000000000000   0000
```

## Cols 561-574

```
----+----7----
00000000001287
00000000001287
00000000003719
00000000003719
00000000003719
00000000000645
00000000000645
00000000000645
00000000000608
00000000000608
00000000000608
00000000000000
00000000000000
00000000000000
00000000000000
00000000000000
```

**06-409 Part E**

John Montandon - President
Multi Ag Media LLC
2516 Via Tejon, Suite 303
Palos Verdes Estates, CA 90274
310-375-7353 (phone)
310-375-0982 (fax)
johnleemon@aol.com

As of October 17, 2005

These are the fields on the file. This file is not just livestock compensation, but is all livestock assistance witch is different from LCP.

**ReadMe Note**

The requestor asks for a list of Livestock Assistance Program - with customer number, farm number, # of head and kind of livestock.

**Per coordination with the requestor (documented on the FOIA Request Clarification Checklist)**, provided will be one data file, which will include state code, county code, customer number, program year, customer number, program year, category code, kind code, kind description, weight range description, business type code, number of head, number of days feed, amount of the loss, date of loss, grazing loss percentage, grazing acreage, rate of loss, rate sub type of code, rate usage code, farm number, producer type code, name and address

<u>Note:</u>

**The releasability of the data shown below in the file layout has not yet been determined. It is likely that much of the data shown will be deemed as unreleasable under Exemption 6 of the FOIA regulations.**

**The Data files are in ASCII text format and delimited with semicolons (;). Please transfer these files to your hard disk and keep the CD as a backup.**

**Exhibit X**

## 2005 LAP RECORD LAYOUT

| 2005 Livestock Assistance Program File | | | | | Record Length = 336 | |
|---|---|---|---|---|---|---|
| **FFFOIA.XTR.LAP.SCC.FINAL.DT05287** | | | | | | |
| | FIELD NAME | START | LENGTH | DESCRIPTION | | |
| 1 | State Code * | 1 | 2 | A two position FIPS numeric state Code | | Char |
| 2 | Filler | 3 | 1 | Delimiter of ';' | | Char |
| 3 | County Code * | 4 | 3 | A three digit field used to identify a unique county within a specific state | | Char |
| 4 | Filler | 7 | 1 | Delimiter of ';' | | Char |
| 5 | Customer Number | 8 | 9 | A unique number given to each customer released in place of the tax id number and type. | | Char |
| 6 | Filler | 17 | 1 | Delimiter of ';' | | Char |
| 7 | Program Year | 18 | 4 | CCYY  January 1 through December 31 | | Char |
| 8 | Filler | 22 | 1 | Delimiter of ';' | | Char |
| 9 | Category Code | 23 | 2 | E1      A two digit code that specifies groups of similar programs | | Char |
| 10 | Filler | 25 | 1 | Delimiter of ';' | | Char |
| 11 | Livestock Kind Code | 26 | 2 | '01' Beef, '02' Beef, '03' Beef, '04' Beef, '05' Beef cows, '06' Beef, Bulls | | Char |
| 12 | Filler | 28 | 1 | Delimiter of ';' | | Char |
| 13 | Kind Description | 29 | 20 | Kind description such as   Beef Cattle, Hogs, Dairy Cattle, Adult beef cattle, Buffalo & Beefalo (Cows & Bulls),   Beef, Dairy, Buffalo & Beefalo replacement heifers,  Adult Dairy Cattle (Cows & Bulls),  Beef, Dairy, Buffalo & Beefalo steers,  Non-breeding Beef, Dairy, Buffalo & Beefalo heifers,  Beef, Dairy, Buffalo & Beefalo Bulls,  Sheep  Goats | | Char |
| 14 | Filler | 49 | 1 | Delimiter of ';' | | Char |
| 15 | Weight range desc | 50 | 15 | Description of what the livestock weight such as   under 400,   400 to 799,   over 800 | | Char |
| 16 | Filler | 65 | 1 | Delimiter of ';' | | Char |
| 17 | Business Type Code | 66 | 2 | 00 - Unknown,  01 - Individual,  02 - General Partnership,  03 - Joint Venture, 04 - Corporation with Stockholders,  05 - Limited Partnership,  06 - Estate, 07 - Trust - Revocable, 08 - Federally Owned,  09 - State Owned,  10 - Churches and Other, Charitable Organizations,  11 - County Owned,  12 - City Owned,  13 - Public School,  14 - Bureau of Indian Affairs/Indian Tribal Venture,  15 - Indians Represented in BIA, 16 - Corporation with No Stockholders,  17 - Trust Irrevocable, 18 - Individual Operating as Small Business,  21 - Duplicate Insurance Contract, 19 - Group of individuals,  20 - Indian Tribal Venture,    99 - Other | | Char |
