UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on the defendant's motion for summary judgment. Upon consideration of the motion, the opposition thereto, the relevant law and the entire record herein, it is this ___ day of _____, 2006 hereby,

ORDERED that defendant's Motion for Summary Judgment is GRANTED, and it is further

ORDERED that judgment is entered for defendant, and it is further

ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE. This is a final, appealable order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE