IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC<br>2516 Via Tejon, #303<br>Palos Verdes Estates<br>California  90274<br>310-375-7353<br><br>                    Plaintiff,<br><br>v.<br><br>U.S. Department Agriculture,<br>Farm Service Agency<br>South Agriculture Building<br>1400 Independence Ave., SW<br>Washington, D.C.  20250<br>202-720-3467<br><br>                    Defendant.<br>ALSO SERVE:<br>Kenneth L. Wainstein<br>U.S. Attorney for<br>the District of Columbia<br>U.S. Attorney's Office<br>555 4th Street, NW<br>Washington, D.C. 20530<br><br>Alberto Gonzales<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530-0001 | Case No. 1:05CV01908<br><br>Judge:  Henry H. Kennedy |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGMENT OF TIME
WITHIN WHICH TO FILE OPPOSITION TO SUMMARY JUDGMENT**

NOW COMES Plaintiff, Multi Ag Media LLC ("Multi Ag Media"), and moves this Court to enlarge the time in which Plaintiff may file its Opposition to Defendant's Motion for

Summary Judgment and in which Defendant may file its Reply thereto. Multi Ag Media respectfully requests that the Court extend the time for filing of the Opposition to and including March 6, 2006, and extend the time of filing for Defendant's Reply to and including March 29, 2006. Consistent with the following, good cause exists for this motion:

1. Pursuant to Local Rule 7(b), Multi Ag Media's Opposition to Summary Judgment is currently due on February 27, 2006.

2. To prepare properly an Opposition and gather the appropriate responsive affidavits counsel for Multi Ag Media needs additional time.

3. Counsel for Defendant will be in trial from March 6, 2006 to March 15, 2006, and therefore, will also need additional time to prepare its Reply.

4. Therefore, Multi Ag Media requests this Court to extend the time for filing of its Opposition to and including March 6, 2006, and to extend the time for filing of Defendant's Reply to and including March 29, 2006.

5. Pursuant to Local Rule 7(m), counsel for Multi Ag Media has contacted counsel for the USDA and both parties agree that an extension of time is necessary.

For the foregoing reasons Multi Ag Media respectfully requests that this Court grant its Consent Motion for Enlargement of Time. A proposed order is attached hereto.

          Respectfully Submitted
          Multi Ag Media LLC
          by its attorneys
          KING & SPALDING LLP

          _____/s/_____
          James D. Miller, D.C. Bar #294370
          1700 Pennsylvania Ave., NW
          Washington, D.C. 20006
          (202) 737-0500
          jmiller@kslaw.com
          FAX: (202) 626-2902