IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC )<br>2516 Via Tejon, #303 )<br>Palos Verdes Estates )<br>California  90274 )<br>310-375-7353 )<br>            )<br>          Plaintiff, )<br>            )<br>v.          ) | Case No. 1:05CV01908<br><br>Judge:  Henry H. Kennedy |
| U.S. Department Agriculture, )<br>Farm Service Agency )<br>South Agriculture Building )<br>1400 Independence Ave., SW )<br>Washington, D.C.  20250 )<br>202-720-3467 )<br>            )<br>          Defendant. )<br>ALSO SERVE: )<br>Kenneth L. Wainstein )<br>U.S. Attorney for )<br>the District of Columbia )<br>U.S. Attorney's Office )<br>555 4th Street, NW )<br>Washington, D.C. 20530 )<br>            )<br>Alberto Gonzales )<br>Attorney General of the United States )<br>U.S. Department of Justice )<br>950 Pennsylvania Ave., NW )<br>Washington, D.C. 20530-0001 )<br>            )<br>            ) | |

**<u>ORDER</u>**

Upon consideration of Plaintiff, Multi Ag Media LLC's ("Mutli Ag Media"), Consent Motion for Enlargement of Time, it is hereby ORDERED that:

      1.      Multi Ag Media shall file its Opposition to Defendant's Motion for Summary Judgment by March 6, 2006.

      2.      Defendant, USDA, shall file its Reply to Multi Ag Media's Opposition by March 29, 2006.

DONE this the ___ day of February 2006.

_____
UNITED STATES DISTRICT JUDGE