IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————

| | |
|---|---|
| Multi Ag Media LLC | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:05CV-01908 |
| | ) |
| U.S. Department of Agriculture, | )    Judge: Henry H. Kennedy |
| | ) |
| | ) |
| Defendant. | )) |

———————————————————————

AFFIDAVIT OF WILLIAM E. NGANJE

—————————————

PERSONALLY APPEARED BEFORE ME, the undersigned officer duly authorized by law to administer oaths, WILLIAM E. NGANJE, who after being sworn stated of his personal knowledge as follows:

1. My name is William E. Nganje. I hold a Ph. D. in agricultural economics from the University of Illinois at Urbana-Champaign, and I am an Associate Professor of Agribusiness & Applied Economics at North Dakota State University in Fargo, North Dakota. I have been on the faculty of North Dakota State University since 1998. I have attached to this affidavit my current C.V.

1

2. **Data Needs for Effective Farm Policy Analysis and Subsidy Programs**

Farm-level data is needed to conduct economic analysis and to properly assess aggregate welfare impacts of federal subsidies. From an economic perspective, it is important to assess the benefits to society (welfare benefits) that ensue from the use of farm and farmer level data like those collected by Farm Service Agency of the United States Department of Agriculture (FSA-USDA) for two main reasons: a) there are always cost issues related to any sort of data release by farms or businesses and b) farmers receive federal subsidies that are direct tax payer monies. Detailed farm-level data play a pivotal role in designing effective farm policies, assessing the economic impacts of crop diseases, analyzing production efficiency, and to ensuring equity distribution of federal subsidies to large and small farmers. In recent years there have been contentious economic debates about fair distribution of farm subsidies, hinging on the fact that larger farms that are already wealthy receive the greater share of these subsidies (Allen, DeAnda, and Duesterberg, 2003; Baker and Reidl, 2002; Rield, 2001). Baker and Reidl noted that in the example of cotton growers in Arizona, 83 percent of the subsidy program income is distributed among farms with annual sales of $500,000 and above. It makes economic sense to release farm and farmer level data when subsidy benefits received by these farmers outweigh the costs to individual farmers. Studies have shown that most farmers are willing to provide farm-level data through incentive based surveys. These data are also needed to accomplish the goal of helping small farmers by analyzing strategies to evenly redistribute farm subsidies.

2

Farm-level data limitations pose major challenges and may cause biased empirical analysis or lead to faulty foundations on which farm policy are design. Studies have shown that truncating the upper one percent of a distribution can lead to entirely different inferences (Zanini et al., 2000; Xu, 2004; Poppe, 2004; Salois, Lavanis, and Moss, 2006). This situation is different from cases where there is no data. When data exist, the statistical and economic recommendation is to use the entire data to fit the appropriate distributions. One data point can imply the difference between a jump distribution like Poisson or Extreme value distribution and alternative specifications. Studies in the area of crop insurance, credit scoring, and order policy analysis have shown that limiting the distribution by not including all available data can lead to entirely different results. Excluding about 2 percent of the data can seriously bias policy toward helping farmers and providing greater welfare benefits to society as a whole.

The public's interest in farm-level crop, acreage and livestock data is significant in order to analyze economic problems relative to effective farm policies, assess the economic impacts of crop diseases, analysis production efficiency, etc. (Nganje et al., 2004). Economists go a great length to obtain detail data and I personally have emphasized the need for farm-level data in my research on analyzing direct and secondary economic impacts of a crop disease and other crop insurance usage by farmers. The cost of each researcher obtaining farm –level data through farmer surveys are extremely high for two main reasons: a) farmers get overwhelmed by having to respond to surveys all the time, b) individual researchers spend significant federal grant dollars to collect primary

data that only these individuals can use and federal grants continue to fund such micro data collection efforts. They are extremely costly to society as a whole. Releasing detailed farm level data may eliminate most of these costs to society, and welfare benefits will be significantly increased.

3.    **The Weak or Nonexistent Association between Farm-level Data and Financial Information of Farms**

Many economic variables are used to simulate financial information of farmers. It is not accurate to equate information about crops and acreage directly with financial information of farms. For example the assertion by Robin Wieland of the Department of Agriculture, in her affidavit (on page 22) that "the width of the space between rows of cotton or tobacco sheds light on the financial condition of the farmer" is not accurate. It is difficult to reveal critical farm's financial information entirely from the crop and acreage data requested by Multi Ag Media. For example, a farm's revenue is subject to market price variability, weather variability, technological changes, disease impacts, etc. Several other significant economic variables are needed to make an association between acreage, crops, soil type, livestock, etc. and the financial condition of any individual or married farm couple, and these other economic variables generally are not available for specific farms. The statement by Robin Wieland in her affidavit (on page 27, paragraph 53) that the public interest in disclosure of acreage data "would be nonexistent" because these data do not explain how FSA performs [its] functions or administered its programs" appears to be inaccurate.

4

Research on effective policy design and evaluation of proper functioning of FSA in administering its programs is an important element of determining the equity distributions of payments each farmer receives (similar argument on equity distribution of federal farm subsidy have been raised by Baker and Reidl). In section 4, I will discuss the welfare costs of farm programs and the need to reveal quality or detailed crop data.

4.     **Welfare Costs of Farm Subsidy Programs and Public Interest**

Farm subsidy programs cost tax payers billions of dollars annually. I have attached to this affidavit as an exhibit an excerpt from USDA's FY2007 Budget Summary, which shows the cost of these programs. In fiscal year (FY) 2005, FSA paid a net outlay of approximately $1.83 billion to farms under FSA's Conservation Reserve Program (CRP). These amounts are expected to increase to $1.99 billion and $2.09 billion in 2006 and 2007 (Farm and Foreign Agricultural Services). CRP enrollment total over 35 million acres at the end of 2005 with over 90 percent of the acreage having been enrolled under scheduled general signups. General signups of 2.5 million acres in 2006 and 4.9 million acres in 2007 are planned. Total CRP enrollment is projected to reach 36.3 million acres in FY2006 and 38.9 million acres in FY2007 (Farm and Foreign Agricultural Services). In FY2005, FSA paid an approximate total of $8.01 billion to farms under FSA direct and countercyclical payment program. This amount is scheduled to increase to $9.1 billion in FY2006. Approximately 1.9 million farms were enrolled in the DCP program in 2005. In FY2005 FSA paid a total of

approximately $21.5 billion to farms under the subsidy benefit program for commodities and conservation. These amounts are substantial taxpayer monies.

Farm-level data on acreage, crops, etc are needed to determine eligibility to receive these payments. With vigorous public debate that most of these payments are received by wealthy farmers, there is significant public interest to access farm data and evaluate efficient subsidy programs that will be equally beneficial to larger and smaller farmers. Obtaining quality and comprehensive farm level data from farms receiving FSA payments is the only means to analyze effective design of farm subsidy programs.

5. **Conclusion and Implications of Data Needed by Multi Ag Media LLC**

The data requested by Multi Ag Media LLC must be collected by FSA to evaluate effective farm policy design. It makes economic sense to release these data to Multi Ag Media to evaluate the contentious debate about even distribution of farm subsidies, especially as such subsidies amount to billions of dollars of tax payer monies. It will also be beneficial to release farm and farmer level data for public research and to significantly reduce federal grants dollars directed towards primary survey data collection.

6. **References**

Allen, Will, Eddie DeAnda, and Kate Duesterberg. "U.S. Cotton Sibsidies: Killing Farmers and Poisoning Consumers & the Earth," http://www.organicconsumers.org/clothes/willallen011505.cfm. Organic Farmers Association, 2003.

Baker, Ethan and Brian Reidl. "Largest Subsidies per Acre Go to Wealthy Cotton and Rice Grower." http://www.heritage.org/Research/Agriculture/BG1514.cfm. Research Agriculture, 2002.

Nganje, William, Dean Bangsund, Larry Leistritz, William Wilson, and Napoleon

6

Tiapo. "Estimating Regional Economic Impacts of Fusarium Head Blight in Wheat and Barley." *Review of Agricultural Economics,* Vol.26, No.3 (Fall):332-347, 2004.

Poppe Krijn. "Pacioli 11; New Roads for Farm Accounting and FADN." Report No. 8.04.01. Agricultural Economics Research Institute (LEI), 2004.

Reidl, Brian. "The Cost of America's Farm SubsidyBinge: An Average of $1 Million Per Farm," Heritage Foundation Backgrounder No. 1510, December 10 2001, p. 6.

Salois, Matthew, Grigorios Livanis, and Charles Moss. "Estimation of Production Functions Using Average Data." Selected Paper, Southern Agricultural Economics Association, Orlando, 2006.

Xu, Zhiying. "What Can We Infer About Farm-level Crop Yield PDF's From County-level PDF's." Plan B Paper, Department of Agricultural Economics, Michigan State University, 2004.

