IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
Multi Ag Media LLC             )
                               )
         Plaintiff,            )
                               )
v.                             )     Civil Action No.:  05-1908 (HHK)
                               )
U.S. Department of Agriculture )
                               )
         Defendant.            )
                               )
_____)
```

PROPOSED ORDER
_____

On the motion for summary judgment of defendant U.S. Department of Agriculture ("USDA"), and the Opposition of plaintiff Multi Ag Media LLC, it is hereby ORDERED:

1. The motion for summary judgment of USDA is denied;

2. USDA is directed to release the following complete data files for 2005 in full: (a) the Permitted Entity file; (b) the CRP file; (c) the AMATA file; (d) the DCP file; (e) the APH file; the Compliance file; (f) the LCP file; and (g) the LAP file.

3. USDA is directed to release the complete 2005 GIS database as requested by Multi Ag Media with the exception of the CLU identification number of "CLUID," which should be withheld from release.

4.  The parties pursuant to Local Civil Rule 54.2(a) are directed to confer with respect to an award of attorney fees and costs under 5 U.S.C. § 552(a)(4)(E), and the Court will set an appropriate date for a status conference on the issue of fees and costs.

This ____ day of _____, 2006.

_____
Henry H. Kennedy
United States District Judge

Attorneys To Be Given Notice:

PETER D. BLUMBERG
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157
Counsel for Defendant

JAMES DABNEY MILLER
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 626-2902
Counsel for Plaintiff