UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

### DEFENDANT'S CONSENT MOTION
### FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
### OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant respectfully moves this Court for an enlargement of time, through and including April 12, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Defendant's Reply is currently due March 29, 2006.

2. In its Motion for Summary Judgment, the Department of Agriculture indicated that it had agreed to release additional records responsive to Multi Ag Media's Freedom of Information Act ("FOIA") request. Based on conversations between counsel, defendant submits that it may now be possible to resolve this matter without further judicial intervention, or to narrow the issues to be decided by the Court.

3. Plaintiff's counsel has graciously given his consent to an extension of two weeks, to April 12, 2006, in order for the parties to continue to try and reach a non-judicial resolution of this matter.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which to File Its Reply. A proposed order is included with this Motion.

        /s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: March 28, 2006