**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-1908 (HHK)** |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION**
**FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S**
**OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an enlargement of time, through and including

May 8, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for

Summary Judgment ("Reply").  Good cause exists to grant this motion:

1. Defendant's Reply is currently due April 12, 2006.

2.  As represented in the earlier motion for extension of time, defendant is processing and

providing documents responsive to plaintiff's FOIA request.  This process is still ongoing.

3. The parties have conferred and remain optimistic that a non-judicial resolution of this case

is still possible.  Plaintiff's counsel has graciously consented to an extension of time for the filing

of defendant's reply brief through May 8, 2006, at which time it is expected that all the records that

defendants have stated will be provided will have been processed and sent to plaintiff.  At that time,

the parties will be able to assess the prospects for a non-judicial resolution.

WHEREFORE, defendant requests that the date for filing its Reply brief be extended to May

8, 2006.  A proposed order is included.

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: April 11, 2006