UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 05-1908 (HHK) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Consent Motion For Enlargement of Time to File Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

Upon consideration of the Motion and the entire record herein, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Defendant shall file its Reply memorandum on or before May 8, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE