UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an enlargement of time, through and including May 18, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Defendant's Reply is currently due May 8, 2006.

2. As represented in the earlier motion for extension of time, the parties have been discussing a possible non-judicial resolution of this matter. This process remains ongoing; however, because of number of deadlines in other matters, including a considerable summary judgment motion in <u>Fund for Animals v. Hall</u>, 03-0677 (RMU) and JNOV briefing in <u>Davis. v. Gonzales</u>, 01-0331 (RBW), and defendant's absence from the office for a week on long-standing travel plans, defendant's counsel has not completed exploration of the most recent proposal for resolution.

3. Defendant thus requests an extension of time of ten days, through and including May 18, 2006 within which to follow up with plaintiff's counsel and ascertain whether a non-judicial resolution remains possible; if such a resolution is possible; the parties will so report; if not,

defendant will propose a scheduling order for the completion of summary judgment briefing.

4. Defendant's counsel attempted to reach plaintiff's counsel with respect to the relief requested, but was unable to reach him.

WHEREFORE, defendant requests that the date for filing its Reply brief be extended to May 18, 2006. A proposed order is included.

                    /s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

                    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                    /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: May 8, 2006