UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
|     **Defendant.** | ) |

**DEFENDANT'S STATUS REPORT AND
CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an enlargement of time, through and including May 31, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Defendant's Reply is currently due May 18, 2006.

2. As represented in the earlier motion for extension of time, the parties have been discussing a possible non-judicial resolution of this matter. Plaintiff presented a proposal to defendant on May 1, 2006, to which defendant responded on May 12, 2006. Because of the absences of the lead counsel since May 12, the parties have not yet had the opportunity to follow-up to see whether a settlement may still be reached.

3. Defendant thus requests an extension of time, through and including May 31, 2006 within which to follow up with plaintiff's counsel and ascertain whether a non-judicial resolution remains possible; if such a resolution is possible; the parties will so report; if not, defendant will propose a scheduling order for the completion of summary judgment briefing.

4. Plaintiff's counsel has graciously given his consent to the relief requested.

5. Granting this motion will not require the alteration of any trial or pre-trial dates or other in-court matters.

WHEREFORE, defendant requests that the date for filing its Reply brief be extended to May 31, 2006. A proposed order is included.

                /s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: May 17, 2006