UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S STATUS REPORT AND
CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an enlargement of time, through and including June 8, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Defendant's Reply is currently due May 31, 2006.

2. As represented in the earlier motion for extension of time, the parties have been discussing a possible non-judicial resolution of this matter.

3. Per discussions between counsel this day, plaintiff plans to provide defendant with some additional information relevant to the outstanding issues between the parties. Plaintiff has indicated that it expects to supplement its summary judgment opposition with this information. The parties agree that defendant should have opportunity to review this additional information at this time, to see if it provides any further basis for trying to resolve this matter short of the resumption of summary judgment briefing and an adjudication by the Court.

3. Defendant thus requests an extension of time, through and including June 8, 2006, which

should provide sufficient time for plaintiff to provide the additional information and for defendant to review same. At that time, if a non-judicial resolution appears possible the parties will so report; if not, the parties will propose a scheduling order for the completion of summary judgment briefing.

    4. Plaintiff's counsel has graciously given his consent to the relief requested.

    5. Granting this motion will not require the alteration of any trial or pre-trial dates or other in-court matters.

WHEREFORE, defendant requests that the date for filing its Reply brief be extended to June 8, 2006. A proposed order is included.

                                              /s/
                                 KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                 United States Attorney

                                              /s/
                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                 Assistant United States Attorney

                                              /s/
                                 PETER D. BLUMBERG, Bar # 463247
                                 Assistant United States Attorney
                                 United States Attorneys Office
                                 Judiciary Center Building
                                 555 4th Street, N.W., 10th Floor
                                 Washington, D.C. 20530
                                 (202) 514-7157

                                 Attorneys for Defendants

Dated: May 30, 2006