UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION FOR ENTRY OF ORDER GOVERNING FURTHER PROCEEDINGS**

Plaintiff Multi Ag Media LLC and Defendant Department of Agriculture respectfully move this Court for entry of the attached proposed order governing further proceedings in this matter. The basis for this Motion is as follows:

1. As represented in prior filings with this Court, plaintiff and defendant have been exploring whether this matter may be resolved without requiring adjudication of defendant's Motion for Summary Judgment. While the issues have been narrowed somewhat (principally through defendant's release of data that had not yet been released at the time plaintiff filed its opposition memorandum) the parties were unable to reach agreement that would permit dismissal of this matter.

2. Plaintiff now seeks to supplement its opposition memorandum with a Supplemental Affidavit of John Montandon. As this affidavit addresses matters related to defendant's release of data subsequent to the filing of plaintiff's original opposition, defendant has no objection to plaintiff's request. The Supplemental Montandon Affidavit is attached as Exhibit A to this Motion.

3. Defendant requests just over two weeks within which to prepare and file a reply memorandum, through and including June 23, 2006.

  4. Granting this motion will not require the alteration of any trial or pre-trial dates or other in-court matters.

  WHEREFORE, defendant requests that the Court enter this Joint Motion for Entry of Order Governing Further Proceedings. A proposed order is attached.

              /s/
              KENNETH L. WAINSTEIN, D.C. Bar # 451058
              United States Attorney

              /s/
              RUDOLPH CONTRERAS, D.C. BAR #434122
              Assistant United States Attorney

              /s/
              PETER D. BLUMBERG, Bar # 463247
              Assistant United States Attorney
              United States Attorneys Office
              Judiciary Center Building
              555 4th Street, N.W., 10th Floor
              Washington, D.C. 20530
              (202) 514-7157

              Attorneys for Defendants

Dated: June 7, 2006