IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of Agriculture )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1908 (HHK) |

### SUPPLEMENTAL AFFIDAVIT OF
### JOHN L. MONTANDON

PERSONALLY APPEARED BEFORE ME, the undersigned officer duly authorized by law to administer oaths, JOHN L. MONTANDON, who after being sworn stated of his personal knowledge as follows:

1. My name is John L. Montandon, and I am the President and co-founder of Multi Ag Media LLC, d/b/a Farm Market iD. I previously submitted an affidavit in this case dated March 3, 2006, which I made in support of our opposition to the motion for summary judgment filed by defendant USDA. In that earlier affidavit, I described my background and my responsibilities at Multi Ag Media.

2. Also in my earlier affidavit, I explained that the Farm Service Agency ("FSA") of USDA had not, in fact, released to us certain data files that

-- 1 --

USDA claimed, in its motion for summary judgment, had been released. Since the date of my earlier affidavit, USDA has actually released to us all the data files that it claimed had been previously released.

3. I believe it is now correct to state that the data files that remain in dispute in this case are only the following: (a) the 23 data fields in the Compliance file as described in the declaration by Ms. Robin Wieland of FSA, dated February 15, 2006, at ¶¶ 47 - 48; (b) the five attributes of the Geographical Information System ("GIS") listed in ¶ 59 of Ms. Wieland's declaration (not including the CLUID, which we are not requesting be released); (c) the Livestock Assistance Program ("LAP") file; (d) and finally the Livestock Compensation Program ("LCP") file. FSA has withheld these data files as supposedly within the scope of Exemption 6, and so these data files remain in dispute.

4. In this supplemental affidavit, I address only eight of the specific data fields that FSA has withheld from the Compliance file. The names of the eight withheld data fields, together with the designations of each field as it appears in the database, are as follows: (a) the Reported Acreage (QTY-RPT-ACRE-1); (b) the Determined Acreage (QTY-DTER-ACRE-1); (c) the Farmland Acres (QTY-FMLD-ACRES); (d) Cropland Acres (QTY-CRPLND-ACRE); (e) Double Program Crop Acreage - Reported (QTY-RPT-DBL-ACRE); (e) Double Program Crop Acreage - Determined (QTY-

-- 2 --

DTER-DBL-ACRE); (f) Double Cropped Acreage - Reported (QTY-RPT-DBL-ACRE-1); and (g) Double Crop Acreage - Determined (QTY-DTER-DBL-ACRE-1).

5. The eight data fields listed in the previous paragraph are, in actuality, only five separate types of data, since the "Reported" and "Determined" fields are merely checks on each other of the same data.

6. These eight data fields contain information on the fields and crops planted on each farm. There are about 1.3 million total farms of all types listed in the Compliance file. (In my earlier affidavit, at ¶¶ 19 - 21, I explained the different types of farms that are included in FSA's databases.)

7. In my view, the eight data fields from the Compliance file that I list in ¶ 4 above should be released to us because FSA has, in the data files released to us since my earlier affidavit, released the same information on a substantial number of farms as is shown in the eight withheld data fields for other farms. In other words, FSA has released this information on many farms, but not on other farms. There is no meaningful distinction between the two groups of farms.

8. In fact, the data files already released to us show all the crop and acreage data for about 292,081 farms, or about 22.4% of the total number of farms in the Compliance file. (We have a significant amount of these crop and acreage data, but not a complete set of data, on an additional 367,944 farms,

or 28.2% of the total. Thus, for more than half the farms in the Compliance database, FSA has already released to us all or some of the crop and acreage data contained in these eight data fields in the Compliance file.)

9. Thus, FSA has released to us the same data contained in these eight data fields from the Compliance file on a large number of farms, but is withholding these data on other farms. To the best of my knowledge, FSA has never suggested that there is any difference between these two groups of farms that is significant for Exemption 6.

10. We are able to determine the full set of crop and acreage data for many farms because the data files FSA has released to us, in particular the CRP file and the AMTA tract file, can be related to the Crop codes and Field numbers contained in those portions of the Compliance file that FSA has released to us. Thus, for those farms that have only a single crop code per tract (meaning the farm grows only one crop within each tract it cultivates) or that participate in the Conservation Reserve Program ("CRP") and grow one other crop per tract, we are able to determine the full set of crop and acreage data for those farms. As I stated above, this amounts to a substantial percentage of the total number of farms in the Compliance file - 292,081, out of a total of 1.3 million (or 22.4%).

11. For this 22.4% of farms in the Compliance file, we have all the crop and acreage data contained in the eight fields that I listed above in ¶ 4, which have been withheld by FSA.

12. Many farms contain several tracts. For some of these multi-tract farms, we can determine crop acres as described in ¶ 10 above. While we are unable to determine crop acres for those tracts containing multiple crop codes, we are able to determine partial crop acreage and data on these farms. The number of farms for which we can derive the partial crop and acreage data represent an even greater part of the total farms in the Compliance file - 367,944, of the total of 1.3 million (or 28.2%).

13. I emphasize that there is no real difference between the farms for which we have complete crop and acreage data, and those farms for which we have incomplete data. The crop and acreage data for many farms that FSA has released to us match the crop and acreage data for other farms that FSA has withheld.

_____
John L. Montandon

Subscribed to and sworn before me
this 31 day of May 2006

_____
Notary Public



VERONICA MORAN
COMM. # 1465420
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
COMM. EXP. FEB. 11, 2008