UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC,               ) | |
|                                                         ) | |
|            Plaintiff,                          ) | |
|                                                         )    Civil Action No. 05-1908 (HHK) | |
|            v.                                    ) | |
|                                                         ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
|                                                         ) | |
|            Defendant.                      ) | |
| _____) | |

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Entry of Order Governing Further Proceedings. Upon consideration of the Motion and the entire record herein, it is by the Court this ____ day of _____, 2006 hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be supplemented to include the Supplemental Declaration of John Montandon; and it is further

ORDERED that defendant's reply memorandum shall be due June 23, 2006.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE