UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF AGRICULTURE,<br><br>　　　　　Defendant. | Civil Action 05-01908<br>(HHK) |

**O R D E R**

This matter comes before the court on the parties' joint motion for entry of order governing further proceedings. Upon consideration of the motion and the entire record herein, it is by the court this 8th day of June, 2006 hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's opposition to defendant's motion for summary judgment shall be supplemented to include the supplemental declaration of John Montandon; and it is further

**ORDERED** that defendant's reply memorandum shall be due June 23, 2006.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge