UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-1908 (HHK) |
| | ) |
| **DEPARTMENT OF AGRICULTURE** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION FOR
EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant respectfully moves this Court for an enlargement of time, through and including July 3, 2006, within which to file a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Reply"). Good cause exists to grant this motion:

1. Defendant's Reply is currently due June 23, 2006.

2. Defendant has been diligently working on the reply in this matter. However, subsequent to the submission of the joint motion for a scheduling order establishing the June 23 reply date, counsel for defendant was asked to assist another Assistant United States Attorney with an upcoming jury trial in Moore v. Billington, 04- 2253 (JR), scheduled to begin on June 26, 2006. While it now appears that the case may settle before trial, undersigned counsel has had to spend substantial time acquainting himself with the matter and preparing for trial through the present date, substantially compromising the amount of time available to complete the reply in this matter and to meet other filing deadlines.

3. Defendant thus requests an extension of time, through and including July 3, 2006, which

should provide sufficient time for plaintiff to complete the reply memorandum.

4. Plaintiff's counsel has graciously given his consent to the relief requested.

5. Granting this motion will not require the alteration of any trial or pre-trial dates or other in-court matters.

WHEREFORE, defendant requests that the date for filing its Reply brief be extended to July 3, 2006. A proposed order is included.

               /s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

               /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

               /s/
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: June 21, 2006