United States Department of Agriculture

# Quick Facts About USDA



# USDA...

- **Feeds** about 70 million Americans each day through USDA's many food assistance programs, including food stamps, school lunch, and other feeding programs for women, infants, and children.

- **Creates** or saves more than 150,000 rural jobs each year, enables 60,000 rural Americans to buy homes, and helps more than 460,000 low-income rural Americans rent apartments or other housing.

- **Promotes** wise stewardship of natural resources through a variety of conservation programs. In 2002, USDA reduced soil loss by 257 million tons, helped landowners apply resource management systems to 9.5 million acres, protected 3.5 million acres of cropland from excessive erosion, and applied erosion control to another 9.3 million acres.

- **Protects** and manages more than 192 million acres of national forests. In 2002, more Americans visited national forests than the combined total attendance at the top 30 amusement parks and all major league baseball and national football league games.

- **Applies** quality standards to meat, cotton, dairy products, and fruits and vegetables. Beef has eight grade standards, while there are three each for chickens, eggs, and turkeys. There are 45 grade standards for cotton, 32 grade standards for dairy, and more than 312 fruit, vegetable, and specialty product standards maintained by USDA.

# U.S. Agriculture

- There are 2.1 million farms in the United States today, down from the peak of 7 million farms in 1935.

- Ninety-eight percent of these farms are family-owned. Contrary to popular belief, the share of farms and sales accounted for by non-family corporations is small and has been relatively stable since 1978.

- The United States exports more than $1 billion per week in agricultural products. These exports totaled $62 billion in 2004.

- Farmers plant a combined 318 million acres of soybeans, wheat, corn, sorghum, barley, peanuts, oats, cotton, rice, hay, and sunflowers each year.

- In 2002, the total food and fiber system—from farming to food retailing—was worth $1.3 trillion. That equates to 12 percent of the U.S. total gross domestic product (GDP).