Table 58. **Summary by Type of Organization: 2002**
[For meaning of abbreviations and symbols, see introductory text]

| Item | | Total | Individual or family | Partnership | |
|---|---|---|---|---|---|
| | | | | Total | Registered under state law |
| **FARMS AND LAND IN FARMS** | | | | | |
| Farms | number | 2,128,982 | 1,909,598 | 129,593 | 69,417 |
| | percent | 100.0 | 89.7 | 6.1 | 3.3 |
| Land in farms | acres | 938,279,056 | 621,600,072 | 146,461,777 | 100,136,859 |
| Average size of farm | acres | 441 | 326 | 1,130 | 1,443 |
| **MARKET VALUE OF AGRICULTURAL PRODUCTS SOLD AND GOVERNMENT PAYMENTS** | | | | | |
| Total (see text) | farms | 2,128,982 | 1,909,598 | 129,593 | 69,417 |
| | $1,000 | 207,192,033 | 106,862,726 | 38,221,380 | 29,264,652 |
| Average per farm | dollars | 97,320 | 57,008 | 294,934 | 421,578 |
| Farms by economic class: | | | | | |
| Less than $1,000 (see text) | | 430,953 | 409,845 | 12,552 | 6,410 |
| $1,000 to $2,499 | | 307,369 | 293,063 | 9,195 | 4,161 |
| $2,500 to $4,999 | | 243,026 | 229,425 | 9,023 | 3,938 |
| $5,000 to $9,999 | | 246,624 | 229,972 | 11,252 | 4,925 |
| $10,000 to $24,999 | | 272,333 | 246,101 | 16,389 | 7,423 |
| $25,000 to $49,999 | | 163,521 | 144,565 | 12,350 | 5,961 |
| $50,000 to $99,999 | | 142,532 | 122,231 | 12,194 | 6,271 |
| $100,000 to $249,999 | | 162,831 | 131,989 | 17,321 | 9,697 |
| $250,000 to $499,999 | | 85,909 | 61,180 | 12,868 | 8,173 |
| $500,000 to $999,999 | | 44,348 | 26,831 | 9,002 | 6,267 |
| $1,000,000 or more | | 29,537 | 12,396 | 7,447 | 5,971 |
| $1,000,000 to $2,499,999 | | 21,460 | 10,207 | 5,346 | 4,155 |
| $2,500,000 to $4,999,999 | | 4,719 | 1,508 | 1,296 | 1,091 |
| $5,000,000 or more | | 3,358 | 681 | 805 | 725 |
| Total sales (see text) | farms | 2,128,982 | 1,909,598 | 129,593 | 69,417 |
| | $1,000 | 200,646,355 | 104,336,593 | 36,954,719 | 28,403,759 |
| Grains, oilseeds, dry beans, and dry peas[1] | farms | 485,124 | 409,070 | 46,974 | 24,678 |
| | $1,000 | 39,957,698 | 27,647,897 | 7,254,411 | 4,594,152 |
| Sales of $50,000 or more | farms | 183,015 | 140,026 | 24,200 | 14,092 |
| | $1,000 | 35,504,650 | 23,774,756 | 6,868,405 | 4,410,870 |
| Tobacco | farms | 56,879 | 50,890 | 5,097 | 1,667 |
| | $1,000 | 1,616,533 | 1,193,875 | 300,535 | 143,596 |
| Sales of $50,000 or more | farms | 6,687 | 5,219 | 1,118 | 484 |
| | $1,000 | 1,159,146 | 789,648 | 254,684 | 129,877 |
| Cotton and cottonseed | farms | 24,721 | 18,234 | 4,494 | 3,165 |
| | $1,000 | 4,005,366 | 2,008,776 | 1,502,230 | 1,194,509 |
| Sales of $50,000 or more | farms | 14,039 | 8,112 | 3,519 | 2,619 |
| | $1,000 | 3,803,893 | 1,841,207 | 1,461,510 | 1,181,996 |
| Vegetables, melons, potatoes, and sweet potatoes | farms | 59,044 | 48,512 | 5,376 | 3,533 |
| | $1,000 | 12,785,898 | 4,171,991 | 3,170,750 | 2,724,680 |
