United States District Court
For The District Of Columbia

---

Multi Ag Media, LLC,

           Plaintiff,                     Civ. No. 05-1908 (HHK)

v.

U.S. Department of Agriculture

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S REPLY

---

Plaintiff Multi Ag Media LLC moves the Court for leave to file a response to Defendant's Reply, which was filed on July 3, 2006. Plaintiff further requests that it be granted until July 20, 2006, to file its response. If permitted by this Court, Plaintiff's Response would not exceed 15 pages, including any supplemental affidavit.

As grounds for this motion, Plaintiff states that since Defendant's original motion for summary judgment, and Plaintiff's Opposition to that motion, Defendant has released to Plaintiff additional data under the Freedom of Information Act, which led Plaintiff to submit the supplemental affidavit of Mr.

1

John Montandon.  As a result, Defendant's Reply (which is 23 pages, plus a 12-page declaration) goes beyond the original motion for summary judgment.  Consequently, Plaintiff submits that it would be appropriate and helpful for the Court for Plaintiff to be permitted to file a short response.

Counsel for Plaintiff has discussed this motion for counsel for Defendant and is authorized to state that the Defendant takes no position on this motion.

Wherefore, Plaintiff requests that this Court grant it leave to file a response of 15 pages or less by July 20, 2006.

July 6, 2006

Respectfully submitted,

Multi Ag Media, LLC
by its attorneys,

KING & SPALDING LLP

_____/s/_____
James D. Miller
D.C. Bar No. 294371
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
202-626-2902
FAX: 202-626-3737
jmiller@kslaw.com