## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MULTI AG MEDIA LLC,

                Plaintiff,

      v.

DEPARTMENT OF AGRICULTURE,

                Defendant.

**Civil Action 05-01908 (HHK)**

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and for the reasons stated by the court in its memorandum docketed this same day, it is this 9th day of August, 2006, hereby

**ORDERED and ADJUDGED** that judgment is entered in favor of plaintiff with respect to the Livestock Assistance Program and the Livestock Compensation Program files; and it is

**ORDERED and ADJUDGED** that judgment is entered in favor of defendant with respect to the Compliance File and the GIS database.

Henry H. Kennedy, Jr.
United States District Court