UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department of Agriculture, )<br>)<br>Defendant. ) | Civil. No. 05-01908 HHK |

CERTIFICATE PURSUANT TO
F.R.A.P. 10(b)(1)(B)

Plaintiff Multi Ag Media LLC, pursuant to F.R.A.P. 10(b)(1)(B), files this certificate that no transcript will be ordered in the appeal from the judgment entered on August 9, 2006.

August 15, 2006                    KING & SPALDING

                                   _____
                                   James D. Miller
                                   DC Bar No. 294371
                                   1700 Pennsylvania Ave., N.W.
                                   Washington, DC  20006
                                   Phone: 202-737-0500
                                   Fax: 202-626-3737

                                   Counsel for
                                   Multi-Ag Media LLC