UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Multi Ag Media LLC,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. Department of Agriculture,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil. No. 05-01908<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Plaintiff Multi Ag Media LLC appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment of the district court for the District of Columbia entered in this case on August 8, 2006, in which the court found in favor of defendant with respect to the Compliance File and the GIS database.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

**Multi-Ag Media LLC**

_____
James D. Miller
KING & SPALDING
DC Bar No. 294371
1700 Pennsylvania Ave., N.W.
Washington, DC 20006
Phone: 202-737-0500
Fax: 202-626-3737

**U.S. Department of Agriculture**

Peter Blumberg
UNITED STATES ATTORNEY'S OFFICE
Civil Division
555 4th Street, N.W. -- 10th Floor
Washington, DC 20001
Phone: 202-514-7157
Fax: 202-514-8780

Dated: August 15, 2006