# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. Department Agriculture, )<br>Defendant. )<br>) | Civil No. 05-01908 HHK |

### PLAINTIFF'S CONSENT MOTION FOR
### ENLARGMENT OF TIME WITHIN
### WHICH TO FILE MOTION FOR ATTORNEY'S FEES

NOW COMES Plaintiff, Multi Ag Media LLC ("Multi Ag Media"), and moves this Court to enlarge the time in which Plaintiff may file its Motion For Attorney's Fees, pursuant to Fed. R. Civ. P. 54(d)(2).

Pursuant to 5 U.S.C. § 552(a)(4)(E), Multi Ag Media is allowed to seek recovery of its attorney's fees. *See Davy v. CIA*, -- F.3d --, No 05-5151, 2006 WL 1889141 (D.C. Cir. July 11, 2006). Rule 54 allows Multi Ag Media fourteen (14) days after the entry of judgment to file such a motion. This Court entered judgment in this case on August 9, 2006, making Multi Ag Media's Motion For Attorneys Fees due no later than August 23, 2006.

On August 16, 2006, Multi Ag Media filed its Notice of Appeal. Accordingly, Multi Ag Media respectfully requests that the Court extend the time for filing of its Motion For Attorneys Fees until fourteen (14) days after the Appellate Court issues a final mandate. Pursuant to Local Rule 7(m), counsel for Multi Ag Media has contacted counsel for the USDA. Both parties agree that an extension of time is desirable, and this motion is unopposed.

For the foregoing reasons, Multi Ag Media respectfully requests that this Court grant its Consent Motion For Enlargement of Time Within Which to File Motion For Attorney's Fees. A proposed order is attached hereto.

- 2 -

Respectfully Submitted

Multi Ag Media LLC

by its attorneys

KING & SPALDING LLP

_____/s/_____
James D. Miller
D.C. Bar No. 294371
1700 Pennsylvania Ave., NW
Washington, D.C. 20006
(202) 737-0500
jmiller@kslaw.com
FAX: (202) 626-2902

- 2 -