# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Multi Ag Media LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-01908 HHK |
| ) | |
| U.S. Department Agriculture, ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Plaintiff, Multi Ag Media LLC's ("Mutli Ag Media"), Consent Motion For Enlargement of Time Within Which To File Motion For Attorney's Fees, it is hereby ORDERED that:

Multi Ag Media shall be required to file its Motion For Attorney's Fees fourteen (14) days after the Appellate Court issues a final mandate.

DONE this the ___ day of August 2006.

_____
UNITED STATES DISTRICT JUDGE