UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MULTI AG MEDIA, LLC**          )  | |
|                                                      ) | |
| **Plaintiff,**           ) | |
|                                                      ) | |
| v.                                                ) | Civil Action No. 05-1908 (HHK) |
|                                                      ) | |
| **DEPARTMENT OF AGRICULTURE**  ) | |
|                                                      ) | |
| **Defendant.**           ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant United States Department of Agriculture hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the August 9, 2006 Memorandum Opinion and Order granting plaintiff's Motion for Summary Judgment in part and entering final judgment for plaintiff in part.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
PETER D. BLUMBERG, Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 514-7157

Attorneys for Defendants

Dated: October 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that copy of this **Notice of Appeal** has been served on counsel for plaintiff this 6th day of October, 2006 by depositing a copy in the United States Mail, first class, postage prepaid and addressed to:

James Miller, Esq.
King & Spaulding, LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006

Counsel for plaintiff Multi-Ag Media

_____
PETER D. BLUMBERG
Assistant United States Attorney