UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1098 (HHK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of Assistant United States Attorney Peter Blumberg as counsel for Defendants in the above-captioned case.

April 17, 2008                                   Respectfully submitted,

                                                          /s/
                                                ALAN BURCH, D.C. Bar # 470655
                                                Assistant United States Attorney
                                                555 4th St., N.W.
                                                Washington, D.C. 20530
                                                (202) 514-7204
                                                alan.burch@usdoj.gov