UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>U.S. DEPARTMENT OF AGRICULTURE,  )<br>  )<br>      Defendant.  )<br>  ) | Civil Action No.: 05-1098 (HHK) |

**JOINT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES**

The parties jointly move for an extension of time for Plaintiff, Multi Ag Media LLP, to file any motion for attorneys' fees pursuant to Rule 54(d). The current deadline is Monday, April 21, 2008, pursuant to the Court's minute order entered August 18, 2006. The parties request an additional week and a new deadline of April 28, 2008. The extra time is requested in order to facilitate settlement negotiations on the few remaining issues in the case. Undersigned counsel will be out of the office this Friday and Monday, and so the extra time will ensure a more orderly resolution of the case.

In a phone call today, counsel for Plaintiff authorized counsel for Defendant to sign the motion on his behalf.

A proposed order is attached.

April 17, 2008                                   Respectfully submitted,

                                                 JEFFREY A. TAYLOR, D.C. Bar # 498610
 /s/ by ARB                                      United States Attorney
JAMES D. MILLER, D.C. Bar #294371
King & Spalding, LLP                              /s/
1700 Pennsylvania Ave., NW                       ALAN BURCH, D.C. Bar # 470655
Washington, DC 20006-4706                        Assistant United States Attorney
(202) 626-5404                                   555 4th St., N.W.
jlang@kslaw.com                                  Washington, D.C. 20530
                                                 (202) 514-7204
Counsel for Plaintiff                            alan.burch@usdoj.gov

                                                 Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1098 (HHK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Extend Time to Move for Attorneys' Fees, pursuant to Rule 54(d), it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Plaintiff shall file any motion for attorneys' fees on or before April 28, 2008.

So ordered, this _____ day of April 2008.

_____
HENRY H. KENNEDY
United States District Judge