# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5231     September Term, 2007

MULTI AG MEDIA LLC,
APPELLANT

v.

DEPARTMENT OF AGRICULTURE,
APPELLEE



FILED FEB 1 5 2008
CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv01908)

Before: SENTELLE, TATEL and GRIFFITH, *Circuit Judges*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby reversed with respect to the Compliance File and the GIS database and the case is remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: February 15, 2008

Opinion for the court filed by Circuit Judge Griffith.
Dissenting opinion filed by Chief Judge Sentelle.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk