FILED
APR 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MULTI AG MEDIA LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1908 (HHK) |
| ) | |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff, Multi AG Media, LLC, and Defendant, U.S. Department of Agriculture, hereby settle and compromise the above-entitled lawsuit brought under the Freedom of Information Act ("FOIA"), and stipulate and agree to the following provisions:

1. Defendant shall, on or before April 28, 2008, produce electronic copies of the Farm Service Agency's ("FSA") Compliance File databases for the years 2005, 2006, and 2007, respectively, and an electronic copy of the current data in FSA's Geographic Information System.

2. Plaintiff shall not request, seek, or accept costs or attorneys' fees from Defendant, the United States, its agents, servants, or employees, in connection with this lawsuit or any other FOIA request Plaintiff filed or may file seeking the records described in paragraph 2.

3. This Stipulation of Settlement constitutes the full and complete satisfaction of any and all claims arising from (a) the allegations set forth in the complaint filed in this lawsuit and (b) any litigation or administrative proceedings that Plaintiff has brought, could bring, or could have brought regarding Plaintiff's FOIA requests for any of the information described in paragraph 2.

4. This Stipulation of Settlement of All Claims and Issues does not constitute an

admission of liability or fault on the part of Defendant, the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

5. This Stipulation of Settlement of All Claims and Issues is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

6. Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendant constitutes a dismissal of this lawsuit, with prejudice, effective upon entry by the Court, pursuant to Rule 41(a)(1)(A)(ii). Any and all remaining or appealable issues are waived.

April 25, 2008

Respectfully submitted,

JAMES D. MILLER, D.C. Bar #294371
King & Spalding, LLP
1700 Pennsylvania Ave., NW
Washington, DC 20006-4706
(202) 626-5404
jlang@kslaw.com

Counsel for Plaintiff

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204, alan.burch@usdoj.gov

Counsel for Defendant

SO ORDERED, this ___29th___ day of April 2008.

HENRY H. KENNEDY
United States District Judge

2