| 18 | Filler | 68 | 1 | Delimiter of ';' | | Char |
| 19 | Number of Head | 69 | 9 | Number of animals loss | | Nbr. |
| 20 | Filler | 70 | 1 | Delimiter of ';' | | Char |
| 21 | Number of Days Feed | 71 | 9 | Number of days the livestock were feed | | Char |
| 22 | Filler | 80 | 1 | Delimiter of ';' | | Char |
| 23 | Amount Loss | 81 | 14 | 9(12)V99 The amount of the producers loss covered | | Nbr |
| 24 | Filler | 95 | 1 | Delimiter of ';' | | Char |
| 25 | Date of the loss | 96 | 8 | CCYYMMDD   Date of the loss. | | Char |
| 26 | Filler | 114 | 1 | Delimiter of ';' | | Char |
| 27 | Grazing Loss Percent | 115 | 5 | 999.99 Percent of the grazing loss | | Char |
| 28 | Filler | 120 | 1 | Delimiter of ';' | | Char |
| 29 | Grazing Acreage | 121 | 7,1 | Number of grazing acres in hundredths | | Char |
| 30 | Filler | 128 | 1 | Delimiter of ';' | | Char |
| 31 | Rate of Loss | 129 | 12,4 | Rate of the Loss | | Char |
| 32 | Filler | 141 | 1 | Delimiter of ';' | | Char |
| 33 | Rate Sub Type Code | 142 | 2 | The sub type further identifies the type of program limitation. Example: CH - Caring Capacity High,  CL - Caring Capacity Low,  CM - Caring Capacity Medium,  CR - Crop,  LS - Livestock | | Char |
| 34 | Filler | 144 | 1 | Delimiter of ';' | | Char |
| 35 | Rate Usage Code | 145 | 2 | Code to represent the rate description such as: AG - Agriculture Production rate,  CV - Conversion Rate,  CC -  Caring Capacity | | Char |
| 36 | Filler | 147 | 1 | Delimiter of ';' | | Char |
| 37 | Farm Number | 148 | 7 | A seven-digit number assigned by a county... | | Char |
| 38 | Filler | 155 | 1 | Delimiter of ';' | | Char |

| 39 | Producer Type Code | 156 | 2 | Identifies the customer's relation to the farm for which payment is being received OW = Owner,  OP = Operator,  OO = Owner/Operator,  OT = Other | Char |
|----|--------------------|-----|---|------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 40 | Filler | 158 | 1 | Delimiter of ';' | Char |
| 41 | Last Name | 159 | 20 | The last name of the individual, Corporation, ...etc. | Char |
| 42 | Filler | 179 | 1 | Delimiter of ';' | Char |
| 43 | First Name | 180 | 10 | The first name of the individual or entity | Char |
| 44 | Filler | 190 | 1 | Delimiter of ';' | Char |
| 45 | Middle Name | 191 | 10 | The second or alternate name of the individual or entity | Char |
| 46 | Filler | 201 | 1 | Delimiter of ';' | Char |
| 47 | Name Suffix | 202 | 5 | Identifies any suffix used in the name (i.e. Jr., II...etc.) | Char |
| 48 | Filler | 207 | 1 | Delimiter of ';' | Char |
| 49 | Name Format | 208 | 33 | 33 character field that is used for addressing mail. | Char |
| 50 | Filler | 241 | 1 | Delimiter of ';' | Char |
| 51 | Name Type | 242 | 1 | Identifies an individual (I) or business (B) | Char |
| 52 | Filler | 243 | 1 | Delimiter of ';' | Char |
| 53 | Address 1 | 244 | 26 | First line of the mailing address | Char |
| 54 | Filler | 270 | 1 | Delimiter of ';' | Char |
| 55 | Address 2 | 271 | 26 | The second line of the mailing address | Char |
| 56 | Filler | 297 | 1 | Delimiter of ';' | Char |
| 57 | City Name | 298 | 20 | Name of the city | Char |
| 58 | Filler | 318 | 1 | Delimiter of ';' | Char |
| 59 | State abbreviation | 319 | 2 | Abbreviated Names of the state | Char |
| 60 | Filler | 321 | 1 | Delimiter of ';' | Char |
| 61 | Zip Code | 322 | 10 | The nine digit zip code – 5 digit + 4 digit US zip code. | Char |
| 62 | Filler | 332 | 1 | Delimiter of ';' | Char |
| 63 | Bar Code | 334 | 3 | Used by several types of mail software for creating mailing lists | Char |

18