Zanini, Fabio, Scott Irwin, Gary Schnitkey, and Bruce Sherrick. "Estimating Farm-level Yield Distributions for Corn and Soybean in Illinois." Selected Paper, AAEA Annual Meeting, Tampa Florida, 2000.

William E. Nganje

SUBSCRIBED & SWORN TO
BEFORE ME, this 3rd day of March, 2006

Notary Public

J B SWANK
Notary Public
State of North Dakota
My Commission Expires Mar. 16, 2011

7

# EXHIBIT

**Case No. 1:05-CV-01908**

VITA

## WILLAM E. NGANJE

**BUSINESS ADDRESS**
North Dakota State University
Department of Agribusiness and Applied Economics
221D Morrill Hall
P.O. Box 5636
Fargo ND, 58105
Phone: (701) 231-7459
Fax:    (701) 231-7400
Email: wnganje@ndsuext.nodak.edu

**HOME ADDRESS**
761 48th Street SW
Fargo ND, 58103
(701) 281-5037 (Home)
(701) 799-9141 (Cell)

## EDUCATION:

**Doctorate Degree:** Agricultural Economics
Major Areas: Agribusiness Management and Agricultural Finance
University of Illinois at Urbana-Champaign, May 1998.

Dissertation: "Economic Efficiency Analysis of Mandatory HACCP Regulation in the U.S. Meat Processing Industry."

**Five Year Professional Degree**: "Ingenieur Agronome"
Major Area: Agricultural Economics
University of Dschang, Cameroon, 1990
Bilingual: French and English.

Thesis: "Productivity Analysis of Yam (Dioscorea spp) Production in Fako Division of Cameroon."

**Certificate:** Risk Analysis
Graduate School, United States Department of Agriculture, 1999
Area: Risk Analysis

## PROFESSIONAL EXPERIENCE:

**Associate Professor of Agribusiness and Applied Economics,** 06/05-Current
**Assistant Professor of Agribusiness and Applied Economics,** 10/98-06/05
**North Dakota State University**
    **Teaching Responsibility (50% of Appointment)**
    **Undergraduate Courses:**
        Intermediate Agricultural Finance (AGEC. 346): Project Analysis, Risk Measurement and Management Tools in Agribusiness Finance
    **Capstone Courses (for undergraduate and graduate students):**
        Teach one section of Agribusiness Finance Capstone Course (AGEC 446/646): Firm Structure, Strategic Management and Planning.
        Co-teach: Economic, Epidemiology, and Regulatory Issues in Food Safety (SAFE

470/670) and Food Safety Practicum (SAFE 480/680).  Course coordinator.

**Graduate Courses:**
Agribusiness Finance I (AGEC 746): Advanced Topics in Risk Measurement and Management in Agribusiness Finance.

**Advising:**
*Undergraduate*:
10 seniors (1 University Studies and 9 Agribusiness and Applied Economics), 7 juniors and 1 sophomore (all Agribusiness and Applied Economics).

McNair advisor for Thomas Taban 2000 - 2003.

*Graduate*:
*Ph.D. Student Graduated as Committee Member*: Steven Venette (Thesis Area: Food Safety Risk Communication).
*Ph.D. Student Currently Advising*: Isaac Triebold – Co Major Advisor (Thesis Area: Animal Disease and Food Safety Risk).
*Ph.D. Student Currently Serving Dissertation Committee:* Chantal Nde (Thesis Area: Food Safety Risk Analysis).
*Ph.D. Student Currently Serving Dissertation Committee:* Dybing, Alan (Transportation and Logistics).

*MSc. Thesis Students Graduated as Major Advisor*: Gwen Stoltman, Brad Streifel, Napoleon Tiapo, Mary Fredrichson, Michael Orth, Alexandre Sorin, and Alisher Umarov (co-advisor), Mounir Siaplay, Gretchen Johnson, Jean Chancel Akono, Helene De Chastenet and Jennifer Mathern (co-advisor Agribusiness and Applied Economics and Food Safety).

*MSc. Thesis Students Graduated as a Committee Member Advisor*: Yuhuan Li, Robert Wagner, Moon Sang, Lui Linda, Philip Fischer, Jeremy Mattson, Jung Jione, Brett Maxwell, Eric Jabs, Del Peterson, Cullen Hawes, Osowski Nicholas, Pam Olah (Food Safety), Ryan Anderson, Scott Huso and Benjamin Henry.

*MSc. Thesis Currently Advising as Major Advisor:* Linda Lehrke and Andrew Lewis

*MSc. Thesis Currently Advising as Committee Member*: Ian Flagg, Lilian Nangoh (Food Safety) and Scott Hovde.

**Research Responsibility (50% of Appointment)**
Economics of food safety and agribusiness finance.  Specific research areas are food safety and financial risk analysis, and economic/market impact, performance, and policy analysis.

2

**Outreach/Service:**
> Review value-added and feasibility grants for the USDA-VADG Program.  Provide training on financial management strategy to New Generation Cooperatives board members and management. Actively involved in recruiting students for NDSU. Provide short courses on diverse agribusiness finance topics to USDA-Sponsored International Programs and to the Tri-College (e.g., "The African Debt Crisis" and "Food Safety Risk Analysis").

**01/93 - 10/98  Graduate Teaching and Research Assistant**
**University of Illinois**
> Responsibilities: Assisted in teaching ACE 100 (Econ. of Resources, Agriculture & Food), Spring 1996; tutor ACE 368 (Strategic Marketing), Fall 1996; tutor ACE 362 (Applied Regression Analysis) Fall 1997; tutor Econ 300 (Intermediate Micro-economics), Spring 1998.  Assisted in food safety research projects to analyze the feasibility and efficiency of food safety systems.

**06/90 - 01/93  Agricultural Economist, Root and Tubers Research Project**
**Cameroon Institute of Research and Development**
> Responsible for collecting benchmark data on productivity in root and tuber producing regions in Cameroon, performed data management tasks, conducted productivity analysis of root and tuber crops, and evaluated the feasibility of biotechnology and "tissue cultures" for the production and commercialization of quality planting materials.

**OTHER EXPERIENCE:**

06/01-04   Consulting Service: Food Service Agency- EU, USDA-Value Added 2004 Grant Program, World Bank, Expert Witness - Legal Consulted on grain quality marketing issues and Food and Agriculture Organization (FAO) of the UN.

01/00-04   Board of Directors, Northland Educators Credit Union
One of three members in the Policy Review Committee, responsible for developing a risk based pricing scheme for the Credit Union.

01/2002   Member of TOCAR Training Team, NDSU.  Train our campus against racism initiative. North Dakota State University.

03/2002   North Dakota State University Senator, (three year term).

06/2000   Advisor to three student groups: Agribusiness Club, Farm- House Fraternity, and Black Student Organization at North Dakota State University.

**PROFESSIONAL ORGANIZATIONS:**
- American Agricultural Economics Association.
- Western Agricultural Economics Association
- Western Agricultural Economics Association-72, Secretary 2005/2006.

- International Agribusiness Management Association.
- Canadian Agricultural Economics Association.
- NC-1014 Regional Project with Agricultural Finance Emphasis.
- AAEA Food Safety Emphasis Group.
- WCC-72 Regional Project with Agribusiness Emphasis.
- ESCOP-ECOP Food Safety Task Force.

## PROFESSIONAL AWARDS:

**Excellence in Teaching Award, Western Agricultural Economics Association, 2005,** less than 10 years experience.

**Outstanding Advisor Award for Excellence in Advising**
Agribusiness Club, North Dakota State University, April 2005.

**Earl and Dorothy Foster Excellence in Teaching Award,  January 2004.**
College of Agriculture, Food Systems, and Natural Resources, North Dakota State University.

**Nominated for the American Agricultural Economics Association award for Excellence in Teaching, 2005,** less than 10 years experience.

**Outstanding Advisor Award for Excellence in Advising**
Agribusiness Club, North Dakota State University, April 2002.

**Tapestry of Diverse Talents Award for Outstanding Service**
North Dakota State University, December 2001.

**Apple Polisher Award for Service and Teaching Excellence**
North Dakota State University, February 2001.

**Outstanding Graduate Student Award**
Department of Agricultural and Consumer Economics, University of Illinois, May 1998.

**Dekalb Fellowship Award**
Graduate Fellowship from Dekalb Illinois, 1997 - 1998.

**Graduate Fellowship Recognition Award**
Illinois Chapter of GAMMA SIGMA DELTA, The Honor Society of Agriculture in recognition of outstanding academic achievement, November 13, 1997.

**ROTREP Fellowship Award**
University of Maryland Eastern Shore, Alabama A&M, and Florida A&M University. Two-year graduate scholarship to study at the University of Illinois, 1/1993-1/1995.

**ROTREP Award for Excellence in Research**

Award for excellence granted by the Roots and Tubers Research Project and the Government of Cameroon, 1992.