| Sales of $50,000 or more | farms | 15,355 | 9,352 | 2,860 | 2,100 |
| | $1,000 | 12,317,078 | 3,767,346 | 3,136,131 | 2,704,389 |
| Fruits, tree nuts, and berries | farms | 107,707 | 88,403 | 9,738 | 7,263 |
| | $1,000 | 13,770,603 | 4,920,706 | 3,316,030 | 2,963,808 |
| Sales of $50,000 or more | farms | 26,571 | 15,560 | 5,264 | 4,327 |
| | $1,000 | 12,929,934 | 4,213,312 | 3,246,694 | 2,915,256 |
| Nursery, greenhouse, floriculture, and sod (see text) | farms | 56,070 | 40,498 | 4,183 | 3,246 |
| | $1,000 | 14,686,390 | 3,200,805 | 1,251,552 | 1,109,535 |
| Sales of $50,000 or more | farms | 19,814 | 10,087 | 1,966 | 1,630 |
| | $1,000 | 14,213,103 | 2,822,045 | 1,217,752 | 1,083,899 |
| Cut Christmas trees and short-rotation woody crops | farms | 14,744 | 12,795 | 1,074 | 741 |
| | $1,000 | 399,846 | 194,478 | 101,628 | 82,670 |
| Sales of $50,000 or more | farms | 1,170 | 784 | 183 | 147 |
| | $1,000 | 307,877 | 118,123 | 93,073 | 77,074 |
| Other crops and hay (see text) | farms | 359,262 | 320,601 | 24,003 | 12,895 |
| | $1,000 | 7,929,616 | 4,630,763 | 1,422,421 | 1,079,860 |
| Sales of $50,000 or more | farms | 24,618 | 16,277 | 4,409 | 3,102 |
| | $1,000 | 5,886,809 | 2,869,652 | 1,248,057 | 982,912 |
| Cattle and calves | farms | 851,971 | 771,664 | 56,174 | 26,938 |
| | $1,000 | 45,115,184 | 22,164,162 | 7,971,025 | 5,992,994 |
| Sales of $50,000 or more | farms | 98,275 | 72,909 | 14,768 | 9,010 |
| | $1,000 | 37,714,624 | 15,582,090 | 7,375,284 | 5,710,224 |
| Milk and other dairy products from cows | farms | 78,963 | 63,911 | 11,031 | 6,814 |
| | $1,000 | 20,281,166 | 11,215,711 | 6,003,264 | 4,961,694 |
| Sales of $50,000 or more | farms | 58,702 | 45,259 | 9,704 | 6,290 |
| | $1,000 | 19,605,306 | 10,781,885 | 5,968,117 | 4,947,667 |
| Hogs and pigs | farms | 82,028 | 70,517 | 6,260 | 3,180 |
| | $1,000 | 12,400,977 | 5,850,585 | 2,169,287 | 1,644,839 |
| Sales of $50,000 or more | farms | 23,293 | 16,466 | 3,054 | 1,798 |
| | $1,000 | 12,034,846 | 5,531,466 | 2,136,876 | 1,631,130 |
| Sheep, goats, and their products | farms | 96,249 | 89,660 | 4,250 | 2,004 |
| | $1,000 | 541,745 | 364,102 | 70,654 | 47,396 |
| Sales of $50,000 or more | farms | 1,333 | 865 | 249 | 165 |
| | $1,000 | 313,656 | 163,784 | 52,365 | 38,332 |
| Horses, ponies, mules, burros, and donkeys | farms | 126,045 | 117,889 | 5,150 | 2,885 |
| | $1,000 | 1,326,733 | 860,120 | 152,931 | 130,826 |
| Sales of $50,000 or more | farms | 2,123 | 1,432 | 218 | 170 |
| | $1,000 | 769,778 | 379,728 | 125,783 | 114,306 |
| Poultry and eggs | farms | 83,381 | 76,239 | 3,688 | 2,141 |
| | $1,000 | 23,972,333 | 15,350,333 | 2,047,363 | 1,566,478 |
| Sales of $50,000 or more | farms | 29,393 | 25,253 | 1,845 | 1,205 |
| | $1,000 | 23,900,640 | 15,287,154 | 2,042,983 | 1,564,023 |