## FUNDED GRANTS:

- William, Wilson, **William Nganje,** and Bruce Dahl. *Marketing Mechanisms to Facilitate Commercialization of Genetic Modified Grains: Test Tolerances, Segregation, Traceability and Contracting.* UDSA-NRI ($137,526), TIN # 45-6002439, 2005-2008.

- Department of Home Land Security Grant to *Establish Center for Excellence in Food Protection,* University of Minnesota, Michigan State University, University of Wisconsin, and North Dakota State University ($15,000,000; Co-Principal Investigator at NDSU with share averaging about $107,000 per year), 2004-2007.

- Logue Catherine, Lisa Nolan, **William Nganje**, Tim Selnow, and Verlin Hinsz. *Food Safety Risk Assessment*, USDA-TE 2003-06068 ($1,300,000; Co-Principal Investigator with share about $122,000 annually), 2003-2006.

- Logue Catherine, Lisa Nolan, **William Nganje**, Tim Selnow, and Verlin Hinsz. *Food Safety Risk Assessment*, USDA-CSREES # 45-6002439 ($748,289; Co-Principal Investigator), 2002-2004.

- **Nganje, William**, William Wilson, and Larry Leistritz. *Economic Impact of Fusarium Head Blight in Wheat and Barley*, USDA-ARS ($29,576; Lead Principal Investigator), 2002-2003.

- **Nganje ,William**, and William Wilson. *Economic Impact of Fusarium Head Blight in Wheat and Barley Under Alternative Risk Management Strategies*, USDA-ARS ($29,331; Lead Principal Investigator), 2001-2002**.**

- **Nganje ,William.** William Nelson, and Frayne Olson. *Equity Management Issues in New Generation Cooperatives*, USDA Agreement No. RBS-00-13. (($50,000; Lead Principal Investigator), 09/2000-09/2002.

- **Nganje ,William.** *Food Safety Distance Education*, NDSU, $3,500, 2001.

- **Nganje, William**, Demcey Johnson, William Wilson, and Larry Leistritz. *Economic Impact of Fusarium Head Blight in Wheat and Barley.* USDA Agreement No. 59-0790-0-075. ($34,146; Lead Principal Investigator). 04/2000-04/2001.

- Nelson, William, **William Nganje,** and Frayne Olson. *Financial Strategy for New Generation Cooperatives.* UDSA-ARS ($77,000; Co-Principal Investigator), 03/1999-03/2001.

- Nolan, Lisa, Catherine Logue, **William Nganje,** Patricia Jensen, J.J. Haggart, Monisha

Bhattacharya, J. Garden Robinson, E. Holm, S.M. Horne, G. Lardy, M. Marchello, S. Panigrahi, M. Robinson, J. Schwarz, C. Stoltenow, C. Wolf-Hall. *Filling the Food Safety Expertise Gap: The Great Plains Summer Institute*. CFDA No.10.217, Higher Education Challenge Grants Program. ($90,000; Co-Principal Investigator), 12/1998-06/2001.

- **Nganje , William.** *National Alliance of Food Safety Support Grant*, $4,000, 1999-2000.

- Koo, Won, Demcey Johnson, and **William Nganje**. *Economic Analysis of the Proposed North Dakota Wheat Pool*. North Dakota Industrial Commission, and North Dakota Farmers Union. ($50,000; Collaborator). 1998-1999.

- **Nganje, William.** President's Faculty Development Travel Grant, NDSU, $1,000, 1999.

- **Nganje, William**. President's Faculty Development Travel Grant, NDSU, $1,000, 2000.

- **Nganje, William.** President's Faculty Development Travel Grant, NDSU, $1,000, 2002.

## PROFESSIONAL SERVICE:
### *Reviewed for*
- American Journal of Agricultural Economics
- Canadian Journal of Agricultural Economics
- Agricultural Finance Review
- Journal of International Trade and Development
- American Agricultural Economics Association.
- Western Agricultural Economics Association.
- International Agribusiness Management Association.
- USDA-NRI Food Safety and Markets and Trade Grants.
- USDA-Value-added Agricultural Marketing Grant Program.

## PUBLICATIONS:
*Journal Articles (Peered Reviewed)*
- William Wilson, **William Nganje,** and Robert Wagner. **"**Strategic Hedging for Grain Processors." Accepted for Publication, *Canadian Journal of Agricultural Economics,* December 1, 2005.

- **William E. Nganje**, Mounir Siaplay and Simeon Kaitibie. "Predicting Food Safety Losses in Turkey Processing and Economic Incentives of HACCP Intervention." Accepted for Publication, *Agribusiness An International Journal,* October 16, 2005.

- **Nganje, William**, Simeon Kaitibie and Alexandre Sorin. "HACCP Implementation and Economic Optimality in Turkey Processing." Special Issue of *Agribusiness, An International Journal* (Accepted for Publication, March, 2005).

- Calum Turvey, Cesar Escalante, and **William Nganje.** "Developments in Portfolio Management and Risk Programming Techniques for Agriculture." *Review of Agricultural*

*Finance* (Accepted for Publication in Special Issue, May, 2005).

- Miljkovic, Dragan, **William Nganje**, and Helene de Chastenet. "Economic factors Affecting the Increase in Obesity in the United States: The Differential Response to Price," *Canadian Journal of Agricultural Economics* (Accepted for Publication in May of 2005).

- Julie Novak, Timothy Sellnow, Steven Vennette, and **William Nganje**. "Perceptions of Risk Communication Messages: Applications in a Food Processing Environment." In Print, *Food Protection Trends*, September, 2005

- Cole Gustafson and **William Nganje**. "Value of Social Capital to Mid-sized Northern Plains Farms," In Print, *Canadian Journal of Agricultural Economics* (Accepted for Publication in October of 2005).

- **William Nganje** and Simeon Kaitibie, and Thomas Taban. "Multinomial Logit Model Comparing Consumers and Processors' Risk Perception of Specialty Meats." *Agribusiness, An International Journal,* Vol. 21, No 3 (Summer 2005).

- Dahl, Bruce, William Wilson and **William Nganje**. "Stochastic Analysis of Variety Selection and Release Decision." *Journal of Agricultural and Resource Economics.* Vol. 29, No. 1 (April): 94-111, 2004.

- **Nganje, William**, Dean Bangsund, Larry Leistritz, William Wilson, and Napoleon Tiapo. "Estimating Regional Economic Impacts of Fusarium Head Blight in Wheat and Barley." *Review of Agricultural Economics,* Vol.26, No.3 (Fall):332-347, 2004**.**

- **Nganje, William,** William Wilson, and James Nolan. "Terrorism and the Grain Handling System in Canada and the United States." *Current Agriculture, Food & Research Issues, A Journal of the Canadian Agricultural Economics Society.* Number 2/2001/p. 37-48, 2004.

- **Nganje, William** and Demcey Johnson. "Economic Impacts of Fusarium Head Blight in Malting Barley: Blending Margins and Firm-Level Risks." *Current Agriculture, Food & Research Issues, A Journal of the Canadian Agricultural Economics Society.* Number 4/2001/ p.16-26, 2003.

- **Nganje, William**, Frayne Olson, Brad Steifel, and William Nelson. "Financial Allocation Strategy for New Generation Cooperatives." *Cooperative Accounting*, Vol. 3 LV, (3): 39-47, Fall 2002.

- Schuck, Eric, **William Nganje** and Yantio Debazou. "The Role of Land Tenure and Extension Education in the Adoption of Slash and Burn Agriculture." *Ecological Economics*, Vol. 43(1):61-70, 2002.

- **Nganje, William**, Eric Schuck, and Charles Okibo. "An Economic Analysis of

7

Information, Education, and Communication (IEC) in Adoption of Slash and Burn Agriculture." *Journal of African Communication and Development*, Vol 4, Number 1 (Winter):136-158, 2002.

- DeVuyst Eric, Demcey Johnson, and **William Nganje. "**Representation of Multi-Attribute Grain Quality." *Journal of Agricultural and Resource Economics*, 26(1):275-290, 2001.

*Book Chapters, Extension, and Web Based Publications (Peered Reviewed)*

- **Nganje, William.** "Sustainable Development of Africa: The Debt Crisis" Book Chapter, *The Future of African Development*. Edited by Charles Okibo and Festus Eribo. Cowan and Littlefield, Fall 2002.

- **Nganje, William**, and M. Mazzocco. "Economic Efficiency Analysis of HACCP in the U.S. Red Meat Industry." Book Chapter, *The Economics of HACCP: Costs and Benefits.* Edited by Laurian Unnevehr, Eagan Press. pp. 241-265, 2000.

- **Nganje, William.** "Crop Insurance for FHB Quality Losses in Barley," *FHB Focus* Vol 4(3):4, 2002.