See footnote(s) at end of table.                                                              —continued




Table 58. **Summary by Type of Organization: 2002** - Con.

[For meaning of abbreviations and symbols, see introductory text]

| Item | Corporation | | | | | Other- cooperative, estate or trust, institutional, etc. |
|---|---|---|---|---|---|---|
| | Total | Family held | | Other than family held | | |
| | | Total | 10 or less stockholders | Total | 10 or less stockholders | |
| **FARMS AND LAND IN FARMS** | | | | | | |
| Farms .......................... number | 73,752 | 66,667 | 65,017 | 7,085 | 6,010 | 16,039 |
|    percent | 3.5 | 3.1 | 3.1 | 0.3 | 0.3 | 0.8 |
| Land in farms .................... acres | 108,339,584 | 99,019,750 | 92,046,609 | 9,319,834 | 6,311,092 | 61,677,623 |
|   Average size of farm ............ acres | 1,469 | 1,485 | 1,416 | 1,315 | 1,050 | 3,845 |
| **MARKET VALUE OF AGRICULTURAL PRODUCTS SOLD AND GOVERNMENT PAYMENTS** | | | | | | |
| Total (see text) ................. farms | 73,752 | 66,667 | 65,017 | 7,085 | 6,010 | 16,039 |
|   $1,000 | 57,668,157 | 44,685,633 | 38,684,401 | 12,982,524 | 7,567,761 | 2,439,769 |
|   Average per farm ............... dollars | 781,920 | 670,281 | 594,989 | 1,832,396 | 1,259,195 | 152,115 |
| Farms by economic class: | | | | | | |
|   Less than $1,000 (see text) ................ | 5,855 | 5,058 | 4,987 | 797 | 710 | 2,701 |
|   $1,000 to $2,499 ........................... | 3,009 | 2,531 | 2,463 | 478 | 398 | 2,101 |
|   $2,500 to $4,999 ........................... | 2,696 | 2,304 | 2,235 | 392 | 346 | 1,882 |
|   $5,000 to $9,999 ........................... | 3,449 | 2,974 | 2,913 | 475 | 423 | 1,951 |
|   $10,000 to $24,999 ........................ | 5,553 | 4,949 | 4,626 | 604 | 545 | 2,290 |
|   $25,000 to $49,999 ........................ | 5,184 | 4,714 | 4,601 | 470 | 420 | 1,422 |
|   $50,000 to $99,999 ........................ | 6,946 | 6,421 | 6,304 | 525 | 465 | 1,161 |
|   $100,000 to $249,999 ...................... | 12,409 | 11,688 | 11,482 | 721 | 652 | 1,112 |
|   $250,000 to $499,999 ...................... | 11,284 | 10,692 | 10,495 | 592 | 525 | 577 |
|   $500,000 to $999,999 ...................... | 8,125 | 7,511 | 7,357 | 614 | 542 | 390 |
|   $1,000,000 or more ........................ | 9,242 | 7,825 | 7,352 | 1,417 | 984 | 452 |
|     $1,000,000 to $2,499,999 .............. | 5,617 | 5,007 | 4,821 | 610 | 494 | 290 |
|     $2,500,000 to $4,999,999 .............. | 1,816 | 1,534 | 1,439 | 282 | 209 | 99 |
|     $5,000,000 or more ................... | 1,809 | 1,284 | 1,092 | 525 | 281 | 63 |
| Total sales (see text) .............. farms | 73,752 | 66,667 | 65,017 | 7,085 | 6,010 | 16,039 |
|   $1,000 | 56,981,033 | 44,029,437 | 38,047,515 | 12,951,596 | 7,541,879 | 2,374,010 |
| Grains, oilseeds, dry beans, and dry peas [1] ............................. farms | 26,157 | 25,085 | 24,604 | 1,072 | 923 | 2,923 |
|   $1,000 | 4,849,531 | 4,641,149 | 4,516,951 | 208,382 | 132,750 | 205,860 |
|   Sales of $50,000 or more ........... farms | 17,981 | 17,450 | 17,138 | 531 | 477 | 808 |
|   $1,000 | 4,684,381 | 4,484,721 | 4,365,518 | 199,659 | 125,558 | 177,108 |
| Tobacco ........................... farms | 685 | 642 | 630 | 43 | 40 | 207 |
|   $1,000 | 116,690 | 106,441 | (D) | 10,249 | (D) | 5,434 |
|   Sales of $50,000 or more ........... farms | 327 | 314 | 309 | 13 | 12 | 23 |
|   $1,000 | 111,129 | 101,277 | 99,923 | 9,852 | (D) | 3,664 |
| Cotton and cottonseed ................ farms | 1,760 | 1,656 | 1,631 | 124 | 116 | 213 |
|   $1,000 | 453,026 | 428,646 | 317,398 | 24,380 | 19,966 | 41,333 |
|   Sales of $50,000 or more ........... farms | 1,327 | 1,242 | 1,222 | 85 | 80 | 81 |
|   $1,000 | 441,868 | 418,160 | 307,065 | 23,708 | 19,348 | 39,288 |