- **Nganje, William.** "Economic Impact of FHB in Wheat and Barley," *FHB Focus* Vol 2(1):1-3, 2001.

- Acquah, E. .T. and **William E. Nganje**. 1994. An Economic Examination of Constraints and Opportunities in Yam (DIOSCOREA SPP.) Production in Fako Division, Cameroon. Acta. Hort.(ISHS)380:367-372, http://www.actahort.org/books/380/380_57.htm.

- Acquah, E.T. and **William E. Nganje**. 1994. The Economics of Yam (DIOSCOREA SPP.) Production in Cameroon: The Case of Fako Divison. Acta Hort.(ISHS)380:373-377, http://www.actahort.org/books/380/380_58.htm

*NewsLetter Articles*

- **Nganje, William.** "Proper HACCP Implementation will make a Good Tool Better." *AgWeek Magazine*, October 28, pg. 25, 2002.

- The Forum. "Crop Disease Costly." August 10, p. C1 and C3, 2004.

*Refereed manuscripts currently under review or rewrite*

- Simeon Kaitibie, **William Nganje,** Wade Brorsen, and Francis Epplin "A Cox Parametric Bootstrap Test of the von Liebig Hypothesis." Second Review, *Canadian Journal of Agricultural Economics,* July 2005.

- **William Nganje**, Robert Hearne, Cole Gustafson and Michael Orth. "Farmers'

Preferences for Alternative Crop and Health Insurance Subsidies." Paper Submitted to the *Review of Agricultural Economics.*"  December, 2005.

• Miljkovic, Dragan and **William Nganje** "Economic factors Affecting the Increase in Obesity in the United States: A Myopic Addiction Model." Paper Submitted to the *European Review of Agricultural Economics.*"  October, 2005.

• **William E. Nganje**, Simeon Kaitibie, Cheryl Wachenheim and Gretchen Johnson. "Willingness to Pay for Bread Marketed as Low-Carbohydrates Bread." Paper Submitted to the *Canadian Journal of Agricultural Economics.*"  October, 2005.

• **Nganje, William**, and Cole Gustafson. "Impact of Quality and Risk Aversion on Crop Insurance Decisions." Rewrite for second review, *Review of Agricultural Finance.*

• **Nganje, William**, Chacel Akono, Simeon Kaitibie and Cole Gustafson. "Investors' Expectation of NGCs and LLCs Equity and their Impact on Realized Rate of Return." Paper to be Submitted to the *American Journal of Agricultural Economics.*"  March, 2006.

• William Wilson, **William Nganje** and Cullin H. "Value at Risk for Grain Processing Firms." Case Study Paper Submitted to the *Review of Agricultural Economics.*" February, 2005.

• **Nganje, William**, Cheryl Wacheinhem and William L. "Multinomial Logit Models Evaluating Perceived Risks and Consumption of GM Foods." Paper to be Submitted to the *Journal of Agricultural and Resource Economics.*" March, 2006.

• Agnes Lyonga, **William Nganje,** Timothy Sellnow, Simeon Kaitibie and Steven Vennette. "Human Factor Risk in Turkey Processing and High Reliability Culture." Paper Submitted to *Food Protection Trends*, January, 2005.

*Published Abstracts*

• **William Nganje** and Michael Mazzocco. " The Impact of HACCP on Factor Demand and Output Supply Elasticities of Red Meat" *Journal of Agricultural and Resource Economic*s. December, 2003.

• **Nganje, W. E.**, Tiapo Napoleon, and William Wilson. "Crop Insurance Under Quality Uncertainty," *Journal of Agricultural and Resource Economics*, Vol. 26, December 2001.

• **Nganje, William**, Won Koo, Demcey Johnson, Joon Park and Richard Taylor "Efficiency of U.S. Canada Wheat Pool: A Game Theory Analysis." *Journal of Agricultural and Resource Economic*s, Vol. 25: 724, December 2000.

• Johnson Demcey, Eric DeVuyst, and **William Nganje**, "Supply-Side Risks and Malting

Barley Procurement and Storage." *Journal of Agricultural and Resource Economics*, Vol. 25: 731, December 2000.

- **Nganje, W. E.** and Gwen Stoltman. "Price Variability and Financial Risk for Sugar Beet Growers." *Journal of Agricultural and Resource Economics*, Vol. 25: 721, December 2000.

- **Nganje, W. E.** " A Framework for Analyzing Economic Effectiveness of HACCP." *Journal of Food Control*, December 2000, Pg 27.

- **Nganje, William**. "Efficient Quantitative Risk Assessment of Jump Processes: Implications for Food Safety." *Journal on Food and Microbiology*, December 1999.

*Departmental Reports*

- Chacel Akono, **William Nganje**, Simeon Kaitibie and Cole Gustafson. "Investors' Expectation of NGCs Equity." Agribusiness and Applied Economics Report No. 577, North Dakota State University, December, 2005.

- Mounir Siaplay, **William E. Nganje** and Simeon Kaitibie. "Value-at-Risk and Food Safety Losses in Turkey Processing." Agribusiness and Applied Economics Report No. 557, North Dakota State University, March, 2005.

- **Nganje, W. E.**, Simion Katibie, William Wilson, Larry Leistritz, Dean Bangsund, and Napoleon Tiapo. "Economic Impact of Fusarium Head Blight in Wheat and Barley: 1993-2001," Agribusiness and Applied Economics Report No. 538, North Dakota State University, July, 2004.

- **William Nganje** and Simeon Kaitibi. "Food Safety Risk Perception and Consumer Choice of Specialty Meats." Agribusiness and Applied Economics Misc. Report No. 193, North Dakota State University, April, 2003.

- Wilson, William W., Robert Wagner, and **William Nganje**. *Strategic Hedging for Grain Processors.* Agribusiness and Applied Economics Report No. 479, North Dakota State University, January, 2003.

- **Nganje, William.** Napoleon Tiapo, and William Wilson. "Economic Impact of Scab with Alternative Risk Management Strategy: The Case of Crop Quality Insurance in Barley." Agribusiness and Applied Economics Report No. 498, North Dakota State University, September 2002.

- Wilson, William W., Robert Wagner, and William Nganje. "Strategic Hedging for Grain Processors." Agribusiness and Applied Economics Report No. 479, North Dakota State University. July 2002.

- **Nganje, W. E.**, Demcey Johnson, William Wilson, Larry Leistritz, Dean Bangsund, and

Napoleon Tiapo. "Economic Impact of Fusarium Head Blight in Wheat and Barley: 1998-2000," Agribusiness and Applied Economics Report No. 464, North Dakota State University, October, 2001.

- Bruce Dahl, William Wilson, Demcey Johnson and **Nganje, W. E.**, "Valuation of New Spring Wheat Varieties: Tradeoffs for Growers and End-users" Agribusiness and Applied Economics Report No. 473, North Dakota State University, December, 2001.

- Bruce Dahl, William Wilson, Demcey Johnson and **Nganje, W. E.**, "Valuation of New Spring Wheat Varieties: Tradeoffs for Growers and End-users" Agribusiness and Applied Economics Report No. 473-S, North Dakota State University, December, 2001.

- **Nganje, W. E.**, Eric Schuck, Yantio Debazo, and Emmanuel Acquah. "Farmer Education and Adoption of Slash and Burn Agriculture," Agribusiness and Applied Economics Report No. 190, North Dakota State University, November, 2001.

- Johnson, Demcey and **William Nganje**. "Impacts of DON in the Malting Barley Supply Chain: Aggregate Costs and Firm-Level Risks." Agricultural Economics Misc. Report No. 187, April 2000.

- Won Koo, Nganje, William, Demcey Johnson, Joon Park and Richard Taylor Agricultural Economics Report No. 410. "Economic Analysis of the Proposed North Dakota Wheat Pool." December 1998.

- Won Koo, **Nganje, William**, Demcey Johnson, Joon Park and Richard Taylor Agricultural Economics Report No. 410-S. "Economic Analysis of the Proposed North Dakota Wheat Pool." December 1998.

*Staff Papers*

- **Nganje, W. E.**, Won Koo, Joon Park, and Richard Taylor. "Operational Efficiency of U.S. and Canadian Wheat Pool: A Game Theory Analysis." Staff Paper Series N0. 01001, December 2000.

- **Nganje, William**. "Efficient Quantitative Risk Assessment of Jump Processes: Implications for Food Safety." Staff Paper Series No. 99006, Department of Agricultural Economics, North Dakota State University. October 1999.

- **Nganje, William** and Michael Mazzocco. "Food Safety Regulations, Product Pricing, and Profitability: The Case of HACCP." Staff Paper Series No. 99002, Department of Agricultural Economics, North Dakota State University. June 1999.

- **Nganje, William** and Michael Mazzocco. "Risk Implications of HACCP for Small Businesses." Staff Paper Series No. 99009, Department of Agricultural Economics, North Dakota State University. September 1999.