| Vegetables, melons, potatoes, and sweet potatoes ................ farms | 4,522 | 4,141 | 4,022 | 381 | 311 | 634 |
|   $1,000 | 5,296,547 | 4,298,554 | 3,678,741 | 997,993 | 560,103 | 146,610 |
|   Sales of $50,000 or more ........... farms | 2,946 | 2,713 | 2,634 | 233 | 180 | 177 |
|   $1,000 | 5,271,968 | 4,275,922 | 3,656,739 | 996,046 | 558,419 | 141,632 |
| Fruits, tree nuts, and berries ........... farms | 8,114 | 7,181 | 6,867 | 933 | 763 | 1,452 |
|   $1,000 | 5,254,362 | 4,098,248 | 3,567,122 | 1,156,114 | 557,593 | 279,506 |
|   Sales of $50,000 or more ........... farms | 5,191 | 4,587 | 4,345 | 604 | 470 | 556 |
|   $1,000 | 5,204,331 | 4,051,931 | 3,523,962 | 1,152,400 | 552,551 | 265,597 |
| Nursery, greenhouse, floriculture, and sod (see text) ................. farms | 10,407 | 9,032 | 8,853 | 1,375 | 1,259 | 982 |
|   $1,000 | 10,034,764 | 7,706,586 | 7,219,709 | 2,328,178 | 1,746,807 | 199,269 |
|   Sales of $50,000 or more ........... farms | 7,524 | 6,508 | 6,386 | 1,016 | 915 | 237 |
|   $1,000 | 9,982,767 | 7,660,731 | 7,174,950 | 2,322,036 | 1,740,832 | 190,539 |
| Cut Christmas trees and short-rotation woody crops ........... farms | 781 | 701 | 676 | 80 | 66 | 94 |
|   $1,000 | 97,952 | (D) | (D) | (D) | (D) | 5,789 |
|   Sales of $50,000 or more ........... farms | 191 | 166 | 162 | 25 | 15 | 12 |
|   $1,000 | 91,482 | 76,423 | (D) | 15,059 | (D) | 5,199 |
| Other crops and hay (see text) ......... farms | 12,255 | 11,516 | 11,237 | 739 | 645 | 2,203 |
|   $1,000 | 1,771,154 | 1,439,260 | 1,317,467 | 331,894 | 75,586 | 105,281 |
|   Sales of $50,000 or more ........... farms | 3,703 | 3,487 | 3,380 | 216 | 171 | 229 |
|   $1,000 | 1,679,708 | 1,353,262 | 1,233,573 | 326,446 | 70,696 | 89,392 |
| Cattle and calves .................. farms | 20,387 | 19,278 | 18,799 | 1,109 | 997 | 3,746 |
|   $1,000 | 14,478,950 | 10,232,860 | 7,984,399 | 4,246,090 | 2,958,694 | 501,046 |
|   Sales of $50,000 or more ........... farms | 9,664 | 9,102 | 8,605 | 562 | 486 | 934 |
|   $1,000 | 14,289,961 | 10,051,225 | 7,806,119 | 4,238,736 | 2,951,652 | 467,269 |
| Milk and other dairy products from cows ............................ farms | 3,622 | 3,491 | 3,410 | 131 | 107 | 399 |
|   $1,000 | 2,874,425 | 2,684,763 | 2,536,406 | 189,662 | 136,046 | 187,756 |
|   Sales of $50,000 or more ........... farms | 3,439 | 3,320 | 3,246 | 119 | 96 | 300 |
|   $1,000 | 2,869,576 | 2,680,167 | 2,531,961 | 189,409 | (D) | 185,729 |
| Hogs and pigs ..................... farms | 4,617 | 4,150 | 3,997 | 467 | 348 | 634 |
|   $1,000 | 4,221,995 | 3,189,186 | 2,496,930 | 1,032,809 | 482,623 | 159,111 |
|   Sales of $50,000 or more ........... farms | 3,601 | 3,210 | 3,087 | 391 | 278 | 172 |
|   $1,000 | 4,210,078 | 3,177,811 | 2,485,963 | 1,032,267 | 482,106 | 156,428 |
| Sheep, goats, and their products ........ farms | 1,673 | 1,558 | 1,524 | 115 | 100 | 666 |
|   $1,000 | 97,995 | (D) | (D) | (D) | (D) | 8,995 |
|   Sales of $50,000 or more ........... farms | 189 | 178 | 171 | 11 | 10 | 30 |
|   $1,000 | 90,873 | 79,344 | 76,010 | 11,529 | (D) | 6,616 |
| Horses, ponies, mules, burros, and donkeys .......................... farms | 4,357 | 3,969 | 3,906 | 388 | 363 | 649 |
|   $1,000 | 301,263 | 233,477 | 232,510 | 67,786 | 67,229 | 14,419 |
|   Sales of $50,000 or more ........... farms | 432 | 380 | 375 | 52 | 50 | 41 |
|   $1,000 | 273,547 | 208,353 | 207,709 | 65,194 | (D) | 10,719 |
| Poultry and eggs ................... farms | 2,974 | 2,572 | 2,470 | 402 | 236 | 480 |
|   $1,000 | 6,410,213 | 4,285,079 | 3,403,632 | 2,125,133 | 655,500 | 164,424 |
|   Sales of $50,000 or more ........... farms | 2,178 | 1,872 | 1,789 | 306 | 149 | 117 |
|   $1,000 | 6,407,464 | 4,282,781 | 3,401,464 | 2,124,683 | 655,105 | 163,039 |

See footnote(s) at end of table.

—continued