11

*Conference Proceedings and other Publications*

- **Nganje, William E**. "The Role of Ph.D Agribusiness in Addressing Faculty Needs." WCC-72 Proceedings, Las Vegas, June 2002.

- **Nganje, William**, Dean Bangsund, Larry Leistritz, William Wilson, and Napoleon Tiapo. "Estimating the Economic Impact of Crop Disease." Proceedings of 2002 National Fusarium Head Blight Forum, Erlanger, KY, December 7-9, 2002.

- **Nganje, William**, Napoleon Tiapo, and William Wilson. "Crop Insurance Under Quality Uncertainty," Proceedings, WAEA, Logan Utah, July 2001.

- **Nganje, William,** and Gwen Stoltman. "Price Variability and Financial Risk for Sugar Beet Growers." Proceedings, WAEA Annual Meetings, Vancouver, Canada, June 29-30, 2000.

- **Nganje, William,** Brad Stiefel, Frayne Olson, William Nelson, and Cheryl DeVuyst. "Financial Management Strategy of New Generation Cooperative Under Alternative Risk Considerations." Proceedings, NC-221 Regional Meetings, Minneapolis FED, October 1-3, 2000.

- **Nganje, William.** "A Framework for Analyzing Economic Effectiveness of HACCP." Proceedings, The International Conference on HACCP Objectives, Washington DC, December 3-5, 2000.

- Logue Catherine, Lisa Nolan, **William Nganje**, Janice Haggart, M. Bachatarya, N. Bratanich, W. Coleman, J. Garden Robinson, E. Holm, S.M. Home, P.A. Jensen, G. Lardy, M. Marchello, S. Panigrahi, M. Robinson, J. Schwarz, T. Sellnow, C. Stoltenow, C. Wolf-Hall. "Addressing the Food Safety Expertise Gap: Development of a Food Safety Minor." Proceedings, The Second NSF International Conference on Food Safety, Savannah, Georgia, October 11-13, 2000.

- ECOP/ESCOP Report on the *Voids in Teaching, Research, and Extension in Food Safety.* http://www.escop.msstate.edu/committee/foodrpt.pdf. Prepared sections on "Risk Assessment and Higher Education Strategies," 2001.

- **Nganje, William.** "Efficient Quantitative Risk Assessment and the Value of Risk Reduction of DON: Implications for the Quality of Malting Barley." Proceedings, Annual Meeting on The Economics of Quality Control in Agriculture. University of Saskatchewan at Saskatoon, Canada, web-based publication, December 2-4, 1999.

- **Nganje, William**, and M. Mazzocco "Shutdown Risk of Small Meat Processors and Packers Under Regulated HACCP Systems: A Poisson and Stochastic Simulation Approximation." Proceedings for the NE-165 Conference on The Economics of HACCP: Costs and Benefits. web-based publication, August 1998.

- **Nganje, William,** E.T. Acquah, A. Nnoung. "Economic Evaluation of Production

12

Factors, Formal and Informal Education, and Food Security in Africa: The Case of Cameroon." Proceedings for the International Education Society, web-based publication, May 1998.

- **Nganje, William.** "Small Agribusiness Financing in Africa: Lending Technologies, Theories, and Practical Applications." Invited paper and web-based publication by the Center for African Studies, University of Illinois, June 18-19, 1998.

- **Nganje, William.** "Hazard Analysis of Critical Control Points Cost of Small Meat Packing Plants: Summary of Survey Results." Working Paper Series No. 970527. FAM Program, University of Illinois, 1997.

- **Nganje, William.** "Hazard Analysis of Critical Control Points (HACCP): A Simulation Approach to Characterize Uncertain Cost for Small and Large Meat Packers of Processors in Illinois." Unpublished memo, Department of Agricultural and Consumer Economics, University of Illinois, December 1995.

- **Nganje, William**, E.T. Acquah, A. Nnoung, and J-C. Boua. "The Possibilities of Biotechnology for Increasing Household Production of Cassava for Food Security in Africa: The Case of N.W. Cameroon. Root Crops for Food Security in Africa." Proceedings of the Fifth Triennial Symposium of the International Society for Tropical Root Crops - Africa Branch, held at Kampala, Uganda, November 22-28,1992.

- **Nganje, William**, E.T. Acquah, A. Nnoung, and J-C. Boua. "Productivity Analysis of Sweet Potato in the Northwest Province of Cameroon. Sweet Potato Situation and Priority Research in West and Central Africa." Proceedings of the workshop held in Douala, Cameroon, Center for Inter. Potato Research (CIP), July 27-29, 1992.

**Presentations at Professional Meetings**

- **Nganje, W. E.**, Simion Katibie, William Wilson, Larry Leistritz, Dean Bangsund, and Napoleon Tiapo. "Economic Impact of Fusarium Head Blight in Wheat and Barley: 1993-2001." *Invited Paper*, Annual Meeting of American Association of Chemist, June 2005, Kansas City MO.

- **Nganje, William**, Kaitibie, S. and Sorin. "HACCP Implementation and Economic Optimality in Turkey Processing." *Invited Paper*, Workshop on Economic Measures of Intervention, University of Massachusetts at Amherst, January, 2005.

- **William E. Nganje**, Mounir Siaplay and Simeon Kaitibie. "Predicting Food Safety Losses in Turkey Processing and Economic Incentives of HACCP Intervention." *Selected Paper,* to be Presented at the American Agricultural Economic Association, Providence, RI, July 2005.

- **William E. Nganje**, Simeon Kaitibie, Cheryl Wachenheim and Gretchen Johnson. "Willingness to Pay for Bread Marketed as Low-Carbohydrates Bread." *Selected Paper*,

13

Presented at the Western Agricultural Economic Association- 72, Las Vegas Nevada, June 2005.

- William Nganje, Robert Hearne, Michael Orth, and Cole Gustafson. "Demand for Whole Farm Insurance Products." Selected Paper for Presentation at the NC-221, Regional Committee on Agricultural Finance, Chicago, IL October, 2004.

- William Nganje, Robert Hearne, Michael Orth, and Cole Gustafson. "Using Choice Experiments to Elicit Farmers Preferences' for Crop and Health Insurance." *Selected Paper* for Presentation at the AAEA Annual Meeting, Denver Colorado, August, 2004.

- **William Nganje,** Steven Venette, Simeon Kaitibie, and Timothy Sellnow. "Marginal Impacts of High Reliability Organization on Pest and Disease Entry Risk at U.S. Ports." *Selected Paper* for Presentation at the CAES Annual Meeting, Halifax Canada, June, 2004.

- **William Nganje** and Simeon Kaitibie. "Risk Perception and Consumers Choice of Specialty Meats: A Distribution of Frequency Method." *Selected Paper* for Presentation at the Joint AAEA and CAES Annual Meeting, Montreal Canada, July 2003.

- **William Nganje** and Michael Mazzocco. " The Impact of HACCP on Factor Demand and Output Supply Elasticities of Red Meat. *Selected paper*. Presented at the WAEA Annual Meeting in Denver Colorado. June 15, 2003.

- Simeon Kaitibie and **William Nganje**. "Optimal Grazing Pressure under Output Price and Production Uncertainty with Alternative Functional Forms." *Selected Paper* for Presentation at the Joint AAEA and CAES Annual Meeting, Montreal Canada, July 2003.

- **William Nganje,** William Wilson, and James Nolan. "Terrorism and the Grain Handling System in Canada and the United States." *Principle Session Paper* for Presentation at the Joint AAEA and CAES Annual Meeting, Montreal Canada, July 2003.

- **William Nganje** and Thomas Taban**.** "Food Safety Risk Perception Gap Between Processors and Consumers." *Selected Paper* Presented at the Western Coordinating Committee on Agribusiness, WCC-72 Annual Meeting, Las Vegas California, June 2003.

- **William Nganje** and Simeon Kaitibie. "Optimal Stocking Density and Food Safety Risk in Steer Production Enterprise." *Selected Paper* Presented at the Western Coordinating Committee on Agribusiness, WCC-72 Annual Meeting, Las Vegas California, June 2003.

- **Nganje, William**. "The African Debt Crisis." Tri-College World Series Seminar, organized by Moorhead State University, January 2002.

- **Nganje, William**. "Oversight in Crop Quality Insurance." Extension Conference, Fargo, January 2002.

- **Nganje, William**. "Cost Effective Intervention Strategy for GMO Wheat." Department of Cereal Science, North Dakota State University, April 2002.

- **Nganje, William.** "The Role of Ph.D. Agribusiness in Addressing Faculty Needs." WCC-72. Proceedings, Las Vegas, Nevada, June 2002.

- **Nganje, William**. "Food Safety Risk Perception and Consumer Choice of Specialty Meats." Agribusiness and Applied Economics Department presentation, September 2002.

- **Nganje, W. E.**, Napoleon Tiapo, and William Wilson. "Crop Insurance Under Quality Uncertainty." Selected paper, WAEA, Logan Utah, July, 2001.

- Neal Hooker and **William Nganje**, "Interdisciplinary Food Safety Training: The Role of Economics", Selected Paper presented by Hooker at the Third International Food safety Conference, Guadalajara, Mexico, November 9-10, 2001.

- **Nganje, W. E**. and Gwen Stoltman. "Price Variability and Financial Risk for Sugar Beet Growers." Selected Paper for the WAEA Annual Meetings, Vancouver, Canada, June 29-July 3, 2000.

- **Nganje, W. E.**, Won Koo, Demcey Johnson, Joon Park, and Richard Taylor. "Operational Efficiency of U.S. Canada Wheat Pool: A Game Theory Analysis." Selected Paper for the WAEA Annual Meetings, Vancouver, Canada, June 29-July 3, 2000.

- Johnson Demcey, Eric DeVuyst, and **William Nganje**. "Supply-Side Risks and Malting Barley Procurement and Storage." Selected Paper for the WAEA Annual Meetings, Vancouver, Canada, June 29-July 3, 2000.

- **Nganje, W. E**. and Mazzocco, Michael. "HACCP, Firm Level Food Safety Liability, and Economic Efficiency." Selected Paper presented at the AAEA Annual Meeting, Tampa FL, July 30-August 2, 2000.

- **Nganje William**, Brad Stiefel, Frayne Olson, William Nelson, and Cheryl DeVuyst. "Financial Management Strategy of New Generation Cooperative Under Alternative Risk Considerations." Selected Paper Presented at the NC-221 Annual Meetings, Minneapolis Federal Reserve Bank, October 1-3, 2000.

- Catherine M. Logue, Lisa K. Nolan, W. Nganje, J.J. Haggart, M. Bhattacharya, A.C., Bratanich, W. Coleman, J. Garden Robinson, E. Holm, S.M. Home, P.A. Jensen, G. Lardy, M. Marchello, S. Panigrahi, M. Robinson, J. Schwarz, T. Sellnow, C. Stoltenow, C. Wolf-Hall. "Addressing the Food Safety Experte Gap: Development of a Food Safety Minor." Selected Paper Presented at the Second NSF International Conference on Food Safety, October 11-13, 2000, Savannah, GA USA.

- **Nganje, W. E**. "A Framework for Analyzing Economic Effectiveness of HACCP." Selected paper for the International Conference on HACCP Objectives, December 3-5, 2000, Washington, DC.

- MinKyoung, Kim, **William Nganje**, and Won W. Koo. "Exchange Rate and Bilateral Trade: Examples from CUSTA." Invited paper, conference on Challenges in Agricultural Trade Under CUSTA, Fargo, ND, October 26-27, 2000.

- **Nganje, William**. "Food Safety Regulations, Product Pricing, and Profitability: The Case of HACCP." Selected Paper for WCC-72 Annual Meeting, June 26-29, 1999, Las Vegas. Audience #: About 75.

- **Nganje, William**. "Efficient Quantitative Risk Assessment of Jump Processes: Implications for Food Safety" Selected Paper for NAFS Annual Conference, October 9-13, 1999, Washington DC. Smoothing the Way for World Trade: The Politics of Food Safety. Audience #: About 150.

- **Nganje, William**. "Efficient Risk Assessment for Food Safety" Selected Paper for RWAD Annual Conference, November 6-9, 1999, Chicago IL. Research Work in Animal Diseases. Audience #: About 125.

- **Nganje, William**. "Efficient Quantitative Risk Assessment and the Value of Risk Reduction of DON: Implications for the Quality of Malting Barley." Selected paper for the conference: The Economics of Quality Control in Agriculture" Held December 2-4, 1999 at Saskatoon, Canada.

- **Nganje, William**. AgEcon. Departmental Seminar. "Economic Analysis of The Proposed North Dakota Wheat Pool. February 19, 1999.

- **Nganje, William**. AgEcon. Departmental Seminar. "Food Safety Regulations, Product Pricing, and Profitability: The Case of HACCP." June 4, 1999.

- **Nganje, William**. AgEcon. Departmental Seminar. "Efficient Quantitative Risk Assessment of Jump Processes: Implications for Food Safety" October 5, 1999.

# EXHIBIT

**Case No. 1:05-CV-01908**

## FARM AND FOREIGN AGRICULTURAL SERVICES

**Farm Service Agency**
**Commodity Credit Corporation**
(Dollars in Millions)

| Program | Program Levels | | | Net Outlays | | |
|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2005 | 2006 | 2007 |
| **Commodity Programs:** | | | | | | |
| Price Support and Marketing | | | | | | |
|   Assistance Loans............................ | $12,619 | $11,116 | $10,331 | $5,801 | $4,565 | $3,205 |
| Loan Deficiency Payments................. | 3,856 | 4,839 | 4,258 | 3,856 | 4,839 | 4,258 |
| Direct Payments.............................. | 5,235 | 4,800 | 4,322 | 5,235 | 4,800 | 4,322 |
| Countercyclical Payments................... | 2,772 | 4,291 | 5,109 | 2,772 | 4,291 | 5,109 |
| Milk Income Loss Contract Payments..... | 9 | 415 | 330 | 9 | 415 | 330 |
| Noninsured Assistance Payments........... | 110 | 380 | 328 | 110 | 380 | 328 |
| Farm Storage Facility Loans................ | 72 | 64 | 71 | 15 | 4 | 5 |
| Cotton User Marketing Payments........... | 582 | 397 | 0 | 582 | 397 | 0 |
| Tobacco Payments............................ | 939 | 960 | 952 | 939 | 960 | 952 |
| Other Direct Payments....................... | 12 | 29 | 0 | 12 | 29 | 0 |
| Purchases and Sales.......................... | 898 | 521 | 533 | -4,329 | -3,538 | -2,606 |
| Processing, Storage and Transportation... | 125 | 130 | 113 | 125 | 130 | 113 |
| Disaster Assistance........................... | 2,469 | 728 | 0 | 2,469 | 728 | 0 |
| Interest Expenditures......................... | 139 | 427 | 467 | 71 | 331 | 366 |
| Other............................................ | 262 | 309 | 918 | 1,932 | 504 | 1,140 |
|     Total, Commodity Programs Baseline.. | 30,099 | 29,406 | 27,732 | 19,599 | 18,835 | 17,522 |
| **Conservation Programs:** | | | | | | |
| Conservation Reserve Program.............. | 1,862 | 1,987 | 2,093 | 1,828 | 1,992 | 2,092 |
| Other Conservation Programs............... | 0 | 22 | 234 | 23 | 25 | 237 |
|     Total, Conservation Programs............ | 1,862 | 2,009 | 2,327 | 1,851 | 2,017 | 2,329 |
| **Export Programs:** | | | | | | |
| Export Credit.................................. | 2,625 | 3,107 | 3,167 | 137 | 252 | 121 |
| Market Access Program (MAP)............. | 140 | 200 | 200 a/ | 139 | 150 | 190 |
| Foreign Market Development | | | | | | |
|   (Cooperator) Program..................... | 34 | 34 | 34 | 36 | 35 | 35 |
| Emerging Markets Program................. | 10 | 10 | 10 | 6 | 20 | 10 |
| Technical Assistance for Specialty | | | | | | |
|   Crops Program............................. | 2 | 2 | 2 | 2 | 2 | 2 |
| Quality Samples Program................... | 2 | 2 | 2 | 1 | 2 | 2 |

26

## FARM AND FOREIGN AGRICULTURAL SERVICES

**Farm Service Agency**
**Commodity Credit Corporation**
**(Dollars in Millions)**

| Program | Program Levels | | | Net Outlays | | |
|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2005 | 2006 | 2007 |
| Export Enhancement Program............. | 0 | 28 | 28 | 0 | 28 | 28 |
| Dairy Export Incentive Program............ | 0 | 2 | 35 | 1 | 2 | 35 |
| Food for Progress Program................. | 122 | 158 | 161 | 93 | 119 | 154 |
| Section 416(b) Donations b/................ | 8 | 0 | 0 | 70 | 5 | 2 |
| Other.......................................... | 15 | 17 | 18 | 15 | 15 | 16 |
| Total, Export Programs................... | 2,958 | 3,560 | 3,657 | 500 | 630 | 595 |
| Subtotal, CCC............................. | 34,919 | 34,975 | 33,716 | 21,950 | 21,482 | 20,446 |
| Pre-credit Reform Loan Repayments........ | 0 | 0 | 0 | -1,763 | -225 | -215 |
| CCC Baseline................................ | 34,919 | 34,975 | 33,716 | 20,187 | 21,257 | 20,231 |
| Limit MAP to $100 million.................. | 0 | 0 | -100 | 0 | 0 | -100 |
| Legislative Changes to Reduce Spending... | 0 | 0 | -1,081 | 0 | 0 | -1,081 |
| Total, CCC................................ | $34,919 | $34,975 | $32,535 | $20,187 | $21,257 | $19,050 |

**RECAP COMMODITY PROGRAMS:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Baseline....................................... | $30,099 | $29,406 | $27,732 | $19,599 | $18,835 | $17,522 |
| Proposed Legislation......................... | 0 | 0 | -1,081 | 0 | 0 | -1,081 |
| Total, Commodity Programs............. | $30,099 | $29,406 | $26,651 | $19,599 | $18,835 | $16,441 |

a/ Reflects authorized level for MAP. The 2007 budget includes a proposal to limit MAP to $100 million.

b/ Ocean freight and overseas distribution costs.

The Commodity Credit Corporation (CCC) provides funding for commodity programs administered by FSA, selected conservation programs administered by FSA and NRCS, and export programs administered by FAS. CCC borrows funds needed to finance these programs from the U.S. Treasury and repays the borrowings, with interest, from receipts and from appropriations provided by Congress.

Changes over the last decade in commodity, disaster, and conservation programs due to policy, weather, and market conditions have dramatically changed the level, mix, and variability of CCC outlays. CCC net outlays have declined from a record high of $32.3 billion in 2000 to $20.2 billion in 2005. Projected outlays are about $21.3 billion in 2006 and $19.1 billion in 2007, reflecting the provisions of the 2002 Farm Bill and changing to a stochastic estimating procedure. Stochastically derived projected outlays are $0.1 billion higher in 2006 and $2 billion higher in 2007 compared with projected outlays under the previously used point-estimate procedure. Under the new stochastic procedure, projected outlays reflect a range of price outcomes as opposed to a single price outcome to take into account price variability and that program payments increase when prices fall below specified levels. CCC outlays in 2005 and

27

## FARM AND FOREIGN AGRICULTURAL SERVICES

2006 as well as some prior years also included substantial levels of emergency disaster and other *ad hoc* supplemental assistance.

### Farm Service Agency
### Commodity Program Outlays
### (Dollars in Millions)

| Program | 2005 Actual | 2006 Estimate | 2007 Budget |
|---|---|---|---|
| Commodity: | | | |
| Feed Grains.................................................... | $6,813 | $10,034 | $7,889 |
| Wheat........................................................... | 1,232 | 1,149 | 1,722 |
| Rice.............................................................. | 473 | 603 | 532 |
| Upland and ELS Cotton....................................... | 4,444 | 3,108 | 2,828 |
| Tobacco......................................................... | -411 | -73 | 0 |
| Dairy............................................................ | -95 | 386 | 414 |
| Soybeans and Products....................................... | 1,149 | 347 | 1,858 |
| Minor Oilseeds................................................ | 32 | 51 | 36 |
| Peanuts......................................................... | 408 | 357 | 312 |
| Sugar............................................................ | -86 | 0 | 0 |
| Honey........................................................... | 8 | 26 | 30 |
| Wool and Mohair.............................................. | 7 | 10 | 10 |
| Vegetable Oil Products....................................... | 24 | 15 | 39 |
| Other Crops.................................................... | 122 | 88 | 69 |
| Subtotal.................................................... | 14,120 | 16,101 | 15,739 |
| Disaster Assistance........................................... | 2,469 | 728 | 0 |
| Subtotal, Assistance To Farmers........................... | 16,589 | 16,829 | 15,739 |
| Other a/........................................................ | 3,010 | 2,006 | 1,783 |
| Commodity Programs Baseline.............................. | 19,599 | 18,835 | 17,522 |
| Legislative Changes to Reduce Spending.................. | 0 | 0 | -1,081 |
| Total, Commodity Programs................................ | $19,599 | $18,835 | $16,441 |

a/  Includes working capital, interest, operating expenses, reimbursable agreements, and an
   adjustment for Food for Progress commodity purchases.

Commodity loan and income support programs are administered by FSA and financed through CCC. These programs constitute the majority of CCC outlays. The commodity programs are mandated by provisions of the Farm Bill. The programs include direct payments to producers of feed grains, wheat, upland cotton, rice, soybeans, other oilseeds, and peanuts. The direct payments, based on historical program acreage and yields, are set by law and do not vary with market prices or current plantings.

The Farm Bill also provides counter-cyclical payments for producers of the above crops which provide payments when market prices decline below specified target prices. Producers were also

## FARM AND FOREIGN AGRICULTURAL SERVICES

given an opportunity to update historical acreage bases and yields for use in determining counter-cyclical payments. Nearly 1.9 million farms were enrolled in the program in 2005. The CCC marketing assistance loan programs are provided for the direct payment program commodities as well as for wool, mohair, honey, and pulses to provide protection against sharp declines in market prices.

Marketing assistance loan program levels are projected to decline from $12.6 billion in 2005 to $11.1 billion in 2006 and then to decline further to about $10.3 billion in 2007. Loan deficiency payments totaled $3.9 billion in 2005 and are expected to rise to $4.8 billion in 2006 due to abundant agricultural production and low prices before dropping to a projected $4.3 billion in 2007. A PART review of the marketing loan assistance program conducted as part of the 2005 budget process determined that the program was "moderately effective."

The Farm Bill dramatically increased dairy program outlays by establishing a direct payment tied to milk prices. The Milk Income Loss Contract (MILC) program provides payments equal to a percentage of the difference between $16.94 per hundredweight and the Class I milk price per hundredweight in Boston under the applicable Federal milk marketing order. Due to improved milk prices since 2004, dairy outlays have declined dramatically from nearly $2.5 billion in 2003 to a minus $95 million in 2005, reflecting net receipts from sales of surplus dairy products. Dairy program outlays are expected to rise to about $400 million in 2006 and 2007. Most of the projected outlays in 2006 and 2007 are due to the expected extension of the MILC program. Consistent with a Presidential commitment, the extension is provided in the pending Deficit Reduction Act of 2005 to maintain support to dairy producers for two more years.

The American Jobs Creation Act of 2004 eliminated the historic tobacco price support and quota program effective with the 2005 crop. In return tobacco producers and quota holders will receive transition "buyout" payments for 10 years of about $960 million per year. The transition payments are funded by assessments on tobacco manufacturers and importers so that the program will be budget neutral.

The 2007 budget proposes a broad package of deficit reduction measures which are similar to the proposals in the 2006 President's budget which were not enacted by Congress. The proposals include legislative changes to make a net reduction in farm program spending of about $1.1 billion in 2007 and $7.7 billion over the ten year period 2007 through 2016. These proposals include: reducing the payment limitation for all CCC commodity payments including marketing loan gains to $250,000; reducing all commodity payments to farmers by 5 percent; applying a 1.2 percent marketing assessment on sugar processors; keeping the costs of the dairy price support program at a minimum; and implementing a 3 cent per hundredweight assessment on milk marketings. The 2007 proposals, including a crop insurance proposal also made last year, will save about $5 billion over 5 years compared to the $5.2 billion in savings proposed in the 2006 budget.

The proposed legislative changes are consistent with PART review results for several of the programs impacted by the proposals. For example, an evaluation of the dairy price support program indicated that it may be possible to improve its cost effectiveness.

## FARM AND FOREIGN AGRICULTURAL SERVICES

The 2007 budget reflects the expiration of the CCC bioenergy incentive program as authorized by the Farm Bill. A PART review of this program conducted during the 2005 budget process suggested that additional incentives from CCC for ethanol were less critical than other Federal assistance, including tax credits and production mandates, and that greater emphasis should be placed on incentives for biodiesel production rather than ethanol. New tax incentives for biodiesel and ethanol enacted in the American Jobs Creation Act of 2004 further reduce the need for the CCC program.

The Farm Bill also provides authority for conservation programs. The Conservation Reserve Program (CRP), a CCC program, is administered by FSA in addition to the Emergency Conservation Program. All other USDA cost-share and easement conservation programs such as the Environmental Quality Incentives Program, Wetlands Reserve Program, Farm and Ranch Lands Protection Program, Conservation Security Program, and Wildlife Habitat Incentives Program are administered by the Natural Resources Conservation Service (NRCS). The programs are described on page 80.

CRP is USDA's largest conservation/environmental program. The purpose of CRP is to assist farm owners and operators in conserving and improving soil, water, air, and wildlife resources by retiring environmentally sensitive land from agricultural production and keeping it under long-term, resource-conserving cover. CRP participants enroll acreage for periods of 10 to 15 years in return for annual rental payments and cost-share and technical assistance for installing approved conservation practices. The Farm Bill extended CRP enrollment authority through 2007 and increased the enrollment cap by 2.8 million acres to a total of 39.2 million acres.

Acreage that counts toward the total enrollment cap includes acres enrolled in the CRP through scheduled general signups and those enrolled through a continuous, noncompetitive signup that has been under way since September 1996 with the purpose of enrolling land in filter strips, riparian buffers, and similar conservation practices. Continuous signup includes an initiative announced in December 2003 to restore up to 500,000 acres of floodplains by planting bottomland hardwood trees. Continuous signup acreage also includes enrollment under the Conservation Reserve Enhancement Program (CREP) that is designed to target program benefits to address specific local and regional conservation problems. At this time, 25 States have approved CREP agreements.

The Farm Bill also permits up to 1 million acres of wetland acreage to be enrolled under the Farmable Wetlands Program (FWP) as part of the 39.2 million total acreage for CRP. Up to 100,000 acres per State may be enrolled. Two additional initiatives announced by the President in 2004 which are being conducted under continuous signup are the CRP Northern Bobwhite Quail Habitat initiative to provide 250,000 acres of grass buffers around field borders and the 250,000 acre Wetlands Restoration initiative to enroll large wetland complexes and playa lakes. Playa lakes are shallow, depressional wetlands formed from rain and associated runoff. Over 95 percent of the world's playa lakes may be found in the Western Great Plains; they are the sole source of recharge for the Ogallala Aquifer. The Farm Bill also permits managed harvesting of forage from CRP lands (subject to the requirement that environmental benefits be maintained or enhanced) and requires equal consideration be given to soil erosion, water quality, and wildlife.

## FARM AND FOREIGN AGRICULTURAL SERVICES

CRP enrollment totaled over 35 million acres at the end of 2005 with over 90 percent of the acreage having been enrolled under scheduled general signups.  General signups of 2.5 million acres in 2006 and 4.9 million acres in 2007 are planned.  Total CRP enrollment is projected to reach 36.3 million acres in 2006 and 38.9 million acres in 2007 with the maximum enrollment of 39.2 million acres expected in 2008.

Re-enrollments and extensions will be offered in 2006 to participants with CRP contracts expiring during 2007 through 2010 consistent with a Presidential commitment to preserve environmental benefits.  Contracts expiring in 2007 cover 16 million acres and a total of 28 million acres involving 400,000 contracts will expire over the 2007-2010 period. Re-enrollments for 10 years will be offered to the top one-fifth of the expiring acreage as ranked by environmental benefits.  Shorter extensions will be offered to other participants based on the ranking.  Rental rates and other incentives are being reviewed and updated.

The CRP was evaluated under the Program Assessment Rating Tool (PART) as part of the 2007 budget process and determined to be moderately effective.  In order to improve FSA's ability to deliver the program, modest new service fees will be proposed for servicing re-enrolled and extended contracts.

The Emergency Supplemental Appropriations to Address Hurricanes in the Gulf of Mexico and Pandemic Influenza Act, 2006 provided for an Emergency Forestry Conservation Reserve Program to be implemented in 2006.  This new program permits certain hurricane damaged timberland to be placed in environmentally beneficial long-term contracts to restore timber stands and to prevent soil erosion.  A key performance measure for conservation efforts pertinent to agricultural production on private lands is noted below:

**Objective 6.2:  Enhance Soil Quality to Maintain Productive Working Cropland.**

| Key Performance Measure | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| Increase Conservation Reserve Program (CRP) acres of riparian and grass buffers (million acres) Baseline:  2000 = 1.21 | 1.24 | 1.45 | 1.65 | 1.75 | 1.85 | 2.00 |

**Emergency Conservation Program (ECP).**  Under this program, the Department shares the cost of carrying out practices to assist and encourage farmers to rehabilitate farmland damaged by natural disasters.  In particular, it addresses those problems which if left untreated would: (1) impair or endanger the land; (2) materially affect the productive capacity of the land; (3) be so costly to rehabilitate that Federal assistance would be required to return the land to productive agricultural use; and (4) represent damage that is unusual and would not recur frequently in the same area.  For the past several years, this program has been funded through emergency supplemental appropriations.  The Hurricane Disaster Assistance Act of 2005 provided $150 million for ECP and the 2006 supplemental for hurricane assistance provided $199.8 million.  The budget is proposing no new funding for the ECP in 2007 since needs are difficult to predict in advance.

# FARM AND FOREIGN AGRICULTURAL SERVICES

**Farm Bill Conservation Programs**
**Program Level**
**(Dollars in Millions)**

| Program | 2005 Actual | 2006 Estimate | 2007 Budget |
|---|---|---|---|
| Commodity Credit Corporation: | | | |
| Conservation Reserve Program................................... | $1,862 | $1,987 | $2,093 |
| Natural Resources Conservation Service: | | | |
| Farm Bill Programs (Funded from CCC): | | | |
| Total Budget Authority: | | | |
| Environmental Quality Incentives Program................... | 950 | 1,017 | 1,000 |
| Ground and Surface Water Conservation..................... | 65 | 51 | 51 |
| Klamath Basin................................................. | 10 | 8 | 6 |
| Wetlands Reserve Program.................................... | 267 | 250 | 403 |
| Wildlife Habitat Incentives Program.......................... | 46 | 43 | 55 |
| Farm and Ranch Lands Protection Program.................. | 112 | 74 | 50 |
| Grassland Reserve Program................................... | 71 | 54 | 0 |
| Conservation Security Program............................... | 202 | 259 | 342 |
| Agricultural Management Assistance......................... | 14 | 5 | 0 |
| Biomass Research and Development.......................... | 14 | 12 | 12 |
| Total, NRCS Farm Bill Programs............................ | 1,751 | 1,773 | 1,919 |
| Total, Farm Bill Conservation Programs................... | $3,613 | $3,760 | $4,012 |

The focus of USDA conservation programs administered by NRCS and FSA is to use environmentally sound management systems for agricultural production to meet food and fiber needs of the society.

**Salaries and Expenses.** The 2007 budget proposes a level of $1.4 billion to support staff years and 9,425 non-Federal staff years. Federal staff years will decline by 65 in 2007. Staff levels have been reallocated among FSA's key goals to reflect the decreased workload associated with farm income program support and other areas while accommodating rising workload needs for conservation and other programs. Non-Federal county staff years will decline by 24 staff years in 2007. Total FSA staff years will decline by 1,069 in 2006 and will decline another 89 staff years in 2007. Elimination of the tobacco program and other program workload changes have reduced staffing needs in certain areas.

FSA's large and decentralized delivery system remains largely unchanged from its inception decades ago despite dramatic changes in transportation and communications systems. Modernization of FSA is crucial to maintaining quality service to its clientele as program delivery requirements remain high while its delivery system has remained too dependent on aging technology and on an inefficient network of county offices. The budget includes funding to support ongoing operational needs as well as modernization initiatives.

# FARM AND FOREIGN AGRICULTURAL SERVICES

Funding for IT modernization and related Geospatial Information Systems (GIS) initiatives has been provided in the Common Computing Environment (CCE) account managed by the Office of the Chief Information Officer (OCIO) as well as in FSA's salaries and expenses budget. The maintenance of modern digitized databases with common land unit information, integrated with soils and crop data and other farm records and related initiatives, is vital to the development of more efficient and effective customer services at the Service Centers. This facilitates the realization of potential benefits from electronic (e)-Government. FSA is also pursuing a major initiative to develop new and improved business processes and fully modernized software to enable more customer friendly web-based delivery of its farm programs in the future. The budget includes $14 million for development of technical specifications required to develop modernized software and improved processes. Modernized software applications will replace current systems which are dependent upon aging, obsolete IT architecture. The Administration expects significant long-term savings and improved services to clientele to result from improvements made in the information technology services, as well as in the IT administrative support services of the three county-based agencies (FSA, NRCS, and the Rural Development mission area). FSA will also make administrative improvements in its servicing of farm credit loans. FSA efforts to improve the efficiency of program delivery are also critically dependent upon the ability to streamline the local service center structure. Over 1,000 of the 2,350 local FSA offices are currently staffed with three or fewer employees per office and are increasingly costly to maintain. FSA will review its county office structure consistent with Congressional guidance to obtain local input and thorough analysis to determine appropriate restructuring of its county offices.

In addition, modest new service fees are proposed for loan deficiency payments and for conservation reserve contracts including re-enrolled and extended contracts. These fees will help cover administrative expenses for site visits, contract preparation and related expenses for these two programs.

### Farm Service Agency
### Staff Years

| Program | 2005 Actual | 2006 Estimate | 2007 Budget |
|---|---|---|---|
| Federal | 5,577 | 5,318 | 5,253 |
| Non-Federal: | | | |
| Permanent Full-Time | 9,140 | 8,799 | 8,775 |
| Temporary | 1,119 | 650 | 650 |
| Total, Non-Federal | 10,259 | 9,449 | 9,425 |
| Total, FSA Staff Years | 15,836 | 14,767 | 14,678 |